FEE PAID

FILED

CLERK, U.S. DISTRICT COURT

7/15/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Brandon Joe Williams
PO Box 1962, Glendale, CA 91209
(747) 273-0799 (Phone and Fax)
Brandon@WilliamsandWILLIAMSLawFirm.com

Brandon Joe Williams, IN PRO PER FOR BOTH PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT of CALIFORNIA**

**WESTERN DIVISION (LOS ANGELES)**

CIVIL ACTION NO. _____

| | |
|---|---|
| BRANDON JOE WILLIAMS® (sole proprietorship), Brandon Joe Williams (white Californian)<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE,<br><br>Defendant | 2:26-cv-08035-VBF-ADS |

**Plaintiffs' Complaint for Damages and Jury Demand**

COMES NOW the Plaintiffs, sole proprietorship BRANDON JOE WILLIAMS® and white citizen of California Brandon Joe Williams (hereinafter "Plaintiffs"), pro per, and files this Complaint against Defendant CITY OF GLENDALE (hereinafter "Defendant"), and alleges upon personal knowledge and direct firsthand experience as follows:

**SECTION I - JURISDICTION AND VENUE**

1. All causes of action under the US Constitution and Federal statutes gain jurisdiction as Federal Questions under 28 USC § 1331.

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

2. All civil rights causes of action gain jurisdiction under 28 USC § 1331 and 28 USC § 1343.

3. Venue in this district is proper under 28 U.S.C. § 1391 because the events giving rise to this claim originated in this district.

## SECTION II - PARTIES

4. BRANDON JOE WILLIAMS® is a sole proprietorship, US citizen and resident of Glendale, California. He has privileges and immunities only under statutes, the Civil Rights Act of 1866, the 14th Amendment and the cases involved in the Incorporation Doctrine. He does not have direct access to the Bill of Rights or Article IV, Section 2, Clause 1 of the US Constitution. As a resident of California, he falls under the California Constitution of 1879. Legal fictions were added only into the 14th Amendment class in *Santa Clara County v. Southern Pacific Railroad Co., 118 U.S. 394 (1886)* and were never allowed to be considered citizens of the State, as made clear in *Paul v. Virginia, 75 U.S. 168 (1869)*.

5. Brandon Joe Williams was born a white citizen of Indiana but is currently a white citizen of California due to a change in domicile. He has absolutely no need for or access to the Civil Rights Act of 1866 or the 14th Amendment, since his privileges and immunities derive from the California Constitution of 1849 and Article IV, Section 2, Clause 1 of the US Constitution (not the 14th Amendment). He has direct and unabridged access to all of the Bill of Rights without any need of the Incorporation Doctrine. This includes the full 5th and 6th Amendments (partially incorporated into the 14th Amendment class) and the 3rd, 7th, 9th, and 10th Amendments (not incorporated into the 14th Amendment class at all). **Brandon Joe Williams is <u>NOT</u> a resident of California and <u>never</u> has been.**

6. The differences between State and Federal/National/US/14th Amendment citizenship are well covered in the following cases: *Slaughter-House Cases 83 U.S. 36 (1873), Bradwell v. State 83 U.S. 130 (1873), Van Valkenburg v. Brown 43 Cal. 43 (1872), United States v. Anthony, 24 F. Cas. 829 (C.C.N.D.N.Y. 1873) (No. 14,459),* and *Twining v. New Jersey, 211 US 78 (1908)* (the 5th Amendment right against self-incrimination was later incorporated into the 14th Amendment

class in 1964 in *Malloy v. Hogan 378 U.S. 1* and the 2nd Amendment right to bear arms was incorporated in 2010 in *McDonald v. Chicago 561 U.S. 742*, but this case is still packed with excellent information on the subject that is expansive, still relevant in today's world and also easy to read and understand. This is the case that actually **created** the Incorporation Doctrine and shows the judicial intent of gifting these various sections of the Bill of Rights to the 14th Amendment class and protecting them, Federally, while they reside in a foreign State of the Union).

7. The Plaintiffs recently filed a writ of certiorari together in the same way this amended complaint is set up in US Supreme Court No. 25-1221 and it was docketed. They received the petition on October 9th but it took them over 5 months to evaluate due to having it split the same way that this complaint is so the dates are a bit confusing but they list the docket date as the date the petition was originally submitted (it had to be resubmitted once). This can be evidence of the fact that the split between sole proprietorship and white Californian is acceptable for docketing at the US Supreme Court level and does not violate Rule 9.1 of the Supreme Court Rules. The petition can be downloaded for free without a login on the US Supreme Court official docket for No. 25-1221.

8. Defendant CITY OF GLENDALE is a corporation and 14th Amendment citizen located in Los Angeles County. CITY OF GLENDALE is a resident of California. The GLENDALE WATER & POWER is a public utility located within the incorporated CITY OF GLENDALE and is not legally a separate person. The address for service of process for CITY OF GLENDALE is 613 E. Broadway, Glendale, CA 91206.

9. Plaintiff BRANDON JOE WILLIAMS®, being a 14th Amendment citizen, hereby demands a jury trial but he has no right to the 7th Amendment as it has never been incorporated via the Incorporation Doctrine. If this Court is so kind as to grant this request, the jury must be composed of 14th Amendment US citizens.

10. Plaintiff Brandon Joe Williams hereby fully invokes his 7th Amendment right to a jury trial. This is not negotiable or debatable as he has no obligations or privileges under the 14th Amendment

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

that would incur reliance on the Incorporation Doctrine. This Court must ensure all jury members are white citizens of California and they must also be domiciled in the greater Los Angeles area in accordance with the 6th Amendment. Brandon Joe Williams has a large audience of white citizens of various States of the Union and is willing to assist the Court, as needed, in building this jury if this is desired or needed by this Court.

11. Due to entirely separate classes of citizenship for the Plaintiffs, if this case does go to trial then it will need to split into two separate trials with two separate juries (or a bench trial for BRANDON JOE WILLIAMS®, if ordered by the Court).

### SECTION III - BACKGROUND

12. The "US citizen" or "citizen of the United States" class was originally created by Congress in the Civil Rights Act of 1866 in order to protect the negroes that had been released from slavery from the 13th Amendment. It was created in response to the Black Codes in the South and the *Dred Scott v Sandford 60 U.S. 393* decision in 1857. Prior to the advent of the Civil Rights Act of 1866, the term "citizen of the United States" simply meant a white citizen of a State (such as a white Californian). This was clearly defined by Justice Solomon Heydenfeldt in *Ex Parte Knowles, 5 Cal. 301-307 (1855)*. Congress was worried about how legal their new Congressional citizenship class was and they were also worried about it being repealed when power shifts in Congress. Their solution to this was to turn the Civil Rights Act of 1866 into a Constitutional Amendment, which became the 14th Amendment. This citizenship class is tied to the District of Columbia, not a State of the Union and this class is only a resident while in a State of the Union (meaning they are not a full citizen of the State). They do not have direct access to the Bill of Rights but only have access to those privileges and immunities via the Incorporation Doctrine cases. Currently, US citizens who are resident in California only have partial access to the 5th and 6th Amendments and they have no access to the 3rd, 7th, 9th or 10th Amendments. All of this was covered thoroughly by the Honorable Samuel Freeman Miller in *The Slaughter-House Cases, 83 U.S. 36 (1873)* and in a judgment that occurred the following day called *Bradwell v. State, 83 U.S. 130*.

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

13. All 14th Amendment citizens, such as US citizens, are residents in California. The operative definition of "resident" comes from the *Law of Nations* and is the following: **Residents, as distinguished from citizens, are aliens who are permitted to take up a permanent abode in the country. Being bound to the society by reason of their dwelling in it, they are subject to its laws so long as they remain there, and, being protected by it, they must defend it, although they do not enjoy all the rights of citizens. They have only certain privileges which the law, or custom, gives them. Permanent residents are those who have been given the right of perpetual residence. They are a sort of citizens of a less privileged character, and are subject to the society without enjoying all its advantages. Their children succeed to their status; for the right of perpetual residence given them by the State passes to their children.**

14. This clear separation between these separate citizenship classes and legal structures that we have in our country was clearly commented on by Justice Henry Billings Brown in *Downes v. Bidwell, 182 US 244 (1901)* when he said: "we have in this country substantially or practically two national governments; one, to be maintained under the Constitution, with all its restrictions; the other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to exercise."

15. The apartment in question in the accepted drafts in Exhibits A, B and C is a "residence" for BRANDON JOE WILLIAMS® because his citizenship is connected with the District of Columbia, not California. He is a citizen of Congress.

16. The apartment in question in the accepted drafts in Exhibits A, B and C is a "domicile" for Brandon Joe Williams because his citizenship is connected with California, not the District of Columbia or a foreign nation. He is not a citizen of Congress.

17. The two main cases describing the operation of Federal litigation with a disparity of citizenship (State v. Federal citizenship) is *Hepburn & Dundas v. Ellzey, 6 U.S. 445 (1805)* and *National Mutual Insurance Co. v. Tidewater Transfer Co., 337 U.S. 582 (1949)*.

5

18. The Plaintiffs tendered some negotiable instruments which are classified as drafts under the California Commercial Code (hereafter "CCC") § 3104 (District of Columbia Code § 28:3-104). These valuable negotiable instruments were accepted by indorsing the face of the instruments then they were tendered back to the drawer/payee (Defendant) using a qualified and blank indorsement. These instruments were then not applied or dishonored in accordance with the commercial code. You can see from the face of the instruments in Exhibit A, B and C that there is no terminology to prevent these instruments from being negotiable under CCC § 3104(d) (District of Columbia Code § 28:3-104(d)). This is not a fact under debate in this suit due to the obvious nature of the drafts and the evidence of tender and acceptance with the Certified Mail certificates. This lawsuit is not an attempt to prove or disprove these obvious facts, this lawsuit is only as regards to causes of action which occurred as a result of that obvious failure to perform on behalf of the Defendant. The State causes of action, such as the CCC causes of action, are all in California State case 26NNCV00519. This lawsuit is only the Federal causes of action that were not in that suit due to the Plaintiffs wanting to separate out the State causes of action from the Federal ones, entirely, in their respective Courts. This section may be treated as a rebuttable presumption by the Defendant under FRE 301 if he wishes to provide solid and real evidence rebutting the negotiable nature of the accepted drafts in Exhibits A, B and C (but this seems like an impossible fact to rebut) **(flowchart and visual aid showing the obligations between BRANDON JOE WILLIAMS® and the Defendant each time a draft is issued is attached in Exhibit D)**.

## SECTION IV - BACKGROUND OF CASE SPECIFICS

19. There have never been any Federal causes of action as regards to the specific negotiable instruments that were tendered for payment in Exhibit A, B and C.

20. Power to the apartment was turned off on Jan 13th, 2026 at around 10 AM and remained off until Jan 13th, 2026 at around 5 PM. This was despite the fact that all obligations had been paid and had been timely. Once the power was turned off, Brandon Joe Williams used a credit card to turn the power back on, even though all previous payments had already been satisfied in full.

6

**SECTION V - STATUTORY CAUSES OF ACTION AS A RESULT OF DAMAGES AFTER FAILING TO APPLY OR DISHONOR VALID NEGOTIABLE INSTRUMENTS DULY TENDERED AS PAYMENT: ACCEPTED DRAFT LABELED "BILL DATE: 8/18/2025," ACCEPTED DRAFT LABELED "BILL DATE: 10/15/2025," AS WELL AS THE ACCEPTED DRAFT LABELED "BILL DATE: 12/16/2025" (COLLECTIVELY - EXHIBIT A, EXHIBIT B AND EXHIBIT C)**

Cause of Action 1: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Peonage (18 U.S. Code § 1581)

21. BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

22. Private right of action in a civil case for this statutory avenue of relief is available via 18 USC § 1595.

23. This cause of action is only available for persons who have citizenship under the 14th Amendment, as it is statutory in nature.

24. The Defendant has a duty to this statute because he is a citizen of Congress under the 14th Amendment.

25. By ignoring the tendered accepted drafts in Exhibits A, B and C, the Defendant effectively placed BRANDON JOE WILLIAMS® in a peonage situation by turning off his power if he failed to follow the illegal requests of the Defendant trying to decide what kinds of notes or drafts he would randomly and illegally prefer to accept.

26. There is nothing in our national currency system of negotiable instruments that allows the Defendant to choose what kinds of notes or drafts he would like to accept and the Defendant has a duty to accept any notes or drafts which fall under the definition of a negotiable instrument.

7

Federal Courts operating under 4 USC § 72 would use the Code of the District of Columbia § 28:3-104 for this definition and residents in California would use CCC § 3104 **(flowchart and visual aid showing the obligations between BRANDON JOE WILLIAMS® and the Defendant each time a draft is issued is attached in Exhibit D)**.

27. The Defendant uses coercion and threats by threatening to turn off the power and then actually turning off the power if the Defendant does not get the notes and drafts that they demand based on their entirely rogue set of ideas on what kinds of notes or drafts that they can or must accept. The Defendant believes he does not need to follow the operations of our national currency system of negotiable instruments and that he can do whatever he wants regarding the subject. Force of this Court is needed to bring this rogue corporation under control and back under the laws of our nation regarding legal tender (notes and drafts).

28. As a direct and proximate result of Defendant's violation of 18 U.S. Code § 1581, BRANDON JOE WILLIAMS® has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. BRANDON JOE WILLIAMS® is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

<u>Cause of Action 2: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Involuntary Servitude (18 USC § 1584)</u>

29. BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

30. Private right of action in a civil case for this statutory avenue of relief is available via 18 USC § 1595.

31. This cause of action is only available for persons who have citizenship under the 14th Amendment.

8

32. By ignoring the tendered accepted drafts in Exhibits A, B and C, the Defendant effectively placed BRANDON JOE WILLIAMS® in an involuntary servitude situation by turning off his power if he failed to follow the illegal requests of the Defendant trying to decide what kinds of notes or drafts he would randomly and illegally prefer to accept.

33. There is nothing in our national currency system of negotiable instruments that allows the Defendant to choose what kinds of notes or drafts he would like to accept and the Defendant has a duty to accept any notes or drafts which fall under the definition of a negotiable instrument. Federal Courts operating under 4 USC § 72 would use the Code of the District of Columbia § 28:3-104 for this definition and residents in California would use CCC § 3104 **(flowchart and visual aid showing the obligations between BRANDON JOE WILLIAMS® and the Defendant each time a draft is issued is attached in Exhibit D)**.

34. The Defendant uses coercion and threats by threatening to turn off the power and then actually turning off the power if the Defendant does not get the notes and drafts that they demand based on their entirely rogue set of ideas on what kinds of notes or drafts that they can or must accept. The Defendant believes he does not need to follow the operations of our national currency system of negotiable instruments and that he can do whatever he wants regarding the subject. Force of this Court is needed to bring this rogue corporation under control and back under the laws of our nation regarding legal tender (notes and drafts).

35. This is involuntary servitude due to the fact that the Defendant is illegally forcing BRANDON JOE WILLIAMS® to provide random notes in tender of payment. The Defendant does not even seem to know what a note or draft (US currency) even is, yet has enough misguided confidence to turn off the power to the apartment when their arbitrary whims are not met. This is an illegal forcing of performance that is held together with terror, by holding their hand over the button to turn off the power to the apartment unless BRANDON JOE WILLIAMS® follows the illegal and arbitrary direction of the Defendant. The Defendant is "playing God" and knowingly shunting all of our laws on our national currency.

9

36. As a direct and proximate result of Defendant's violation of 18 U.S. Code § 1584, BRANDON JOE WILLIAMS® has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. BRANDON JOE WILLIAMS® is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

### Cause of Action 3: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Forced Labor (18 USC § 1589)

37. BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

38. Private right of action in a civil case for this statutory avenue of relief is available via 18 USC § 1595.

39. This cause of action is only available for persons who have citizenship under the 14th Amendment.

40. By ignoring the tendered accepted drafts in Exhibits A, B and C, the Defendant effectively placed BRANDON JOE WILLIAMS® in a forced labor situation by turning off his power if he failed to follow the illegal requests of the Defendant trying to decide what kinds of notes or drafts he would randomly and illegally prefer to accept.

41. There is nothing in our national currency system of negotiable instruments that allows the Defendant to choose what kinds of notes or drafts he would like to accept and the Defendant has a duty to accept any notes or drafts which fall under the definition of a negotiable instrument. Federal Courts operating under 4 USC § 72 would use the Code of the District of Columbia § 28:3-104 for this definition and residents in California would use CCC § 3104 **(flowchart and visual aid showing the obligations between BRANDON JOE WILLIAMS® and the Defendant each time a draft is issued is attached in Exhibit D).**

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

42. The Defendant uses coercion and threats by threatening to turn off the power and then actually turning off the power if the Defendant does not get the notes and drafts that they demand based on their entirely rogue set of ideas on what kinds of notes or drafts that they can or must accept. The Defendant believes he does not need to follow the operations of our national currency system of negotiable instruments and that he can do whatever he wants regarding the subject. Force of this Court is needed to bring this rogue corporation under control and back under the laws of our nation regarding legal tender (notes and drafts).

43. This is forced labor due to the fact that the Defendant is illegally forcing BRANDON JOE WILLIAMS®s to provide random notes in tender of payment. The Defendant does not even seem to know what a note or draft (US currency) even is, yet has enough misguided confidence to turn off the power to the apartment when their arbitrary and delusionary whims are not met. This is an illegal forcing of performance that is held together with terror, by holding their hand over the button to turn off the power to the apartment.

44. As a direct and proximate result of Defendant's violation of 18 U.S. Code § 1589, BRANDON JOE WILLIAMS® has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. BRANDON JOE WILLIAMS® is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

<u>Cause of Action 4: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Benefitting Financially from Peonage (18 USC § 1593A)</u>

45. BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

46. Private right of action in a civil case for this statutory avenue of relief is available via 18 USC § 1595.

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

47. This cause of action is only available for persons who have citizenship under the 14th Amendment.

48. By ignoring the tendered accepted drafts in Exhibits A, B and C, the Defendant effectively placed BRANDON JOE WILLIAMS® in a peonage situation by turning off his power if he failed to follow the illegal requests of the Defendant trying to decide what kinds of notes or drafts he would randomly and illegally prefer to accept.

49. There is nothing in our national currency system of negotiable instruments that allows the Defendant to choose what kinds of notes or drafts he would like to accept and the Defendant has a duty to accept any notes or drafts which fall under the definition of a negotiable instrument. Federal Courts operating under 4 USC § 72 would use the Code of the District of Columbia § 28:3-104 for this definition and residents in California would use CCC § 3104 **(flowchart and visual aid showing the obligations between BRANDON JOE WILLIAMS® and the Defendant each time a draft is issued is attached in Exhibit D)**.

50. The Defendant uses coercion and threats by threatening to turn off the power and then actually turning off the power if the Defendant does not get the notes and drafts that they demand based on their entirely rogue set of ideas on what kinds of notes or drafts that they can or must accept. The Defendant believes he does not need to follow the operations of our national currency system of negotiable instruments and that he can do whatever he wants regarding the subject. Force of this Court is needed to bring this rogue corporation under control and back under the laws of our nation regarding legal tender (notes and drafts).

51. The Defendant benefits financially by keeping the originally tendered accepted drafts in Exhibit A, B and C, then turning off the power to the apartment, then being paid a second time via other notes or drafts (such as Federal Reserve Notes, checks, credit card payments issuing new notes, etc) in order to get the power turned back on.

52. As a direct and proximate result of Defendant's violation of 18 U.S. Code § 1593A, BRANDON JOE WILLIAMS® has suffered actual damages, including but not limited to loss of use of their

12

property, emotional distress, and the necessity of incurring additional expense to restore service. BRANDON JOE WILLIAMS® is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

<u>Cause of Action 5: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Civil Action for Deprivation of Rights (42 USC § 1983)</u>

53. BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

54. This cause of action is only available for persons who have citizenship under the 14th Amendment. The origination of this statute is from the negro's Civil Rights Act of 1866.

55. The Defendant has a duty to not breach the civil rights of non-whites and legal fictions with privileges and immunities under the Civil Rights Act of 1866 (which became the 14th Amendment).

56. Defendant breached this duty by turning off the power to the residence of BRANDON JOE WILLIAMS® despite the accepted drafts in Exhibits A, B and C having been properly and timely negotiated as payment to the account. BRANDON JOE WILLIAMS® is properly performing in accordance with our national laws on notes and drafts, whereas the Defendant is a rogue agency who believes he can ride far outside the lines of our laws on notes and drafts and can get away with it.

57. This violated the 1st, 4th and 5th Amendment rights established via the Incorporation Doctrine as well as the 13th and 14th Amendment rights of BRANDON JOE WILLIAMS®. Separate Constitutional causes of action will be made with more detail but this cause of action will be here as a statutory avenue of relief, separated from the Constitutional causes of action.

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

58. Power to the residence was turned off, despite full and timely payment having been tendered by BRANDON JOE WILLIAMS® and received by the Defendant (as evidenced in Exhibits A, B and C).

**SECTION VI - CONSTITUTIONAL CAUSES OF ACTION AS A RESULT OF DAMAGES AFTER FAILING TO APPLY OR DISHONOR VALID NEGOTIABLE INSTRUMENTS DULY TENDERED AS PAYMENT: ACCEPTED DRAFT LABELED "BILL DATE: 8/18/2025," ACCEPTED DRAFT LABELED "BILL DATE: 10/15/2025," AS WELL AS THE ACCEPTED DRAFT LABELED "BILL DATE: 12/16/2025" (COLLECTIVELY - EXHIBIT A, EXHIBIT B AND EXHIBIT C)**

Cause of Action 6: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of the First Amendment of the US Constitution (via the Incorporation Doctrine)

59. BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

60. The First Amendment of the US Constitution says: **Congress shall make no law … abridging the freedom of speech.**

61. BRANDON JOE WILLIAMS® does not have direct access to the protections of the First Amendment but must use the Incorporation Doctrine cases to access those protections. The case that gives him the protections needed to structure this cause of action is *Gitlow v. New York 268 U.S. 652 (1925)*.

62. The Defendant has a duty to follow the US Constitution and Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with the California Business and Professions Code § 6067.

14

63. The Defendant is a citizen of Congress as a 14th Amendment US citizen, thus establishing a duty to protect and uphold the First Amendment with any State or Federal citizens.

64. The Defendant breached this duty by turning off the power to the residence of BRANDON JOE WILLIAMS®, despite the fact that legitimate negotiable instruments had already been timely tendered for payment.

65. Items such as cell phone, television, microphones, etc, all of which are communication devices that were either not available or partially available due to having no power to the residence.

Cause of Action 7: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of the First Amendment of the US Constitution (Directly)

66. Brandon Joe Williams incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

67. The First Amendment of the US Constitution says: **Congress shall make no law … abridging the freedom of speech.**

68. Brandon Joe Williams does not need to rely on the Incorporation Doctrine to establish this cause of action because he is white citizen of California.

69. The Defendant has a duty to follow the US Constitution and Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with the California Business and Professions Code § 6067.

70. The Defendant is a citizen of Congress as a 14th Amendment US citizen, thus establishing a duty to protect and uphold the First Amendment with any State or Federal citizens.

71. The Defendant breached this duty by turning off the power to the domicile of Brandon Joe Williams, despite the fact that legitimate negotiable instruments had already been timely

15

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

tendered for payment. Brandon Joe Williams was the indorser of the drafts as the representative of the drawee BRANDON JOE WILLIAMS® and Brandon Joe Williams also was the one to physically send the accepted drafts Certified Mail for tender of payment. BRANDON JOE WILLIAMS® has no physical flesh body so he is unable to negotiate notes and drafts.

72. Items such as cell phone, television, microphones, etc, all of which are communication devices that were either not available or partially available due to having no power to the domicile.

Cause of Action 8: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of the Fourth Amendment of the US Constitution (via the Incorporation Doctrine)

73. BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

74. The Fourth Amendment of the US Constitution says: **The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.**

75. BRANDON JOE WILLIAMS® does not have direct access to the protections of the Fourth Amendment but must use the Incorporation Doctrine cases to access those protections. The case that gives him the protections needed to structure this cause of action is *Mapp v. Ohio, 367 U.S. 643 (1961)*.

76. The Defendant has a duty to follow the US Constitution and Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with the California Business and Professions Code § 6067.

16

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

77. All electronic items in the residence were effectively "seized" as they became unable to be operational at the arbitrary whim of the oppressive Defendant. This includes items such as the computer, laptop, fan, air conditioning, refrigerator, air fryer, phone chargers, lights, etc.

Cause of Action 9: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of the Fourth Amendment of the US Constitution (Directly)

78. Brandon Joe Williams incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

79. The Fourth Amendment of the US Constitution says: **The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated.**

80. Brandon Joe Williams does not need to rely on the Incorporation Doctrine to establish this cause of action because he is white citizen of California.

81. The Defendant has a duty to follow the US Constitution and Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with the California Business and Professions Code § 6067.

82. All electronic items in the domicile were effectively "seized" as they became unable to be operational at the arbitrary whim of the oppressive Defendant. This includes items such as the computer, laptop, fan, air conditioning, refrigerator, air fryer, phone chargers, lights, etc.

Cause of Action 10: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of the Fifth Amendment of the US Constitution (via the Incorporation Doctrine)

17

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

83. BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

84. The Fifth Amendment of the US Constitution says: **No person shall … be deprived of life, liberty, or property, without due process of law.**

85. BRANDON JOE WILLIAMS® does not have direct access to the protections of the Fifth Amendment but must use the Incorporation Doctrine cases to access those protections. The case that gives him the protections needed to structure this cause of action is *Chicago, Burlington & Quincy Railroad Co. v. City of Chicago, 166 U.S. 226 (1897)*.

86. The Defendant has a duty to follow the US Constitution and Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with the California Business and Professions Code § 6067.

87. The Defendant turned off the power to the residence of BRANDON JOE WILLIAMS®, despite having timely tendered accepted drafts as payment on the account. This heavily deprived BRANDON JOE WILLIAMS®, illegally, of life, liberty and property without due process and without having done anything illegal. BRANDON JOE WILLIAMS® performed flawlessly under the rules of notes and drafts associated with our US currency system.

Cause of Action 11: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of the Fifth Amendment of the US Constitution (Directly)

88. Brandon Joe Williams incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

89. The Fifth Amendment of the US Constitution says: **No person shall … be deprived of life, liberty, or property, without due process of law.**

18

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

90. Brandon Joe Williams does not need to rely on the Incorporation Doctrine to establish this cause of action because he is white citizen of California.

91. The Defendant has a duty to follow the US Constitution and Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with the California Business and Professions Code § 6067.

92. The Defendant turned off the power to the Brandon Joe Williams' domicile, despite having timely tendered accepted drafts as payment on the account. This heavily deprived Brandon Joe Williams, illegally, of life, liberty and property without due process and without having done anything illegal. Brandon Joe Williams performed flawlessly as the indorser and representative of the drawee in the drafts tendered in Exhibit A, B and C.

Cause of Action 12: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of the Ninth Amendment (Directly)

93. Brandon Joe Williams incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

94. The Ninth Amendment is, essentially, the sovereignty Amendment. It is the basis for how the Honorable Roger B. Taney defined State citizenship in the *Dred Scott v. Sandford* case. He described the white State citizens being "members of the sovereignty" and those who "form the sovereignty." This Amendment is the "etc" Amendment and includes all unenumerated rights not mentioned by the previous 8 Amendments. The Ninth Amendment is only available to white citizens of the States of the Union and is not available for anyone with citizenship under the 14th Amendment because it has never been incorporated via the Incorporation Doctrine. Rights such as driving, fishing, practising law, having a business, having a bank account, etc are all found under this Amendment for white citizens of the States of the Union. All of the various privileges that non-whites or legal fictions under the 14th Amendment need to get a license for (example: a "driver's license") would all be covered under the Ninth Amendment for a white citizen of a State. This Amendment is what makes a white citizen of a State a "sovereign citizen," as

described by the Honorable Chief Justice Taney in the *Dred Scott v. Sandford* case. Anything that a white citizen of a State says is his right under the 9th Amendment, is his right as long as it is not harming another or lowering the quality of life for others in a way that would be a violation of common law.

95. The Defendant has a duty to follow the US Constitution and Bill of Rights and any licensed attorney that he may use to represent him in this Court must sign an oath to support the US Constitution in accordance with the California Business and Professions Code § 6067.

96. Brandon Joe Williams has a right, under the Ninth Amendment, to have power to his domicile when he properly and timely operates as the indorser on behalf of BRANDON JOE WILLIAMS® when it comes to the negotiation and tendering of notes and drafts.

97. The Defendant breached this by enslaving both Brandon Joe Williams and roping him into their web of ignorance as regards to our national currency. By turning off the power to the domicile, the Defendant has heavily violated the peace and sanctity of the domicile causing irreparable damage as the entire day of personal enjoyment as well as commercial activity was destroyed.

98. Despite Brandon Joe Williams being available and willing to assist the Defendant's advocates to understand the California Commercial Code, which is quite above and beyond his obligation in this contractual relationship, his offers to assist were ceaselessly denied. There has been mountains of attempted good faith on behalf of Brandon Joe Williams to address confusions, all of which have been denied.

Cause of Action 13: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of the Thirteenth Amendment (Directly)

99. BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

100.    The Thirteenth Amendment was specifically done for the new class of citizens under Congress called "citizens of the United States," which was made official in the Civil Rights Act of 1866 then solidified in the 14th Amendment. There was a 4 month gap between the 13th Amendment and the ratification of the Civil Rights Act of 1866 so the "citizen of the United States" class had not officially been created yet but it can be seen by Judicial opinion in the *Slaughter-House Cases* that this was the class that was being addressed by the Thirteenth Amendment. This Amendment has nothing to do with white citizens of the States.

101.    The Defendant, being a 14th Amendment citizen himself, has a duty to not violate this Amendment with other persons within the continental United States of America.

102.    The Defendant breached this by punishing BRANDON JOE WILLIAMS® by turning off his power despite him never having committed any crimes. He paid in full and prior to the due date using valid negotiable instruments found in Exhibit A, B and C.

103.    Despite full performance, the Defendant enslaved BRANDON JOE WILLIAMS® by turning off his power until he paid a second time using other notes or drafts which were illegally and arbitrarily required by the Defendant.

104.    As a direct and proximate result of Defendant's violation of the Thirteenth Amendment, BRANDON JOE WILLIAMS® has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. BRANDON JOE WILLIAMS® is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 14: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of the Fourteenth Amendment (Directly)

105.    BRANDON JOE WILLIAMS® incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

21

106. The Fourteenth Amendment is, essentially, a separate Constitution for the released negroes after the 13th Amendment. Since the newfound "citizens of the United States" had no access to the original Bill of Rights for the white citizens of the States, the 14th Amendment attempted (and failed) to give them some of the rights enjoyed by white people. Legal fictions, such as BRANDON JOE WILLIAMS® and the Defendant were then later added in as "persons" under the Fourteenth Amendment in *Santa Clara County v. Southern Pacific Railroad Co., 118 U.S. 394 (1886)*.

107. The text of the Fourteenth Amendment needed for this cause of action is: **No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.**

108. The Defendant, being a 14th Amendment citizen himself, has a duty to not violate this Amendment with other persons within the continental United States of America.

109. The Defendant breached this by punishing BRANDON JOE WILLIAMS® by turning off his power to his residence despite him never having committed any crimes. He paid in full and prior to the due date using valid negotiable instruments found in Exhibit A, B and C.

110. Despite full performance, the Defendant enslaved BRANDON JOE WILLIAMS® by turning off his power until he paid a second time using other notes or drafts which were illegally and arbitrarily required by the Defendant.

111. As a direct and proximate result of Defendant's violation of the Fourteenth Amendment, BRANDON JOE WILLIAMS® has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. BRANDON JOE WILLIAMS® is entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

22

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

**SECTION VII - DEMAND FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendant as follows:

112.    $50,000 in damages, payable in negotiable instruments (such as Federal Reserve Notes or other kinds of notes or drafts) if under causes of action by BRANDON JOE WILLIAMS® and payable in gold and silver coins if under causes of action by Brandon Joe Williams.

113.    The Defendant must pay in legal tender in accordance with 31 USC § 5103 but Brandon Joe Williams may only be paid in gold and silver coins in accordance with Article I Section 10 of the US Constitution. This disparity in monetary systems is easily fixed by having Brandon Joe Williams and the Defendant split the cost of an escrow transaction. This allows no laws to be broken for this transaction to take place as the escrow will be able to facilitate a smooth tender of the proper type of lawful money or legal tender to all parties. The escrow company will also be a 14th Amendment citizen so they may treat the gold and silver coins as commodities during this transaction, preventing them from illegally handling lawful money.

114.    Any additional exemplary damages in order to curtail and actively prevent the Defendant violating Federal statutes or the US Constitution, of which the attorneys for the Defendant have sworn an oath to uphold in accordance with the California Business and Professions Code § 6067.

115.    Any other relief this Court may consider equitable for this case.

July 15, 2026                               BRANDON JOE WILLIAMS® and Brandon Joe Williams

Without prejudice
By: /s/ *Brandon Joe Williams, white Californian*
Brandon Joe Williams, white Californian
On behalf of self and as owner of sole proprietorship
P.O. Box 1962
Glendale, California 91209

23

Complaint - BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

Brandon@williamsandwilliamslawfirm.com

(747) 273-0799

24

# Exhibit A



## CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

ZYG0818A  2419 1 AV 0.593
7000004907 00.0011.0174 2419/1

BRANDON JOE WILLIAMS



| MUNICIPAL BILL | |
|---|---|
| NAME: | BRANDON JOE WILLIAMS |
| SERVICE ADDRESS: | |
| ACCOUNT NUMBER: | |
| BILL DATE: | 8/18/2025 |
| BILL PERIOD: | 6/14/2025 to 8/13/2025 |
| DUE DATE: | 9/8/2025 |

**Scan QR Code**

### ACCOUNT SUMMARY

**PAYMENT SUMMARY**

| | |
|---|---|
| PREVIOUS BALANCE | 210.38 |
| PAYMENT SINCE 06-17-2025 | -210.38 |
| | $0.00 |

**WITHOUT RECOURSE**
**Pay to the Order of:**
**Bearer**

By: _____
Williams, Brandon Joe, agent

### BALANCE FORWARD

**CURRENT CHARGES**

| | |
|---|---|
| Electric Total | 293.23 |
| Service By Other City Departments Total | 10.08 |
| Taxes Total | 20.78 |
| SUBTOTAL | $324.09 |
| TOTAL CURRENT CHARGES DUE BY 9/8/2025 | 324.09 |

### TOTAL BALANCE DUE

$ 324.09

---

Great news! We have increased rebate amounts for ENERGY STAR appliances, heating and cooling systems, and electric appliances for a limited time. Check them out before these additional rebate amounts are gone! **www.Glendaleca.gov/rebates.**

Page 1 of 4

**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store.  GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

    

---

**RETURN THIS PORTION WITH YOUR PAYMENT**

PAY BY:
| | |
|---|---|
| Internet | www.GlendaleWaterAndPower.com |
| Phone | (855) 798-1539 |
| Walk-in | 141 North Glendale Avenue, Level 2 |
| | Monday thru Thursday   8:30 AM to 5:00 PM |
| | Fridays                8:30 AM to 4:30 PM |

| | |
|---|---|
| DUE DATE: | 9/8/2025 |
| TOTAL DUE: | **$324.09** |
| PAYMENT AMOUNT: | $ |

**Please Write Your Account Number On Your Check.**
**Do Not Attach Or Staple Anything To Your Stub.**

| | |
|---|---|
| BILL DATE: | 8/18/2025 |
| ACCOUNT NUMBER: | |
| CUSTOMER NUMBER: | |
| CUSTOMER: | BRANDON JOE WILLIAMS |
| SERVICE ADDRESS: | |

**PLEASE MAKE YOUR CHECK PAYABLE TO:**

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

1500194590960000000324090

**ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND NO…**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700926187202

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 9:44 am on August 27, 2025 in GLENDALE, CA 91209.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

GLENDALE, CA 91209
August 27, 2025, 9:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                               ⌄

Product Information                                               ⌄

See Less ⌃

Track Another Package

# Exhibit B

CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

GWP1015A  2439 1 AV 0.593
7000004997 00.0012.0187 2439/1

BRANDON JOE WILLIAMS

| | |
|---|---|
| **MUNICIPAL BILL** | |
| NAME: | BRANDON JOE WILLIAMS |
| SERVICE ADDRESS: | |
| ACCOUNT NUMBER: | |
| BILL DATE: | 10/15/2025 |
| BILL PERIOD: | 8/13/2025 to 10/12/2025 |
| DUE DATE: | 11/4/2025 |

### Scan QR Code



**WITHOUT RECOURSE**
**Pay to the Order of:**
**Bearer**

By: Williams, Brandon Joe, agent

## ACCOUNT SUMMARY

**PAYMENT SUMMARY**



## BALANCE FORWARD

**CURRENT CHARGES**

| | |
|---|---|
| Electric Total | 298.51 |
| Service By Other City Departments Total | 10.08 |
| Taxes Total | 21.14 |
| **SUBTOTAL** | **$329.73** |
| Misc. Account Charges Total | 15.00 |
| **TOTAL CURRENT CHARGES DUE BY 11/4/2025** | **344.73** |

## TOTAL BALANCE DUE   $344.73

---

Great news! We have increased rebate amounts for ENERGY STAR appliances, heating and cooling systems, and electric appliances for a limited time. Check them out before these additional rebate amounts are gone! **www.Glendaleca.gov/rebates**.

Page 1 of 4

**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

    

### RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet  www.GlendaleWaterAndPower.com
Phone  (855) 798-1539
Walk-in  141 North Glendale Avenue, Level 2
Monday thru Thursday   8:30 AM to 5:00 PM
Fridays   8:30 AM to 4:30 PM

| | |
|---|---|
| DUE DATE: | 11/4/2025 |
| TOTAL DUE: | $344.73 |
| PAYMENT AMOUNT: | $ $344.73 |

**Please Write Your Account Number On Your Check. Do Not Attach Or Staple Anything To Your Stub.**



BILL DATE:   10/15/2025

ACCOUNT NUMBER:

CUSTOMER NUMBER:

CUSTOMER:   BRANDON JOE WILLIAMS

SERVICE ADDRESS:

### PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

1500194590960000000668827

ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND NO…

# USPS Tracking®

FAQs >

**Remove ✕**

**Tracking Number:**

## 95890710527018702310 65

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 10:15 am on October 21, 2025 in GLENDALE, CA 91209.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
**Delivered, PO Box**

GLENDALE, CA 91209
October 21, 2025, 10:15 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less ︿**

Track Another Package

# Exhibit C

CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

**MUNICIPAL BILL**

| | |
|---|---|
| NAME: | BRANDON JOE WILLIAMS |
| SERVICE ADDRESS: | |
| ACCOUNT NUMBER: | |
| BILL DATE: | 12/16/2025 |
| BILL PERIOD: | 10/12/2025 to 12/11/2025 |
| DUE DATE: | 1/5/2026 |

**Scan QR Code**

ZYG1216B  2384 1 AV 0.593
7000007150 00.0013.0164 2384/1



BRANDON JOE WILLIAMS

### ACCOUNT SUMMARY

### BALANCE FORWARD

**CURRENT CHARGES**
Electric Total
Service By Other City Departments Total
Taxes Total

~WITHOUT RECOURSE~
~Pay to the Order of:~
~Bearer~

By: *[signature]*

**Williams, Brandon Joe, agent**

| | |
|---|---|
| Electric Total | 220.62 |
| Service By Other City Departments Total | 10.08 |
| Taxes Total | 15.63 |
| **SUBTOTAL** | **$246.33** |

### TOTAL BALANCE DUE

$ ~~246.33~~ 246.33

---

Great news! We have increased rebate amounts for ENERGY STAR appliances, heating and cooling systems, and electric appliances for a limited time. Check them out before these additional rebate amounts are gone! **www.Glendaleca.gov/rebates**.

Page 1 of 4

**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store.  GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

   

---

**RETURN THIS PORTION WITH YOUR PAYMENT**

PAY BY:
Internet  www.GlendaleWaterAndPower.com
Phone    (855) 798-1539
Walk-in   141 North Glendale Avenue, Level 2
          Monday thru Thursday   8:30 AM to 5:00 PM
          Fridays                8:30 AM to 4:30 PM

| | |
|---|---|
| DUE DATE: | 1/5/2026 |
| TOTAL DUE: | $ ~~246.33~~ |
| PAYMENT AMOUNT: | $ 246.33 |

**Please Write Your Account Number On Your Check.
Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE:            12/16/2025
ACCOUNT NUMBER:
CUSTOMER  NUMBER:
CUSTOMER:            BRANDON JOE WILLIAMS
SERVICE ADDRESS:

**PLEASE MAKE YOUR CHECK PAYABLE TO:**

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

1500194590960000000930151

ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND NO…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70212720000306416690

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 10:03 am on December 30, 2025 in GLENDALE, CA 91209.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, PO Box**

GLENDALE, CA 91209
December 30, 2025, 10:03 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

Text & Email Updates ⌄

---

USPS Tracking Plus® ⌄

---

Product Information ⌄

See Less ⌃

Track Another Package

# Exhibit D

Flowchart breaking down the series of legal obligations for Plaintiffs and Defendant each time a draft (unconditional order to pay) is issued. Each one of these "cycles" is an entirely separate insulated series of obligations that can have breaches at various spots and a failure or breach at one point does not preclude or prejudice a breach in another area of this cycle or with a separate instrument.

"CCC" means "California Commercial Code"
"CEC" means "California Evidence Code"

BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE

Federal Courts operating under 4 USC § 72 would use the Code of the District of Columbia § 28 to replace these sections but the wording would be identical or nearly identical either way (and the CEC points would not apply).

Definition of "Payment":

**The performance of a duty, promise, or obligation, or discharge of a debt or liability, by the delivery of money or other value. Also the money or other thing so delivered.** *Brady v. Wasson, 6 Ileisk. (Tenn.) 135; Bloodworth v. Jacobs, 2 La. Ann. 24; Root v. Kelley, 39 Misc. Rep. 530, 80 N. Y. Supp. 4S2; Moulton v. Robison, 27 N. H. 554; Clay v. Lakenan, 101 Mo. App. 563, 14 S. W. 301; Claflin v. Continental Works, 85 PAYMENT 8S4*

A note or draft, at the point of issue, is automatically said to be governed by the CCC unless it follows the edict of CCC § 3104(d) which states: **A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this division.**

Drawer CITY OF GLENDALE issues draft in accordance with CCC § 3105

Presumption activates here in accordance with CEC § 633: **An obligation delivered up to the debtor is presumed to have been paid.**

Drawee BRANDON JOE WILLIAMS® (sole proprietorship) recieves draft

Owner of Drawee, Brandon Joe Williams (white Californian), becomes holder of draft

Presumption activates here in accordance with CEC § 634: **A person in possession of an order on himself for the payment of money, or delivery of a thing, is presumed to have paid the money or delivered the thing accordingly.**

Brandon Joe Williams indorses the draft on behalf of BRANDON JOE WILLIAMS® (as representative under CCC § 3402) to prepare it for negotiation.

This is the point when the instrument is now "accepted" in accordance with CCC § 3409(a). If Brandon Joe Williams rejected ("dishonored") the draft, then the drawer would actually be liable to pay the instrument in accordance with CCC § 3414(b). This is exactly why CEC § 633 and § 634 exist. CITY OF GLENDALE would be legally forced to pay the bill. If they didn't pay it, the holder (Brandon Joe Williams) can actually turn around and sue the drawer for nonpayment.

Important Note: in these drafts in this case, you can see the payee in the bottom detachable section is the same as the drawer. But this is not always the case. For example, with an IRS bill, the IRS is the drawer but the United States Treasury is the payee.

Payment is now tendered (using the same draft that was issued originally) to payee CITY OF GLENDALE in accordance with CCC § 3603

This is the exact point when the "payment" (defined at the top of this flowchart) was complete and the duties/obligations of the instrument shift from the drawee/owner back to the drawer/payee. Now the original issuer becomes the holder.

Holder CITY OF GLENDALE now has two options once it recieves the accepted draft

Dishonor the accepted draft in accordance with CCC § 3502(d)

Apply accepted draft as payment on the account in accordance with CCC § 3602

CITY OF GLENDALE has a relationship with GLENDALE FEDERAL CREDIT UNION. According to the Federal Reserve Master Account and Services Database website, GLENDALE FEDERAL CREDIT UNION has had Federal Reserve Discount Window access since 5/14/2003. CITY OF GLENDALE may, if he desires, write up an "application for notes" in accordance with 12 USC § 412 to swap the accepted draft for Federal Reserve Notes. They may also sell, trade, swap or negotitate the draft further as it holds intrinsic value. But the swappability of the instrument is not a duty of the drawee or owner. The presumption is that they are accepting the credit card payment and ALSO taking the bottom portion of the draft, of which is then stamped, and "batching" it to be presented to the Federal Reserve Discount Window. Using threats, intimidation and loss of power, the Defendant is essentially enslaving the Plaintiffs in this case, despite the Plaintiffs carefully performing properly and timely on all their obligations in each individual billing cycle.

Conditional: if presented draft is not applied as a payment and not dishonored, this is a breach that is remedied by CCC § 3603(b) which states: **If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.**