NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

BRANDON JOE WILLIAMS® (sole proprietorship),
Brandon Joe Williams (white Californian)
PO Box 1962, Glendale CA 91209
(747) 273-0799
Brandon@WilliamsandWILLIAMSLawFirm.com

ATTORNEY(S) FOR:

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| 7/15/26 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY_____CS_____DEPUTY |
| DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRANDON JOE WILLIAMS® (sole proprietorship). Et al.

Plaintiff(s),

v.

CITY OF GLENDALE

Defendant(s)

CASE NUMBER:

## 2:26-cv-08035-VBF-ADS

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  BRANDON JOE WILLIAMS® and Brandon Joe Williams
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
|  |  |

7/15/26

Date

Signature                                  white Californian

Attorney of record for (or name of party appearing in pro per):

Brandon Joe Williams, white Californian

CV-30 (05/13)                         NOTICE OF INTERESTED PARTIES