Name: Brandon Joe Williams, white Californian

Address: PO Box 1962, Glendale CA 91209

Phone Number: (747) 273-0799

Email Address: Brandon@WilliamsandWILLIAMSLawl

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
08/03/2026
CENTRAL DISTRICT OF CALIFORNIA
BY____KH____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRANDON JOE WILLIAMS® (sole proprietorship),
Brandon Joe Williams (white Californian)

PLAINTIFF(S)

v.

CITY OF GLENDALE

DEFENDANT(S)

CASE NUMBER

2:26-cv-08035 VBF-ADS

**APPLICATION FOR PERMISSION
FOR ELECTRONIC FILING**

As the ☒ Plaintiff ☐ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ✔ A Computer with internet access.

   ✔ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ✔ A scanner to convert documents that are only in paper format into electronic files.

   ✔ A printer or copier to create required paper copies such as chambers copies.

   ✔ A word-processing program to create documents; and

   ✔ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: Aug 3, 2026

Signature: /s/ *Brandon Joe Williams, white Californian*

CV-005 (02/20)            APPLICATION FOR PERMISSION FOR ELECTRONIC FILING