**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Brandon Joe Williams | CASE NUMBER |
| | 2:26-08035 VBF (ADS) |
| v.                                    PLAINTIFF(S) | |
| City of Glendale | **ORDER  RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |
| DEFENDANT(S) | |

IT IS ORDERED that the Application for Permission for Electronic Filing by _____ is hereby:

Brandon Joe Williams

☑   GRANTED

   Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:      August 10, 2026                    /s/ Autumn D. Spaeth

                                               United States District/Magistrate Judge

☐   DENIED
*Comments:*

Dated: _____          _____
                                  United States District/Magistrate Judge

CV-05 Order (12/15)          **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING**