Brandon Joe Williams

PO Box 1962, Glendale, CA 91209

(747) 273-0799 (Phone and Fax)

Brandon@WilliamsandWILLIAMSLawFirm.com

Brandon Joe Williams, IN PRO PER FOR BOTH PLAINTIFFS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT of CALIFORNIA

## WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| BRANDON JOE WILLIAMS® (sole proprietorship), Brandon Joe Williams (white Californian) <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF GLENDALE, <br><br> Defendant | Case: 2:26-cv-08035-VBF-ADS <br><br> **Notice of Service of Process** <br><br><br> Honorable Valerie Baker Fairbank <br><br> Via Honorable Magistrate Autumn D. Spaeth |

## <u>Notice of Service of Process</u>

Pursuant to Rule 4(h) of the Federal Rules of Civil Procedure, the Plaintiffs hereby file this Notice of Service of Process. The Plaintiffs used ABCLegal for service of process and it was delivered to someone at the physical location of CITY OF GLENDALE. Evidence of service of process will be attached to this notice. Thank you.

Aug 12, 2026                    BRANDON JOE WILLIAMS® and Brandon Joe Williams

By: <u>/s/ *Brandon Joe Williams, white Californian*</u>
Brandon Joe Williams, white Californian
On behalf of self and as owner of sole proprietorship
P.O. Box 1962
Glendale, California 91209
Brandon@williamsandwilliamslawfirm.com
(747) 273-0799

1

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|
| **Williams and WILLIAMS Law Group**<br>**PO Box 1962**<br>**Glendale, CA 91209**<br>TELEPHONE NO.: **747-273-0799**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Brandon Joe Williams** | |

| United States District Court, Central District of California |
|---|
| STREET ADDRESS: **350 W 1st Street Suite 4311** |
| MAILING ADDRESS: **350 W 1st Street Suite 4311** |
| CITY AND ZIP CODE: **Los Angeles 90012** |
| BRANCH NAME: **First Street Federal Courthouse** |

| PLAINTIFF/PETITIONER: **Brandon Joe Williams** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **City of Glendale** | **2:26-cv-08035-VBF-ADS** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**GlendaleRound5-Federal** |
|---|---|

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUMMONS; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF JUDGE ASSIGNMENT AND REFERENCE TO A U.S MAGISTRATE JUDGE; COMPLAINT; EXHIBITS**

3. a. Party served *(specify name of party as shown on documents served)*:
   **CITY OF GLENDALE**

   b. **[X]** Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **Nadia Johnson, person authorized to accept for CITY OF GLENDALE.**

4. Address where the party was served:
   **613 E Broadway, Ste 110, Glendale, CA 91206**

5. I served the party *(check proper box)*

   a. **[X]** **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **08/06/2026** at *(time)*: **4:07 PM**
   **Nadia Johnson**
   **I delivered the documents to Nadia Johnson who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'-5'4" tall and weighing 160-180 lbs.**

   b. **[ ]** **by substituted service.** On *(date)*:            at *(time)*:            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) **[ ]** **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) **[ ]** **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) **[ ]** **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

**Page 1 of 3**

| PLAINTIFF/PETITIONER: Brandon Joe Williams | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  City of Glendale | 2:26-cv-08035-VBF-ADS |

(4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*          (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6.   The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)*   **CITY OF GLENDALE**

under the following Code of Civil Procedure section:

| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
|---|---|
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
|  | ☐ other: |

7.  **Person who served papers**

a. Name:          **Zarine Stepanyan**
b. Address:       **124 N Adams St, Apt. 3, Glendale, CA 91206**
c. Telephone number:       **747-218-9227**
d. The fee for service was: **$ 80.00**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:
(i) ☐ owner ☐ employee ☒ independent contractor.   For:   **ABC Legal Services, LLC**

(ii) ☒ Registration No.: **2025132961**       Registration #: **6779**

(iii) ☒ County:   **County of Los Angeles**       County:   **Los Angeles**

**BY FAX**

**Page 2 of 3**

POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0235956034**



REF: **GlendaleRound5-Federal**



8.  [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date:  08/06/2026

**Zarine Stepanyan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

Page 3 of 3



REF: **GlendaleRound5-Federal**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0235956034**