**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON JOE WILLIAMS® (sole proprietorship) and BRANDON JOE WILLIAMS (white Californian),<br>Plaintiffs,<br>vs.<br>CITY OF GLENDALE,<br>Defendant. | Case No.: 2:26-cv-08035-VBF-ADS<br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF GLENDALE'S MOTION TO DISMISS**<br>[Filed Concurrently with Motion to Dismiss and Request for Judicial Notice] |

The Court, having considered Defendant CITY OF GLENDALE's ("City") Motion to Dismiss, after all supporting papers submitted, and any opposition and reply, the City's Motion to Dismiss is granted and this action is dismissed with prejudice.

DATED: ____________, 2026

By: ______________________________
The Honorable Valerie B. Fairbank