MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
CARL ARIAS, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 205068
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: carias@glendaleca.gov

Attorneys for Defendant
CITY OF GLENDALE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON JOE WILLIAMS® (sole proprietorship) and BRANDON JOE WILLIAMS (white Californian),<br>Plaintiffs,<br>vs.<br>CITY OF GLENDALE,<br>Defendant. | Case No.: 2:26-cv-08035-VBF-ADS<br>**DEFENDANT CITY OF GLENDALE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**<br>[Filed Concurrently with Motion to Dismiss and (Proposed) Order] |

Pursuant to Federal Rule of Evidence 201 and the authorities cited below, Defendant CITY OF GLENDALE ("City") hereby requests the Court take judicial notice of the following Court records:

1) The Orders of the District Court in Case No.: 2:24-cv-07039-HDV-PD dated November 27, 2024 and January 27, 2025, dismissing Plaintiff BRANDON JOE WILLIAMS's ("Plaintiff") first District Court lawsuit, attached hereto as **Exhibits A1 and A2**.

2) Plaintiff's complaint filed in Los Angeles County Small Claims Court in Case No.: 25PDSC01538 titled, "PLAINTIFF'S CLAIM AND ORDER TO GO TO SMALL CLAIMS COURT," (filed on or about June 18, 2025 and attached hereto as **Exhibit B**);

3) The August 7, 2025 Order issued by Judge Timothy Martella following the trial in Plaintiff's Small Claims Action, which ruled that Plaintiff was "to take nothing by virtue of the complaint," attached hereto as **Exhibit C**.

4) Plaintiff's First Amended Complaint filed in Los Angeles County Superior Court for Case No.: 26NNCV00519 (filed on June 17, 2026 and attached hereto as **Exhibit D**)

5) The August 14, 2026 Orders issued by Los Angeles County Superior Court Judge Frank M. Tavelman following the Hearing on City's Demurrer to Plaintiff's First Amended Complaint, which ruled that Plaintiff's action was barred by the doctrines of res judicata and collateral estoppel because Plaintiff lost on the merits of the above-described Small Claims Action, attached hereto as **Exhibits E1 and E2**.

**Authority for this Request**

Federal Rule of Evidence 201; *Kent v. United of Omaha Life Ins. Co.,* 484 F.3d 988, 994 n. 2 (8th Cir.2007) ("[W]e may take judicial notice of other judicial opinions, and the earlier proceedings are relevant in deciding a claim of issue preclusion."); See also, *Knutson v. City of Fargo*, 600 F.3d 992, 1000 (8th Cir. 2010); *Conopco, Inc. v. Roll Int'l* (2nd Cir. 2000) 231 F.3d 82, 86, fn. 3; *Bryant v. Carleson* (9th Cir. 1971) 444 F2d 353, 357.

DATED: August 27, 2026

MICHAEL J. GARCIA, CITY ATTORNEY

By: Carl Arias

CARL B. ARIAS
Attorneys for Defendant