# EXHIBIT A2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-07039-HDV-PDx | Date | 01/27/25 |
| Title | *Brandon Joe Williams v. City of Glendale* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE [JS-6]**

On November 27, 2024, the Court issued an order granting Defendant's Motion to Dismiss and directing Plaintiff to file an amended complaint within 30 days from the date of the order. See Dkt. #23. In light no amendment has been filed as of today, the Court hereby dismisses the case. The clerk is ordered to close the case.

**IT IS SO ORDERED.**