# EXHIBIT B

# SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

Clerk stamps date here when form is filed.

Electronically FILED by Superior Court of California, County of Los Angeles 6/18/2025 10:36 PM David W. Slayton, Executive Officer/Clerk of Court, By W. Tang, Deputy Clerk

CITY CLERK 2025 JUN 30 PM 12: 39

## Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form or on form SC-100A. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case. If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario, o en el formulario SC-100A. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso. Si pierde el caso, la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

Fill in court name and street address:

**Superior Court of California, County of**

PASADENA COURTHOUSE
300 EAST WALNUT STREET
PASADENA, CA 91101

Court fills in case number when form is filed.

**Case Number:** 25PDSC01538

**Case Name:** BRANDON JOE WILLIAMS® vs CITY OF GLENDALE

RECEIVED 2025 JUL -1 PM 1:12 CITY ATTORNEY'S OFFICE

## Order to Go to Court

**The people in ① and ② must attend court:** *(Clerk fills out section below.)*

**Trial Date**

| | Date | Time | Department | Name and address of court, if different from above |
|---|---|---|---|---|
| 1. | 08-07-2025 | 1:30 PM | A | |
| 2. | | | | |
| 3. | | | | |

David W. Slayton, Executive Officer/Clerk of Court

Date: 06/18/2025 Clerk, by W. Tang, Deputy

## Instructions for the person suing:

**Do not use this form to recover COVID-19 rental debt,** which is unpaid rent or other financial obligations under a tenancy due between March 1, 2020, and September 30, 2021. (See Code of Civil Procedure, §1179.02.) To recover COVID-19 rental debt, use form SC-500, *Plaintiff's Claim and ORDER to Go to Small Claims Court.*

- You are the plaintiff. The person you are suing is the defendant.
- **Before** you fill out this form, read form SC-100-INFO, *Information for the Plaintiff,* to know your rights. You can get form SC-100-INFO at any courthouse or county law library, or go to *www.courts.ca.gov/forms.*
- **Fill out pages 2, 3, and 4 of this form.** Make copies of all the pages of this form and any attachments—one for each party named in this case and an extra copy for yourself. Take or mail the original and the copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above. Your court may allow electronic filing. Check your local court website for information: *www.courts.ca.gov/find-my-court.htm.*
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Plaintiff *(list names)*:
BRANDON JOE WILLIAMS®

Case Number:
25PDSC01538

① **The plaintiff (the person, business, or public entity that is suing) is:**

Name: BRANDON JOE WILLIAMS® Phone: (747)273-0799

Street address: PO Box 1962 Glendale CA 91209
*Street City State Zip*

Mailing address *(if different)*: ____
*Street City State Zip*

Email address *(if available)*: brandon@williamsandwilliamslawfirm.com

**If more than one plaintiff, list next plaintiff here:**

Name: ____ Phone: ____

Street address: ____
*Street City State Zip*

Mailing address *(if different)*: ____
*Street City State Zip*

Email address *(if available)*: ____

☐ *Check here if more than two plaintiffs and attach form SC-100A.*
☐ *Check here if either plaintiff listed above is doing business under a fictitious name and attach form SC-103.*
☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

② **The defendant (the person, business, or public entity being sued) is:**

Name: CITY OF GLENDALE Phone: (855) 550-4497

Street address: 141 N. Glendale Ave Glendale CA 91206
*Street City State Zip*

Mailing address *(if different)*: ____
*Street City State Zip*

**If the defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process here:**

Name: Mark Young Job title, if known: ____

Address: 141 N. Glendale Ave Glendale CA 91206
*Street City State Zip*

☐ *Check here if your case is against more than one defendant and attach form SC-100A.*
☐ *Check here if any defendant is on active military duty and write defendant's name here:* ____

③ **The plaintiff claims the defendant owes $** 6,000.00 . *(Explain below and on next page.)*
*(Note: A claim for COVID-19 rental debt cannot be made on this form. Use form SC-500, Plaintiff's Claim and ORDER to Go to Small Claims Court (COVID-19 Rental Debt).)*

a. Why does the defendant owe the plaintiff money?

~~Failure to process or dishonor drafts (negotiable instruments) tendered for payment, thus activating the provisions in the California Commercial Code Division 3, Section 3603(b).~~ More information attached in the formal complaint and evidence.

Plaintiff *(list names)*:
BRANDON JOE WILLIAMS®

Case Number:
25PDSC01538

(3) b. When did this happen? *(Date)*: ____________

If no specific date, give the time period: *Date started:* January 14, 2025 *Through:* February 14, 2025

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*

~~Stolen/lost drafts as well as time wasted trying to get defendant to follow the California Commercial Code as regards to our commercial contract~~

☐ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.*

**(4) You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**

☒ Yes ☐ No If no, explain why not:

**(5) Why are you filing your claim at this courthouse?**

**This courthouse covers the area** *(check the one that applies)*:

a. ☒ (1) Where the defendant lives or does business.
(2) Where the plaintiff's property was damaged.
(3) Where the plaintiff was injured.
(4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim, is about an offer or contract for personal, family, or household goods, services, or loans. (Code Civ. Proc., § 395(b).)

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). (Civ. Code, § 1812.10.)

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. (Civ. Code, § 2984.4.)

e. ☐ Other *(specify)*: ____________

**(6) List the zip code of the place checked in (5) above** *(if you know)*: 91206

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No

*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☒ Yes ☐ No

*If yes, you must file a written claim with the entity first.* ☒ A claim was filed on *(date)*: January 14, 2025

*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

Plaintiff *(list names)*:
BRANDON JOE WILLIAMS®

Case Number:
25PDSC01538

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No *If yes, the filing fee for this case will be higher.*

**(10) Is your claim for more than $2,500?** ☒ Yes ☐ No
*If you answer yes, you also confirm that you have not filed, and you understand that you may not file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**(11) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under the laws of the State of California that the information above and on any attachments to this form is true and correct.

Date: June 9, 2025

BRANDON JOE WILLIAMS®
*Plaintiff types or prints name here*

▶ [signature], agent
*Plaintiff signs here*

Date: ____________

____________
*Second plaintiff types or prints name here*

▶ ____________
*Second plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. For these and other accommodations, contact the clerk's office for form MC-410, *Disability Accommodation Request*. (Civ. Code, § 54.8.)

## SC-100 Information for the defendant (the person being sued)

**"Small claims court"** is a special court where claims for $12,500 or less are decided. Individuals, including "natural persons" and sole proprietors, may claim up to $12,500. Corporations, partnerships, public entities, and other businesses are limited to claims of $6,250. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *defendant*—the person being sued. The person who is suing you is the *plaintiff*.

**Do I need a lawyer?** You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?** You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that support your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare*.

**What if I need an accommodation?** If you have a disability or are hearing impaired, fill out form MC-410, *Disability Accommodation Request*. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?** Ask the court clerk as soon as possible for a court-provided interpreter. You may use form INT-300, *Request for Interpreter (Civil)* or a local court form to request an interpreter. If a court interpreter is unavailable for your trial, it may be necessary to reschedule your trial. You cannot bring your own interpreter for the trial unless the interpreter has been approved by the court as a certified, registered, or provisionally qualified interpreter. (See Cal. Rules of Court, rule 2.893, and form INT-140.)

**Where can I get the court forms I need?** Go to any courthouse or your county law library, or print forms at *www.courts.ca.gov/forms*.

**What happens at the trial?** The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?** If you lose, you may appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file form SC-140, *Notice of Appeal*. You must file within 30 days after the clerk hands or mails you the judge's decision (judgment) on form SC-200 or form SC-130, *Notice of Entry of Judgment*.
- If you were *not* at the trial, fill out and file form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File form SC-140.

For more information on appeals, see *www.courts.ca.gov/smallclaims/appeals*.

**Do I have options?** Yes. If you are being sued you can:

- **Settle your case before the trial.** If you and the plaintiff agree on how to settle the case before the trial, the plaintiff must file form CIV-110, *Request for Dismissal* or a written and signed settlement agreement with the clerk. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To have the court order a witness to go to the trial, fill out form SC-107, *Small Claims Subpoena and Declaration*, and have it served on the witness.
- **Sue the person who is suing you.** If you have a claim against the plaintiff, and the claim is appropriate for small claims court as described on this form, you may file *Defendant's Claim* (form SC-120) and bring the claim in this action. If your claim is for *more* than allowed in small claims court, you may still file it in small claims court if you give up the amount over the small claims value amount, or you may file a claim for the full value of the claim in the appropriate court. If your claim is for more than allowed in small claims court *and* relates to the same contract, transaction, matter, or event that is the subject of the plaintiff's claim, you may file your claim in the appropriate court and file a motion to transfer the plaintiff's claim to that court to resolve both matters together. You can see a description of the amounts allowed in the paragraph above, titled **"Small Claims Court."**
- **Agree with the plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the plaintiff what he or she is asking for plus court costs. If this happens, the plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**

You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county).

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**Need help?**
Your county's Small Claims Advisor can help for free.

Small Claims Court Advisory Program
http://dcba.lacounty.gov
Monday - Friday, 8:00 a.m. – 4:30 p.m.
(213) 974-9759 or (800) 593-8222

Or go to *www.courts.ca.gov/smallclaims/advisor*.

* **Exceptions:** Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc., § 116.220(c).) Limits do not apply in an action to recover COVID-19 rental debt. (See Code Civ. Proc., §§ 116.223 & 1179.02; form SC-500.)

# SC-100 Información para el demandado (la persona demandada)

La **"Corte de reclamos menores"** es una corte especial donde se deciden casos por $12,500 o menos. Los individuos, o sea las "personas físicas" y los propietarios por cuenta propia, pueden reclamar hasta $12,500. Las corporaciones, asociaciones, entidades públicas y otras empresas solo pueden reclamar hasta $6,250. (Vea abajo para las excepciones.*) El proceso es rápido y económico. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?** Puede hablar con un abogado antes o después del caso. Pero no puede tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?** No tiene que presentar ningún documento antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en *www.courts.ca.gov/reclamosmenores/preparese*.

**¿Qué hago si necesito una modificación?** Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Solicitud de modificaciones para discapacidad*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?** Solicite un intérprete al secretario de la corte lo más pronto posible. Puede usar el formulario INT-300 o un formulario de su corte local. Si no está disponible un intérprete de la corte para su juicio, es posible que se tenga que cambiar la fecha de su juicio. No puede llevar su propio intérprete para el juicio a menos que el intérprete haya sido aprobado por la corte como un intérprete certificado, registrado, o provisionalmente calificado. (Vea la regla 2.893 de las Reglas de la Corte de California, y el formulario INT-140.)

**¿Dónde puedo obtener los formularios de la corte que necesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en www.courts.ca.gov/smallclaims/forms (página está en inglés).

**¿Qué pasa en el juicio?** El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?** Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación* (Notice of Appeal). Tiene que presentarlo dentro de 30 días después de que el secretario le entregue o envíe la decisión (fallo) del juez en el formulario SC-200 o SC-130, *Aviso de publicación del fallo* (Notice of Entry of Judgment).
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea *www.courts.ca.gov/reclamosmenores/apelaciones*.

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en cómo resolver el caso antes del juicio, el Demandante tiene que presentar el formulario CIV-110 Solicitud de desestimación (Request for Dismissal) o un acuerdo de resolución escrito y firmado al secretario de la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo.Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Si desea que la corte emita una orden de comparecencia para que los testigos vayan al juicio, llene el formulario SC-107, *Citatorio de reclamos menores* (Small Claims Subpoena) y entrégueselo legalmente al testigo.
- **Demandar a la persona que lo demandó.** Si tiene un reclamo contra el Demandante, y el reclamo se puede presentar en la corte de reclamos menores, tal como se describe en este formulario, puede presentar el formulario SC-120, *Reclamo del demandado* (Defendant's Claim) y presentarlo en este mismo caso. Si su reclamo excede el límite permitido en la corte de reclamos menores, puede igualmente presentarlo en la corte de reclamos menores si está dispuesto a limitar su reclamo al máximo permitido, o puede presentar un reclamo por el monto total en la corte apropiada. Si su reclamo excede el límite permitido en la corte de reclamos menores y está relacionado con el mismo contrato, transacción, asunto o acontecimiento que el reclamo del Demandante, puede presentar su reclamo en la corte apropiada y presentar una moción para transferir el reclamo del Demandante a dicha corte, para poder resolver los dos reclamos juntos. Puede ver una descripción de los montos permitidos en el párrafo anterior titulado "Corte de reclamos menores".
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos a plazos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), *o*
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

**¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

Small Claims Court Advisory Program
http://dcba.lacounty.gov
Monday - Friday, 8:00 a.m. – 4:30 p.m.
(213) 974-9759 or (800) 593-8222

O visite *www.courts.ca.gov/reclamosmenores/asesores*.

* **Excepciones:** Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) Los límites no se aplican a las acciones para reclamar una deuda de alquiler del COVID-19. (Vea el Código de Procedimiento Civil, secciones 116.223 y 1179.02; y el formulario SC-500.)



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

BRANDON JOE WILLIAMS®
PO Box 1962
Glendale, CA 91209

**STATE OF CALIFORNIA**
**LOS ANGELES COUNTY SUPERIOR COURT - NORTH CENTRAL DISTRICT**
***SMALL CLAIMS COURT - ALHAMBRA***

CAUSE NO.______________________

BRANDON JOE WILLIAMS®,

*Plaintiff*,

v.

CITY OF GLENDALE AKA GLENDALE WATER & POWER
*Defendant*.

**PLAINTIFF'S CLAIM AND ORDER TO GO TO SMALL CLAIMS COURT**

COMES NOW, person BRANDON JOE WILLIAMS®, presented by man Brandon Joe Williams, and files this *Complaint* against Defendant CITY OF GLENDALE AKA GLENDALE WATER & POWER ("GLENDALE"), and alleges, upon information and belief, the following:

## I. JURISDICTION AND VENUE

1. This court has jurisdiction over this action pursuant to California California Code of Civil Procedure 410.10 and 395
2. Venue is proper in this judicial district pursuant to California Code of Civil Procedure 395(a) because the events giving rise to this claim occurred in Los Angeles County

## II. PARTIES

3. BRANDON JOE WILLIAMS® is a sole proprietorship and US citizen in accordance with 8 USC 1401(a)
4. The agent, Brandon Joe Williams, is a white, state citizen of California (non-US citizen). This classification is described in ***Dred Scott v. Sandford, 60 US 393 (U.S. Supreme Court - 1857)***, ***Slaughter-House Cases, 83 US 36 (U.S. Supreme Court - 1873)*** and ***ELLEN R. VAN VALKENBURG v. ALBERT BROWN 43 Cal. 43 (California Supreme Court - 1872)***
5. BRANDON JOE WILLIAMS® is a citizen of the District of Columbia and a resident of California
6. The agent, Brandon Joe Williams, is domiciled in California (non-resident)
7. Defendant CITY OF GLENDALE is an incorporated entity located in Los Angeles County in the STATE of CALIFORNIA. The GLENDALE WATER & POWER is a public utility located within the incorporated CITY OF GLENDALE. The address for service of process for GLENDALE WATER & POWER is 141 N. Glendale Ave., Glendale, California 91206.

## III. Causes of Action and Relief Requested

**Cause of Action: Breach of Contract**

8. Attachments in **Exhibit A** show the original cover letter and unconditional orders to pay (drafts) that were sent in to perform on this account, along with their indorsements
9. The defendant has a **DUTY** to follow the California Commercial Code in all commercial transactions

10. The defendant **BREACHED** this duty by failing to either process or dishonor the negotiable instruments (drafts) tendered for payment. This is in accordance with the California Commercial Code, Division 3, Section 3502(b)

11. Instead of applying or dishonoring or applying these instruments as payments, the defendant "refused" the instruments by ignoring them. This activated California Commercial Code, Division 3, Section 3603(b), which states: **If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.**

12. The **DAMAGES** associated with this include the various phone calls and attempts to get performance, the ignored original parcel and the loss of value associated with the tendered drafts. Also, the confusion associated with performance and the mental and emotional frustration with trying to get the law applied

13. This lawsuit, in essence, is to compel the functionality of the California Commercial Code, Division 3, Section 3603(b) and to prevent this sort of problem from occurring in the future

**Requested Relief:**

19. $6000 in unconditional promises to pay (negotiable instruments) called Federal Reserve Notes for damages: time spent to address this situation, annoyances and attempts to educate those administering the account, to compensate for the original lost drafts that were tendered and to cover the costs of filing this small claims suit

20. A written agreement and promise to follow the California Commercial Code properly and to either legally dishonor any unconditional promises or orders to pay that are submitted as performance or apply them to the account. This includes being in excellent and direct communication with Brandon Joe Williams on anything that may be lacking as regards to indorsements, negotiation or redeemability of instruments so that payment transactions can be smooth and easy for all parties (this could also include a power of attorney signed to allow Glendale Water and Power to negotiate instruments autonomously)

Dated: June 9, 2025

RESPECTFULLY SUBMITTED,

BRANDON JOE WILLIAMS®

BY: *_/s/ Brandon Joe Williams, agent_*
P.O. Box 1962
Glendale, California 91209
Brandon@williamsandwilliamslawfirm.com
(747) 273-0799

# EXHIBIT

# A

Williams & WILLIAMS
LAW GROUP

# Letter Accompanying Indorsed Original Drafts Tendered for Payment in accordance with the California Commercial Code Division 3

Jan 13th, 2025

From:
Brandon Joe Williams, attorney-in-fact
On behalf of BRANDON JOE WILLIAMS®
PO Box 1962
Glendale, CA 91209
(747) 273-0799
Brandon@williamsandwilliamslawfirm.com
www.williamsandwilliamslawfirm.com

To:
CITY OF GLENDALE
P.O Box 29099
Glendale, CA 91209
Certified Mail #9589 0710 5270 0926 1871 96

<u>Important Note: The enclosed drafts have been indorsed in blank (payable to the bearer), so please be sure to use the same protocol you would use to handle these as you would for cash. These drafts are legally the same as cash.</u>

Dear Payment Processing Center Employee,

Enclosed are 6 indorsed original drafts/checks that are being tendered in good faith for full satisfaction of the original claims. This in accordance with the CCC Division 3, Section 3311.

As you will see on the drafts/bills, there are some handwritten terms that adjust the drafts in accordance with the CCC Division 3, Section 3114. The terminology "payable on demand" is in

accordance with the CCC Division 3, Section 3108. The entire point of doing this is to prevent dishonor in accordance with the CCC Division 3, Section 3502.

These drafts were originally paid with Federal Reserve Notes, which was improper. Please use these indorsed drafts to replace the previous payments that were made using the Federal Reserve Notes that were sent in to discharge the account.

You will see that the indorsement is a red stamp with a blue signature on the face of the instruments. For clarification, I will type the indorsement in text here:

**WITHOUT RECOURSE**
Pay to the order of:
Bearer
By: /s/ Williams, Brandon Joe
Williams, Brandon Joe, agent

Please process these drafts/checks as a payment and issue a refund in the amount of Federal Reserve Notes that were previously tendered on the account. Refunds can be sent to the PO Box found at the top of this letter.

My direct phone number, for calls/texts/faxing, is 747-273-0799. If you need help with this payment at all, please be sure to contact me right away. If these drafts are not processed as payments, litigation will commence.

These bearer securities are being sent via Certified Mail rather than Registered Mail because both PO Boxes are in the same post office and very little security is needed to deliver these to you.

Sincerely,

Brandon Joe Williams

CITY OF GLENDALE, CALIFORNIA
Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 12/19/2024
BILL PERIOD: 10/17/2024 to 12/16/2024
DUE DATE: ~~[illegible]~~ Payable on Demand

Scan QR Code

ZYG1219B 2412 1 AV 0.545
7000007234 00.0013.0139 2412/1

BRANDON JOE WILLIAMS
[redacted]

## ACCOUNT SUMMARY

PAYMENT SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE | 313.56 |
| PAYMENT SINCE 10-22-2024 | -313.56 |
| **BALANCE FORWARD** | $0.00 |
| CURRENT CHARGES | |
| Electric Total | 183.16 |
| Service By Other City Departments Total | 10.08 |
| Taxes Total | 12.98 |
| SUBTOTAL | $206.22 |
| TOTAL CURRENT CHARGES DUE BY 1/8/2025 | 206.22 |
| **TOTAL BALANCE DUE** | $ 206.22 |

WITHOUT RECOURSE
Pay to the Order of:
Bearer

By: Williams, Brandon Joe
Williams, Brandon Joe, agent

Great news! We have increased rebate amounts for ENERGY STAR appliances, heating and cooling systems, and electric appliances for a limited time. Check them out before these additional rebate amounts are gone! www.Glendaleca.gov/rebates.



**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

DUE DATE: ~~[illegible]~~ Payable on Demand
TOTAL DUE: $206.22
PAYMENT AMOUNT: $

**Please Write Your Account Number On Your Check.**
**Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE: 12/19/2024
ACCOUNT NUMBER: 50019459-09
METER NUMBER: 0000252069
CUSTOMER: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]

PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

150019459096000000206222

## TERM DEFINITIONS

| | |
|---|---|
| Customer Charge (Electric): | Costs of metering support, customer service and maintaining customers' accounts, applied on a per-meter basis |
| Energy Charge: | Charge for energy consumption, applied on a kilowatt-hour basis |
| Energy Cost Adjustment Charge: | Charge or credit to adjust for the variation from projected costs of fuel and purchased power, applied to kilowatt-hour |
| Regulatory Adjustment Charge: | Charge or credit to adjust for the variance from projected regulatory compliance costs, applied to kilowatt-hour |
| Revenue Decoupling Charge: | Charge or credit to adjust for the difference between actual and projected sales volumes, applied to kilowatt-hour |
| Public Benefit Charge: | Charge to fund state-mandated program benefiting the Glendale community. Charge is based upon electrical total |
| Demand Charge: | Charge based upon a customer's highest peak demand in kilowatts over a twelve-month period |
| Reactive Power Charge: | Charge applied per kVar per day, to cover the impact of reactive power on the electrical system |
| kWh: | Unit of measure, Kilowatt-Hour or 1,000 Watt-Hours |
| kVar: | Unit of measure, Kilovolt-amperes, reactive or 1,000 var-hours |
| kW: | Unit of measure, Kilowatt or 1,000 Watts |
| Multiplier: | Difference between meter reads multiplied by the number indicated to calculate actual consumption |
| Customer Charge (Water): | Cost of metering support, customer service, and maintaining customer's account. Charge is applied on a per-meter or fire line basis; based on size of meter or fire line |
| Water Variable Charge: | Charge for the water quantity used, and supports the cost of providing water service and a portion of fixed cost allocated to volumentric cost recovery |
| Water Adjustment Charge: | Cost of energy to pump water and adjustments for purchased water |
| Drought Charge: | In effect during the various phases of mandatory water conservation. Charges associated with the required revenue and costs to continue to operate and maintain the City's water system. |
| HCF: | Unit of measure, hundred (100) cubic feet, which equals 748 gallons |
| City Utility User Tax: | City imposed tax based on total electric and water charges |
| State Energy Surcharge: | Mandated charge by the State of California based upon electric usage |
| Rubbish: | Both tenants and owners may be charged a flat monthly fee for rubbish removal (818) 548-3916 |
| Hazardous Waste: | Cost of collection, recycling, treatment and disposal of household and commercial hazardous waste products (818) 548-4030 |
| Industrial Waste: | Inspection and sampling fee in connection with industrial waste discharge to sewer (818) 548-4030 |
| Sewer: | Includes Glendale operational and Hyperion Sewer Treatment Plant costs (818) 548-3950 |

## RATES

For rate information, please visit http://www.glendaleca.gov/gwprates

## PAYING YOUR BILL

1. **By Mail** - Send payment to City of Glendale, PO Box 29099, Glendale, CA 91209-9099. **Do not staple anything to your bill**
2. **Online** - Internet at www.GlendaleWaterAndPower.com
3. **By Phone** - (855) 798-1539; Hearing Impaired TTY (818) 409-7062
4. **In Person** - 141 N. Glendale Ave., Level 2, Glendale, CA 91206-4497. Drop boxes are located at main entrance and at the end of driveway. For an additional fee of $1.49 you can also pay by cash at any 7-Eleven store.
5. **Automatic Debit from your bank** - Visit us at www.GlendaleWaterAndPower.com or call (855) 550-4497 for enrollment information.

## ACCOUNT RESPONSIBILITY

- Whenever a premise has been vacated without notifying Glendale Water & Power Customer Services to terminate the account, the account holder remains responsible for payment of any utility usage incurred until Customer Service is notified.
- The Department will not be liable for interruption or shortage or insufficiency of supply.
- Whenever a premise has been vacated by a tenant and the account terminated, the owner or landlord shall be responsible for the payment of any utility usage incurred after the termination date. To avoid responsibility for these charges, please call (855) 550-4497.
- When all your utility bills have been paid on time with no delinquencies for twelve (12) consecutive months, your deposit will be applied to your account.
- The account holder is subject to repair costs, penalties, and possible civil or criminal prosecution resulting from tampering or damage to City property.
- All water and electric meters are the property of the City of Glendale.

## PAST DUE / DELINQUENT BILLS

- The bill becomes past due 19 calendar days from the billing date.
- A late fee will be assessed on any unpaid balance 38 calendar days from the billing date.
- Unable to pay on time? - Call (855) 550-4497 to discuss a payment extension.
- Approved payment extensions do not exempt past due balances from late fees.
- Failure to honor payment extension terms in whole or in part will void agreement and result in termination of service without further notice.
- Disconnection of service requires disconnection and reconnection fees and a deposit. If service is reconnected by someone other than a department representative, an illegal connection fee will apply.
- Delinquent bills may be assigned to a collection agency for collection. A fee will be assessed for: late payment, returned check, disconnection, reconnections, field visit, or same day service.

## WHAT TO DO IF YOU DISAGREE WITH YOUR BILL

- If you believe your bill is incorrect, call us as soon as you receive the bill and we will provide you with a prompt explanation and/or investigation.
- If you still feel that the bill is incorrect, please submit a written statement containing all facts to:

Customer Service
Glendale Water & Power
141 N. Glendale Avenue, Level 2
Glendale, CA 91206-4494

The utility bill must be paid in full while the dispute is being investigated.

## WATER OR ELECTRIC EMERGENCIES — AFTER HOURS

- Service Outages/Emergencies CALL: (818) 548-2011

THIS PORTION OF YOUR BILL MUST BE RETURNED WITH YOUR PAYMENT

## 7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS

### Customer Instructions

(1) LOCATION: If you prefer to pay in cash, bring this entire bill to a participating 7-Eleven location. Please visit www.paynearme.com/locations.

(2) AMOUNT: Tell the Associate the amount to LOAD to your account. A $1.49 convenience fee applies.

(3) PAY: Pay up to total and keep receipt as proof of payment. Payments made before 11:50pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

### Store Associate Instructions

1. Enter Amount Customer Wants to Pay
2. Press LOAD Button
3. Scan Barcode
4. Collect Cash Payment and Provide Receipt

Associate Issue? 7-Eleven Support: 888-714-0004

Ã62996490

*LOAD LIKE A GIFT CARD*

CITY OF GLENDALE, CALIFORNIA
Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 12/19/2024
BILL PERIOD: 10/17/2024 to 12/16/2024
DUE DATE: [redacted] Payable on Demand

ZYG1219B 7000007235 00.0013.0139 2412/2

## ACCOUNT DETAILS

| Service | Meter No. | Rate | Prior | Current | Days | Multiplier | Usage |
|---|---|---|---|---|---|---|---|
| | | | METER READS | | | | |
| ELECTRIC | 0000252069 | L1A | 026001 | 026528 | 60 | 1 | 527 kWh |

## ELECTRIC SERVICE

| | | |
|---|---|---|
| Customer Charge | | 45.00 |
| Energy Charge | | 132.63 |
| Public Benefits Charge | | 5.53 |
| **Electric Total** | | **$183.16** |

## SERVICE BY OTHER CITY DEPARTMENTS

| | | |
|---|---|---|
| Hazardous Waste (818) 548-4030 | | 1.10 |
| Sewer Operating Costs (818) 548-3950 | | 8.98 |
| **Service By Other City Departments Total** | | **$10.08** |

## TAXES

| | | |
|---|---|---|
| City Utility Users Tax | (7% of the electric and water totals) | 12.82 |
| State Electrical Energy Surcharge | ($0.0003 per kWh) | 0.16 |
| **Taxes Total** | | **$12.98** |

## TOTAL CURRENT CHARGES **$206.22**

Electric Usage KWH



CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 10/22/2024
BILL PERIOD: 8/18/2024 to 10/17/2024
DUE DATE: [redacted] Payable on Demand

Scan QR Code

GWP1022B 1845 1 AV 0.545
7000003865 00.0009.0224 1845/1

BRANDON JOE WILLIAMS
[redacted]

GWP1022B 1845 1 AV 0.545 7000003865 00.0009.0224 1845/1[1/2]

## ACCOUNT SUMMARY

**PAYMENT SUMMARY**

| | | |
|---|---|---|
| PREVIOUS BALANCE | | 334.79 |
| PAYMENT SINCE 08-21-2024 | | -334.79 |
| **BALANCE FORWARD** | | **$0.00** |
| **CURRENT CHARGES** | | |
| Electric Total | | 283.41 |
| Service By Other City Departments Total | | 10.08 |
| Taxes Total | | 20.07 |
| | SUBTOTAL | $313.56 |
| TOTAL CURRENT CHARGES DUE BY 11/12/2024 | | 313.56 |
| **TOTAL BALANCE DUE** | | **$ 313.56** |

WITHOUT RECOURSE
Pay to the Order of:
Bearer

By:

Williams, Brandon Joe, agent

**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.



RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

DUE DATE: Payable on Demand [redacted]
TOTAL DUE: **$313.56**
PAYMENT AMOUNT: $

**Please Write Your Account Number On Your Check.**
**Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE: 10/22/2024
ACCOUNT NUMBER: 50019459-09
METER NUMBER: 0000252069
CUSTOMER: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]

PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

150019459096000000313564

## TERM DEFINITIONS

| | |
|---|---|
| **Customer Charge (Electric):** | Costs of metering support, customer service and maintaining customers' accounts, applied on a per-meter basis |
| **Energy Charge:** | Charge for energy consumption, applied on a kilowatt-hour basis |
| **Energy Cost Adjustment Charge:** | Charge or credit to adjust for the variation from projected costs of fuel and purchased power, applied to kilowatt-hour |
| **Regulatory Adjustment Charge:** | Charge or credit to adjust for the variance from projected regulatory compliance costs, applied to kilowatt-hour |
| **Revenue Decoupling Charge:** | Charge or credit to adjust for the difference between actual and projected sales volumes, applied to kilowatt-hour |
| **Public Benefit Charge:** | Charge to fund state-mandated program benefiting the Glendale community. Charge is based upon electrical total |
| **Demand Charge:** | Charge based upon a customer's highest peak demand in kilowatts over a twelve-month period |
| **Reactive Power Charge:** | Charge applied per kVar per day, to cover the impact of reactive power on the electrical system |
| **kWh:** | Unit of measure, Kilowatt-Hour or 1,000 Watt-Hours |
| **kVar:** | Unit of measure, Kilovolt-amperes, reactive or 1,000 var-hours |
| **kW:** | Unit of measure, Kilowatt or 1,000 Watts |
| **Multiplier:** | Difference between meter reads multiplied by the number indicated to calculate actual consumption |
| **Customer Charge (Water):** | Cost of metering support, customer service, and maintaining customer's account. Charge is applied on a per-meter or fire line basis; based on size of meter or fire line |
| **Water Variable Charge:** | Charge for the water quantity used, and supports the cost of providing water service and a portion of fixed cost allocated to volumentric cost recovery |
| **Water Adjustment Charge:** | Cost of energy to pump water and adjustments for purchased water |
| **Drought Charge:** | In effect during the various phases of mandatory water conservation. Charges associated with the required revenue and costs to continue to operate and maintain the City's water system. |
| **HCF:** | Unit of measure, hundred (100) cubic feet, which equals 748 gallons |
| **City Utility User Tax:** | City imposed tax based on total electric and water charges |
| **State Energy Surcharge:** | Mandated charge by the State of California based upon electric usage |
| **Rubbish:** | Both tenants and owners may be charged a flat monthly fee for rubbish removal (818) 548-3916 |
| **Hazardous Waste:** | Cost of collection, recycling, treatment and disposal of household and commercial hazardous waste products (818) 548-4030 |
| **Industrial Waste:** | Inspection and sampling fee in connection with industrial waste discharge to sewer (818) 548-4030 |
| **Sewer:** | Includes Glendale operational and Hyperion Sewer Treatment Plant costs (818) 548-3950 |

## RATES

For rate information, please visit http://www.glendaleca.gov/gwprates

## PAYING YOUR BILL

1. **By Mail** - Send payment to City of Glendale, PO Box 29099, Glendale, CA 91209-9099. **Do not staple anything to your bill**
2. **Online** - Internet at www.GlendaleWaterAndPower.com
3. **By Phone** - (855) 798-1539; Hearing Impaired TTY (818) 409-7062
4. **In Person** - 141 N. Glendale Ave., Level 2, Glendale, CA 91206-4497. Drop boxes are located at main entrance and at the end of driveway. For an additional fee of $1.49 you can also pay by cash at any 7-Eleven store.
5. **Automatic Debit from your bank** - Visit us at www.GlendaleWaterAndPower.com or call (855) 550-4497 for enrollment information.

## ACCOUNT RESPONSIBILITY

- Whenever a premise has been vacated without notifying Glendale Water & Power Customer Services to terminate the account, the account holder remains responsible for payment of any utility usage incurred until Customer Service is notified.
- The Department will not be liable for interruption or shortage or insufficiency of supply.
- Whenever a premise has been vacated by a tenant and the account terminated, the owner or landlord shall be responsible for the payment of any utility usage incurred after the termination date. To avoid responsibility for these charges, please call (855) 550-4497.
- When all your utility bills have been paid on time with no delinquencies for twelve (12) consecutive months, your deposit will be applied to your account.
- The account holder is subject to repair costs, penalties, and possible civil or criminal prosecution resulting from tampering or damage to City property.
- All water and electric meters are the property of the City of Glendale.

## PAST DUE / DELINQUENT BILLS

- The bill becomes past due 19 calendar days from the billing date.
- A late fee will be assessed on any unpaid balance 38 calendar days from the billing date.
- Unable to pay on time? - Call (855) 550-4497 to discuss a payment extension.
- Approved payment extensions do not exempt past due balances from late fees.
- Failure to honor payment extension terms in whole or in part will void agreement and result in termination of service without further notice.
- Disconnection of service requires disconnection and reconnection fees and a deposit. If service is reconnected by someone other than a department representative, an illegal connection fee will apply.
- Delinquent bills may be assigned to a collection agency for collection. A fee will be assessed for: late payment, returned check, disconnection, reconnections, field visit, or same day service.

## WHAT TO DO IF YOU DISAGREE WITH YOUR BILL

- If you believe your bill is incorrect, call us as soon as you receive the bill and we will provide you with a prompt explanation and/or investigation.
- If you still feel that the bill is incorrect, please submit a written statement containing all facts to:

Customer Service
Glendale Water & Power
141 N. Glendale Avenue, Level 2
Glendale, CA 91206-4494

The utility bill must be paid in full while the dispute is being investigated.

## WATER OR ELECTRIC EMERGENCIES — AFTER HOURS

- Service Outages/Emergencies CALL: (818) 548-2011

THIS PORTION OF YOUR BILL MUST BE RETURNED WITH YOUR PAYMENT

## 7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS

**Customer Instructions**

(1) LOCATION: If you prefer to pay in cash, bring this entire bill to a participating 7-Eleven location. Please visit www.paynearme.com/locations.

(2) AMOUNT: Tell the Associate the amount to LOAD to your account. A $1.49 convenience fee applies.

(3) PAY: Pay up to total and keep receipt as proof of payment. Payments made before 11:50pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

**Store Associate Instructions**

1. Enter Amount Customer Wants to Pay
2. Press LOAD Button
3. Scan Barcode
4. Collect Cash Payment and Provide Receipt

Associate Issue? 7-Eleven Support: 888-714-0004

PayNearMe

Ä62996490

*LOAD LIKE A GIFT CARD*

CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 10/22/2024
BILL PERIOD: 8/18/2024 to 10/17/2024
DUE DATE: [redacted] Payable on Demand

## ACCOUNT DETAILS

| Service | Meter No. | Rate | Prior | Current | Days | Multiplier | Usage |
|---|---|---|---|---|---|---|---|
| | | | METER READS | | | | |
| ELECTRIC | 0000252069 | L1A | 025241 | 026001 | 60 | 1 | 760 kWh |

## ELECTRIC SERVICE

| | | |
|---|---|---|
| Customer Charge | | 45.00 |
| Energy Charge | | 228.56 |
| Public Benefits Charge | (3.6% of the Electric Total) | 9.85 |
| **Electric Total** | | **$283.41** |

## SERVICE BY OTHER CITY DEPARTMENTS

| | |
|---|---|
| Hazardous Waste (818) 548-4030 | 1.10 |
| Sewer Operating Costs (818) 548-3950 | 8.98 |
| **Service By Other City Departments Total** | **$10.08** |

## TAXES

| | | |
|---|---|---|
| City Utility Users Tax | (7% of the electric and water totals) | 19.84 |
| State Electrical Energy Surcharge | ($0.0003 per kWh) | 0.23 |
| **Taxes Total** | | **$20.07** |

## TOTAL CURRENT CHARGES **$313.56**




GWP1022B 1845 1 AV 0.545 70000003866 00.0009.0224 1845/2*[2/2]*

glendale california

City of Glendale *Water & Power*
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
www.GlendaleWaterAndPower.com

**MUNICIPAL BILL**

| | |
|---|---|
| NAME: | BRANDON JOE WILLIAMS |
| SERVICE ADDRESS: | [redacted] |
| ACCOUNT NUMBER: | 50019459-09 |
| BILL DATE: | 4/23/2024 |
| BILL PERIOD: | 2/20/2024 to 4/20/2024 |
| DUE DATE: | [illegible] Payable on Demand |

GWP0423A 2734 1 AV 0.507
7000005661 00.0015.0033 2734/1

BRANDON JOE WILLIAMS
[redacted]

WITHOUT RECOURSE
Pay to the Order of:
Bearer

By: Williams, Brandon Joe
Williams, Brandon Joe, agent

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| **PAYMENT SUMMARY** | | |
| PREVIOUS BALANCE | | 152.66 |
| PAYMENT SINCE 02-23-2024 | | -152.66 |
| **BALANCE FORWARD** | | $0.00 |
| **CURRENT CHARGES** | | |
| Electric Total | | 128.03 |
| Service By Other City Departments Total | | 10.08 |
| Taxes Total | | 9.08 |
| | SUBTOTAL | $147.19 |
| TOTAL CURRENT CHARGES DUE BY 5/13/2024 | | 147.19 |
| **TOTAL BALANCE DUE** | | **$ 147.19** |

We will be conducting a series of community meetings to receive feedback and input directly from Glendale residents in the development of our Solar and Energy Storage Plan. The goal of this solar and energy storage plan is to maximize the City of Glendale's use of renewable energy to serve the current and future energy needs of Glendale residents. Join us at one of our upcoming meetings. For dates and times visit GlendaleCA.gov/Solar-DER-Plan



**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

GWP0423A 2734 1 AV 0.507 7000005661 00.0015.0033 2734/1[1/2]

RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

| | |
|---|---|
| DUE DATE: | [illegible] Payable on Demand |
| TOTAL DUE: | **$147.19** |
| PAYMENT AMOUNT: | $ |

**Please Write Your Account Number On Your Check. Do Not Attach Or Staple Anything To Your Stub.**

| | |
|---|---|
| BILL DATE: | 4/23/2024 |
| ACCOUNT NUMBER: | 50019459-09 |
| METER NUMBER: | 0000252069 |
| CUSTOMER: | BRANDON JOE WILLIAMS |
| SERVICE ADDRESS: | [redacted] |

PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

150019459096000000147194

## TERM DEFINITIONS

| | |
|---|---|
| **Customer Charge (Electric):** | Costs of metering support, customer service and maintaining customers' accounts, applied on a per-meter basis |
| **Energy Charge:** | Charge for energy consumption, applied on a kilowatt-hour basis |
| **Energy Cost Adjustment Charge:** | Charge or credit to adjust for the variation from projected costs of fuel and purchased power, applied to kilowatt-hour |
| **Regulatory Adjustment Charge:** | Charge or credit to adjust for the variance from projected regulatory compliance costs, applied to kilowatt-hour |
| **Revenue Decoupling Charge:** | Charge or credit to adjust for the difference between actual and projected sales volumes, applied to kilowatt-hour |
| **Public Benefit Charge:** | Charge to fund state-mandated program benefiting the Glendale community. Charge is based upon electrical total |
| **Demand Charge:** | Charge based upon a customer's highest peak demand in kilowatts over a twelve-month period |
| **Reactive Power Charge:** | Charge applied per kVar per day, to cover the impact of reactive power on the electrical system |
| **kWh:** | Unit of measure, Kilowatt-Hour or 1,000 Watt-Hours |
| **kVar:** | Unit of measure, Kilovolt-amperes, reactive or 1,000 var-hours |
| **kW:** | Unit of measure, Kilowatt or 1,000 Watts |
| **Multiplier:** | Difference between meter reads multiplied by the number indicated to calculate actual consumption |
| **Customer Charge (Water):** | Cost of metering support, customer service, and maintaining customer's account. Charge is applied on a per-meter or fire line basis; based on size of meter or fire line |
| **Water Variable Charge:** | Charge for the water quantity used, and supports the cost of providing water service and a portion of fixed cost allocated to volumentric cost recovery |
| **Water Adjustment Charge:** | Cost of energy to pump water and adjustments for purchased water |
| **Drought Charge:** | In effect during the various phases of mandatory water conservation. Charges associated with the required revenue and costs to continue to operate and maintain the City's water system. |
| **HCF:** | Unit of measure, hundred (100) cubic feet, which equals 748 gallons |
| **City Utility User Tax:** | City imposed tax based on total electric and water charges |
| **State Energy Surcharge:** | Mandated charge by the State of California based upon electric usage |
| **Rubbish:** | Both tenants and owners may be charged a flat monthly fee for rubbish removal (818) 548-3916 |
| **Hazardous Waste:** | Cost of collection, recycling, treatment and disposal of household and commercial hazardous waste products (818) 548-4030 |
| **Industrial Waste:** | Inspection and sampling fee in connection with industrial waste discharge to sewer (818) 548-4030 |
| **Sewer:** | Includes Glendale operational and Hyperion Sewer Treatment Plant costs (818) 548-3950 |

## RATES

For rate information, please visit http://www.glendaleca.gov/gwprates

## ACCOUNT RESPONSIBILITY

- Whenever a premise has been vacated without notifying Glendale Water & Power Customer Services to terminate the account, the account holder remains responsible for payment of any utility usage incurred until Customer Service is notified.
- The Department will not be liable for interruption or shortage or insufficiency of supply.
- Whenever a premise has been vacated by a tenant and the account terminated, the owner or landlord shall be responsible for the payment of any utility usage incurred after the termination date. To avoid responsibility for these charges, please call (855) 550-4497.
- When all your utility bills have been paid on time with no delinquencies for twelve (12) consecutive months, your deposit will be applied to your account.
- The account holder is subject to repair costs, penalties, and possible civil or criminal prosecution resulting from tampering or damage to City property.
- All water and electric meters are the property of the City of Glendale.

## PAST DUE / DELINQUENT BILLS

- The bill becomes past due 19 calendar days from the billing date.
- A late fee will be assessed on any unpaid balance 38 calendar days from the billing date.
- Unable to pay on time? - Call (855) 550-4497 to discuss a payment extension.
- Approved payment extensions do not exempt past due balances from late fees.
- Failure to honor payment extension terms in whole or in part will void agreement and result in termination of service without further notice.
- Disconnection of service requires disconnection and reconnection fees and a deposit. If service is reconnected by someone other than a department representative, an illegal connection fee will apply.
- Delinquent bills may be assigned to a collection agency for collection. A fee will be assessed for: late payment, returned check, disconnection, reconnections, field visit, or same day service.

## WHAT TO DO IF YOU DISAGREE WITH YOUR BILL

- If you believe your bill is incorrect, call us as soon as you receive the bill and we will provide you with a prompt explanation and/or investigation.
- If you still feel that the bill is incorrect, please submit a written statement containing all facts to:

Customer Service
Glendale Water & Power
141 N. Glendale Avenue, Level 2
Glendale, CA 91206-4494

The utility bill must be paid in full while the dispute is being investigated.

## WATER OR ELECTRIC EMERGENCIES — AFTER HOURS

- Service Outages/Emergencies CALL: (818) 548-2011

## PAYING YOUR BILL

1. **By Mail** - Send payment to City of Glendale, PO Box 29099, Glendale, CA 91209-9099. **Do not staple anything to your bill**
2. **Online** - Internet at www.GlendaleWaterAndPower.com
3. **By Phone** - (855) 798-1539; Hearing Impaired TTY (818) 409-7062
4. **In Person** - 141 N. Glendale Ave., Level 2, Glendale, CA 91206-4497. Drop boxes are located at main entrance and at the end of driveway. For an additional fee of $1.49 you can also pay by cash at any 7-Eleven store.
5. **Automatic Debit from your bank** - Visit us at www.GlendaleWaterAndPower.com or call (855) 550-4497 for enrollment information.

THIS PORTION OF YOUR BILL MUST BE RETURNED WITH YOUR PAYMENT

## 7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS

| Customer Instructions | Store Associate Instructions |
|---|---|
| (1) LOCATION: If you prefer to pay in cash, bring this entire bill to a participating 7-Eleven location. Please visit www.paynearme.com/locations.<br>(2) AMOUNT: Tell the Associate the amount to LOAD to your account. A $1.49 convenience fee applies.<br>(3) PAY: Pay up to total and keep receipt as proof of payment. Payments made before 11:50pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments. | 1. Enter Amount Customer Wants to Pay<br>2. Press LOAD Button<br>3. Scan Barcode<br>4. Collect Cash Payment and Provide Receipt<br>PayNearMe<br>Associate Issue? 7-Eleven Support: 888-714-0004<br>A62996490<br>*LOAD LIKE A GIFT CARD* |

glendale california

City of Glendale *Water & Power*
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
www.GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 4/23/2024
BILL PERIOD: 2/20/2024 to 4/20/2024
DUE DATE: [redacted] Payable On Demand

GWP0423A 2734 1 AV 0.507 70000005662 00.0015.0033 2734/2 [2/2]

### ACCOUNT DETAILS

| | | | METER READS | | | | |
|---|---|---|---|---|---|---|---|
| Service | Meter No. | Rate | Prior | Current | Days | Multiplier | Usage |
| ELECTRIC | 0000252069 | L1A | 023398 | 023790 | 60 | 1 | 392 kWh |

### ELECTRIC SERVICE

| | | |
|---|---|---|
| Customer Charge | | 42.00 |
| Energy Charge | | 81.58 |
| Public Benefits Charge | (3.6% of the Electric Total) | 4.45 |
| **Electric Total** | | **$128.03** |

### SERVICE BY OTHER CITY DEPARTMENTS

| | |
|---|---|
| Hazardous Waste (818) 548-4030 | 1.10 |
| Sewer Operating Costs (818) 548-3950 | 8.98 |
| **Service By Other City Departments Total** | **$10.08** |

### TAXES

| | | |
|---|---|---|
| City Utility Users Tax | (7% of the electric and water totals) | 8.96 |
| State Electrical Energy Surcharge | ($0.0003 per kWh) | 0.12 |
| **Taxes Total** | | **$9.08** |

### TOTAL CURRENT CHARGES **$147.19**



CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 6/24/2024
BILL PERIOD: 4/20/2024 to 6/19/2024
DUE DATE: Payable on Demand

Scan QR Code

GWP0624B 2540 2 AV 0.507
7000007618 00.0016.0177 2540/1

BRANDON JOE WILLIAMS
[redacted]

## ACCOUNT SUMMARY

| | |
|---|---|
| **PAYMENT SUMMARY** | |
| PREVIOUS BALANCE | 147.19 |
| PAYMENT SINCE 04-23-2024 | -147.19 |
| **BALANCE FORWARD** | $0.00 |
| **CURRENT CHARGES** | |
| Electric Total | 171.79 |
| Service By Other City Departments Total | 10.08 |
| Taxes Total | 12.21 |
| SUBTOTAL | $194.08 |
| TOTAL CURRENT CHARGES DUE BY 7/15/2024 | 194.08 |
| **TOTAL BALANCE DUE** | |

WITHOUT RECOURSE
Pay to the Order of: $ 194.08
Bearer

By: Williams, Brandon Joe
Williams, Brandon Joe, agent

Exciting News! Introducing Customer Service Videos From SmartVX
Be on the lookout in your inbox or in your text messages for our new video engagement tool that helps you view and pay your bills! GWP videos through SmartVX is fully integrated with our customer information and billing system to give you customized information regarding billing, payment options for overdue bills, energy conservation tips and more.



**PAYMENT OPTIONS**
Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

DISCOVER MasterCard VISA

RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

DUE DATE: Payable on Demand
TOTAL DUE: $194.08
PAYMENT AMOUNT: $

**Please Write Your Account Number On Your Check.**
**Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE: 6/24/2024
ACCOUNT NUMBER: 50019459-09
METER NUMBER: 0000252069
CUSTOMER: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]

PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

150019459096000000194089

GWP0624B 2540 2 AV 0.507 7000007618 00.0016.0177 2540/1[1/3]

## TERM DEFINITIONS

| | |
|---|---|
| **Customer Charge (Electric):** | Costs of metering support, customer service and maintaining customers' accounts, applied on a per-meter basis |
| **Energy Charge:** | Charge for energy consumption, applied on a kilowatt-hour basis |
| **Energy Cost Adjustment Charge:** | Charge or credit to adjust for the variation from projected costs of fuel and purchased power, applied to kilowatt-hour |
| **Regulatory Adjustment Charge:** | Charge or credit to adjust for the variance from projected regulatory compliance costs, applied to kilowatt-hour |
| **Revenue Decoupling Charge:** | Charge or credit to adjust for the difference between actual and projected sales volumes, applied to kilowatt-hour |
| **Public Benefit Charge:** | Charge to fund state-mandated program benefiting the Glendale community. Charge is based upon electrical total |
| **Demand Charge:** | Charge based upon a customer's highest peak demand in kilowatts over a twelve-month period |
| **Reactive Power Charge:** | Charge applied per kVar per day, to cover the impact of reactive power on the electrical system |
| **kWh:** | Unit of measure, Kilowatt-Hour or 1,000 Watt-Hours |
| **kVar:** | Unit of measure, Kilovolt-amperes, reactive or 1,000 var-hours |
| **kW:** | Unit of measure, Kilowatt or 1,000 Watts |
| **Multiplier:** | Difference between meter reads multiplied by the number indicated to calculate actual consumption |
| **Customer Charge (Water):** | Cost of metering support, customer service, and maintaining customer's account. Charge is applied on a per-meter or fire line basis; based on size of meter or fire line |
| **Water Variable Charge:** | Charge for the water quantity used, and supports the cost of providing water service and a portion of fixed cost allocated to volumentric cost recovery |
| **Water Adjustment Charge:** | Cost of energy to pump water and adjustments for purchased water |
| **Drought Charge:** | In effect during the various phases of mandatory water conservation. Charges associated with the required revenue and costs to continue to operate and maintain the City's water system. |
| **HCF:** | Unit of measure, hundred (100) cubic feet, which equals 748 gallons |
| **City Utility User Tax:** | City imposed tax based on total electric and water charges |
| **State Energy Surcharge:** | Mandated charge by the State of California based upon electric usage |
| **Rubbish:** | Both tenants and owners may be charged a flat monthly fee for rubbish removal (818) 548-3916 |
| **Hazardous Waste:** | Cost of collection, recycling, treatment and disposal of household and commercial hazardous waste products (818) 548-4030 |
| **Industrial Waste:** | Inspection and sampling fee in connection with industrial waste discharge to sewer (818) 548-4030 |
| **Sewer:** | Includes Glendale operational and Hyperion Sewer Treatment Plant costs (818) 548-3950 |

## RATES

For rate information, please visit http://www.glendaleca.gov/gwprates

## ACCOUNT RESPONSIBILITY

- Whenever a premise has been vacated without notifying Glendale Water & Power Customer Services to terminate the account, the account holder remains responsible for payment of any utility usage incurred until Customer Service is notified.
- The Department will not be liable for interruption or shortage or insufficiency of supply.
- Whenever a premise has been vacated by a tenant and the account terminated, the owner or landlord shall be responsible for the payment of any utility usage incurred after the termination date. To avoid responsibility for these charges, please call (855) 550-4497.
- When all your utility bills have been paid on time with no delinquencies for twelve (12) consecutive months, your deposit will be applied to your account.
- The account holder is subject to repair costs, penalties, and possible civil or criminal prosecution resulting from tampering or damage to City property.
- All water and electric meters are the property of the City of Glendale.

## PAST DUE / DELINQUENT BILLS

- The bill becomes past due 19 calendar days from the billing date.
- A late fee will be assessed on any unpaid balance 38 calendar days from the billing date.
- Unable to pay on time? - Call (855) 550-4497 to discuss a payment extension.
- Approved payment extensions do not exempt past due balances from late fees.
- Failure to honor payment extension terms in whole or in part will void agreement and result in termination of service without further notice.
- Disconnection of service requires disconnection and reconnection fees and a deposit. If service is reconnected by someone other than a department representative, an illegal connection fee will apply.
- Delinquent bills may be assigned to a collection agency for collection. A fee will be assessed for: late payment, returned check, disconnection, reconnections, field visit, or same day service.

## WHAT TO DO IF YOU DISAGREE WITH YOUR BILL

- If you believe your bill is incorrect, call us as soon as you receive the bill and we will provide you with a prompt explanation and/or investigation.
- If you still feel that the bill is incorrect, please submit a written statement containing all facts to:

Customer Service
Glendale Water & Power
141 N. Glendale Avenue, Level 2
Glendale, CA 91206-4494

The utility bill must be paid in full while the dispute is being investigated.

## WATER OR ELECTRIC EMERGENCIES — AFTER HOURS

- Service Outages/Emergencies CALL: (818) 548-2011

## PAYING YOUR BILL

1. **By Mail** - Send payment to City of Glendale, PO Box 29099, Glendale, CA 91209-9099. **Do not staple anything to your bill**
2. **Online** - Internet at www.GlendaleWaterAndPower.com
3. **By Phone** - (855) 798-1539; Hearing Impaired TTY (818) 409-7062
4. **In Person** - 141 N. Glendale Ave., Level 2, Glendale, CA 91206-4497. Drop boxes are located at main entrance and at the end of driveway. For an additional fee of $1.49 you can also pay by cash at any 7-Eleven store.
5. **Automatic Debit from your bank** - Visit us at www.GlendaleWaterAndPower.com or call (855) 550-4497 for enrollment information.

**THIS PORTION OF YOUR BILL MUST BE RETURNED WITH YOUR PAYMENT**

## 7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS

### Customer Instructions

(1) LOCATION: If you prefer to pay in cash, bring this entire bill to a participating 7-Eleven location. Please visit www.paynearme.com/locations.

(2) AMOUNT: Tell the Associate the amount to LOAD to your account. A $1.49 convenience fee applies.

(3) PAY: Pay up to total and keep receipt as proof of payment. Payments made before 11:50pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

### Store Associate Instructions

1. Enter Amount Customer Wants to Pay
2. Press LOAD Button
3. Scan Barcode
4. Collect Cash Payment and Provide Receipt

PayNearMe

Associate Issue? 7-Eleven Support: 888-714-0004

Ä62996490

*LOAD LIKE A GIFT CARD*

CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 6/24/2024
BILL PERIOD: 4/20/2024 to 6/19/2024
DUE DATE: [redacted] Payable on Demand

### ACCOUNT DETAILS

| | | | METER READS | | | | |
|---|---|---|---|---|---|---|---|
| Service | Meter No. | Rate | Prior | Current | Days | Multiplier | Usage |
| ELECTRIC | 0000252069 | L1A | 023790 | 024385 | 60 | 1 | 595 kWh |

### ELECTRIC SERVICE

| | | |
|---|---|---|
| Customer Charge | | 42.00 |
| Energy Charge | | 123.82 |
| Public Benefits Charge | (3.6% of the Electric Total) | 5.97 |
| **Electric Total** | | **$171.79** |

### SERVICE BY OTHER CITY DEPARTMENTS

| | |
|---|---|
| Hazardous Waste (818) 548-4030 | 1.10 |
| Sewer Operating Costs (818) 548-3950 | 8.98 |
| **Service By Other City Departments Total** | **$10.08** |

### TAXES

| | | |
|---|---|---|
| City Utility Users Tax | (7% of the electric and water totals) | 12.03 |
| State Electrical Energy Surcharge | ($0.0003 per kWh) | 0.18 |
| **Taxes Total** | | **$12.21** |

### TOTAL CURRENT CHARGES **$194.08**

**Electric Usage KWH**




GWP0624B 2540 2 AV 0.507 7000007619 00 0016.0177 2540/2[2/3]

CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 8/21/2024
BILL PERIOD: 6/19/2024 to 8/18/2024
DUE DATE: [redacted] Payable on Demand

Scan QR Code

GWP0821C 2568 2 AV 0.545
7000005301 00.0017.0010 2568/1

BRANDON JOE WILLIAMS
[redacted]

## ACCOUNT SUMMARY

| | |
|---|---|
| **PAYMENT SUMMARY** | |
| PREVIOUS BALANCE | 194.08 |
| PAYMENT SINCE 06-24-2024 | -194.08 |
| **BALANCE FORWARD** | **$0.00** |
| **CURRENT CHARGES** | |
| Electric Total | 303.22 |
| Service By Other City Departments Total | 10.08 |
| Taxes Total | 21.49 |
| SUBTOTAL | $334.79 |
| TOTAL CURRENT CHARGES DUE BY 9/10/2024 | 334.79 |
| **TOTAL BALANCE DUE** | **$ 334.79** |

GWP0821C 2568 2 AV 0.545 7000005301 00 0017 0010 2568/1[1/2]

WITHOUT RECOURSE
Pay to the Order of:
Bearer

By: [signature]
Williams, Brandon Joe, agent

**PAYMENT OPTIONS**
Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.



RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

Payable on Demand
DUE DATE: [redacted]
TOTAL DUE: **$334.79**
PAYMENT AMOUNT: $ ______

**Please Write Your Account Number On Your Check.**
**Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE: 8/21/2024
ACCOUNT NUMBER: 50019459-09
METER NUMBER: 0000252069
CUSTOMER: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]

PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

150019459096000000334792

## TERM DEFINITIONS

| | |
|---|---|
| **Customer Charge (Electric):** | Costs of metering support, customer service and maintaining customers' accounts, applied on a per-meter basis |
| **Energy Charge:** | Charge for energy consumption, applied on a kilowatt-hour basis |
| **Energy Cost Adjustment Charge:** | Charge or credit to adjust for the variation from projected costs of fuel and purchased power, applied to kilowatt-hour |
| **Regulatory Adjustment Charge:** | Charge or credit to adjust for the variance from projected regulatory compliance costs, applied to kilowatt-hour |
| **Revenue Decoupling Charge:** | Charge or credit to adjust for the difference between actual and projected sales volumes, applied to kilowatt-hour |
| **Public Benefit Charge:** | Charge to fund state-mandated program benefiting the Glendale community. Charge is based upon electrical total |
| **Demand Charge:** | Charge based upon a customer's highest peak demand in kilowatts over a twelve-month period |
| **Reactive Power Charge:** | Charge applied per kVar per day, to cover the impact of reactive power on the electrical system |
| **kWh:** | Unit of measure, Kilowatt-Hour or 1,000 Watt-Hours |
| **kVar:** | Unit of measure, Kilovolt-amperes, reactive or 1,000 var-hours |
| **kW:** | Unit of measure, Kilowatt or 1,000 Watts |
| **Multiplier:** | Difference between meter reads multiplied by the number indicated to calculate actual consumption |
| **Customer Charge (Water):** | Cost of metering support, customer service, and maintaining customer's account. Charge is applied on a per-meter or fire line basis; based on size of meter or fire line |
| **Water Variable Charge:** | Charge for the water quantity used, and supports the cost of providing water service and a portion of fixed cost allocated to volumentric cost recovery |
| **Water Adjustment Charge:** | Cost of energy to pump water and adjustments for purchased water |
| **Drought Charge:** | In effect during the various phases of mandatory water conservation. Charges associated with the required revenue and costs to continue to operate and maintain the City's water system. |
| **HCF:** | Unit of measure, hundred (100) cubic feet, which equals 748 gallons |
| **City Utility User Tax:** | City imposed tax based on total electric and water charges |
| **State Energy Surcharge:** | Mandated charge by the State of California based upon electric usage |
| **Rubbish:** | Both tenants and owners may be charged a flat monthly fee for rubbish removal (818) 548-3916 |
| **Hazardous Waste:** | Cost of collection, recycling, treatment and disposal of household and commercial hazardous waste products (818) 548-4030 |
| **Industrial Waste:** | Inspection and sampling fee in connection with industrial waste discharge to sewer (818) 548-4030 |
| **Sewer:** | Includes Glendale operational and Hyperion Sewer Treatment Plant costs (818) 548-3950 |

## RATES

For rate information, please visit http://www.glendaleca.gov/gwprates

## ACCOUNT RESPONSIBILITY

- Whenever a premise has been vacated without notifying Glendale Water & Power Customer Services to terminate the account, the account holder remains responsible for payment of any utility usage incurred until Customer Service is notified.
- The Department will not be liable for interruption or shortage or insufficiency of supply.
- Whenever a premise has been vacated by a tenant and the account terminated, the owner or landlord shall be responsible for the payment of any utility usage incurred after the termination date. To avoid responsibility for these charges, please call (855) 550-4497.
- When all your utility bills have been paid on time with no delinquencies for twelve (12) consecutive months, your deposit will be applied to your account.
- The account holder is subject to repair costs, penalties, and possible civil or criminal prosecution resulting from tampering or damage to City property.
- All water and electric meters are the property of the City of Glendale.

## PAST DUE / DELINQUENT BILLS

- The bill becomes past due 19 calendar days from the billing date.
- A late fee will be assessed on any unpaid balance 38 calendar days from the billing date.
- Unable to pay on time? - Call (855) 550-4497 to discuss a payment extension.
- Approved payment extensions do not exempt past due balances from late fees.
- Failure to honor payment extension terms in whole or in part will void agreement and result in termination of service without further notice.
- Disconnection of service requires disconnection and reconnection fees and a deposit. If service is reconnected by someone other than a department representative, an illegal connection fee will apply.
- Delinquent bills may be assigned to a collection agency for collection. A fee will be assessed for: late payment, returned check, disconnection, reconnections, field visit, or same day service.

## WHAT TO DO IF YOU DISAGREE WITH YOUR BILL

- If you believe your bill is incorrect, call us as soon as you receive the bill and we will provide you with a prompt explanation and/or investigation.
- If you still feel that the bill is incorrect, please submit a written statement containing all facts to:

Customer Service
Glendale Water & Power
141 N. Glendale Avenue, Level 2
Glendale, CA 91206-4494

The utility bill must be paid in full while the dispute is being investigated.

## WATER OR ELECTRIC EMERGENCIES — AFTER HOURS

- Service Outages/Emergencies CALL: (818) 548-2011

## PAYING YOUR BILL

1. **By Mail** - Send payment to City of Glendale, PO Box 29099, Glendale, CA 91209-9099. **Do not staple anything to your bill**
2. **Online** - Internet at www.GlendaleWaterAndPower.com
3. **By Phone** - (855) 798-1539; Hearing Impaired TTY (818) 409-7062
4. **In Person** - 141 N. Glendale Ave., Level 2, Glendale, CA 91206-4497. Drop boxes are located at main entrance and at the end of driveway. For an additional fee of $1.49 you can also pay by cash at any 7-Eleven store.
5. **Automatic Debit from your bank** - Visit us at www.GlendaleWaterAndPower.com or call (855) 550-4497 for enrollment information.

**THIS PORTION OF YOUR BILL MUST BE RETURNED WITH YOUR PAYMENT**

# 7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS

### Customer Instructions

(1) LOCATION: If you prefer to pay in cash, bring this entire bill to a participating 7-Eleven location. Please visit www.paynearme.com/locations.

(2) AMOUNT: Tell the Associate the amount to LOAD to your account. A $1.49 convenience fee applies.

(3) PAY: Pay up to total and keep receipt as proof of payment. Payments made before 11:50pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

### Store Associate Instructions

1. Enter Amount Customer Wants to Pay
2. Press LOAD Button
3. Scan Barcode
4. Collect Cash Payment and Provide Receipt

ELEVEN PayNearMe

Associate Issue? 7-Eleven Support: 888-714-0004

Å‹62996490

*LOAD LIKE A GIFT CARD*

CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 8/21/2024
BILL PERIOD: 6/19/2024 to 8/18/2024
DUE DATE: [redacted]

Payable On Demand

GWP0821C 2568 2 AV 0.545 7000005302 00.0017.0010 2568/2"[2/2]"

## ACCOUNT DETAILS

| Service | Meter No. | Rate | Prior | Current | Days | Multiplier | Usage |
|---|---|---|---|---|---|---|---|
| | | | METER READS | | | | |
| ELECTRIC | 0000252069 | L1A | 024385 | 025241 | 60 | 1 | 856 kWh |

## ELECTRIC SERVICE

| | | |
|---|---|---|
| Customer Charge | | 44.40 |
| Energy Charge | | 248.28 |
| Public Benefits Charge | (3.6% of the Electric Total) | 10.54 |
| **Electric Total** | | **$303.22** |

## SERVICE BY OTHER CITY DEPARTMENTS

| | |
|---|---|
| Hazardous Waste (818) 548-4030 | 1.10 |
| Sewer Operating Costs (818) 548-3950 | 8.98 |
| **Service By Other City Departments Total** | **$10.08** |

## TAXES

| | | |
|---|---|---|
| City Utility Users Tax | (7% of the electric and water totals) | 21.23 |
| State Electrical Energy Surcharge | ($0.0003 per kWh) | 0.26 |
| **Taxes Total** | | **$21.49** |

## TOTAL CURRENT CHARGES **$334.79**

**Electric Usage KWH**



glendale california

City of Glendale *Water & Power*
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
www.GlendaleWaterAndPower.com

**MUNICIPAL BILL**

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: 50019459-09
BILL DATE: 2/23/2024
BILL PERIOD: 12/22/2023 to 2/20/2024
DUE DATE: [redacted] Payable On Demand

[redacted]

GWP0223A 2676 1 AV 0.507
7000005513 00.0016.0025 2676/1

BRANDON JOE WILLIAMS
[redacted]

WITHOUT RECOURSE
Pay to the Order of:
Bearer
By: [signature]
Williams, Brandon Joe agent

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| **PAYMENT SUMMARY** | | |
| PREVIOUS BALANCE | | 156.30 |
| PAYMENT SINCE 12-27-2023 | | -156.30 |
| **BALANCE FORWARD** | | **$0.00** |
| **CURRENT CHARGES** | | |
| Electric Total | | 133.13 |
| Service By Other City Departments Total | | 10.08 |
| Taxes Total | | 9.45 |
| | SUBTOTAL | **$152.66** |
| TOTAL CURRENT CHARGES DUE BY 3/14/2024 | | 152.66 |
| **TOTAL BALANCE DUE** | | **$ 152.66** |

We will be conducting a series of community meetings to receive feedback and input directly from Glendale residents in the development of our Solar and Energy Storage Plan. The goal of this solar and energy storage plan is to maximize the City of Glendale's use of renewable energy to serve the current and future energy needs of Glendale residents. Join us at one of our upcoming meetings. For dates and times visit GlendaleCA.gov/Solar-DER-Plan

Page 1 of 4

**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

RETURN THIS PORTION WITH YOUR PAYMENT

Payable On Demand

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

DUE DATE: [redacted]
TOTAL DUE: **$152.66**
PAYMENT AMOUNT: $

**Please Write Your Account Number On Your Check.**
**Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE: 2/23/2024
ACCOUNT NUMBER: 50019459-09
METER NUMBER: 0000252069
CUSTOMER: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]

PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

150019459096000000152665

GWP0223A 2676 1 AV 0 507 7000005513 00.0016.0025 2676/1[1/2]

## TERM DEFINITIONS

| | |
|---|---|
| **Customer Charge (Electric):** | Costs of metering support, customer service and maintaining customers' accounts, applied on a per-meter basis |
| **Energy Charge:** | Charge for energy consumption, applied on a kilowatt-hour basis |
| **Energy Cost Adjustment Charge:** | Charge or credit to adjust for the variation from projected costs of fuel and purchased power, applied to kilowatt-hour |
| **Regulatory Adjustment Charge:** | Charge or credit to adjust for the variance from projected regulatory compliance costs, applied to kilowatt-hour |
| **Revenue Decoupling Charge:** | Charge or credit to adjust for the difference between actual and projected sales volumes, applied to kilowatt-hour |
| **Public Benefit Charge:** | Charge to fund state-mandated program benefiting the Glendale community. Charge is based upon electrical total |
| **Demand Charge:** | Charge based upon a customer's highest peak demand in kilowatts over a twelve-month period |
| **Reactive Power Charge:** | Charge applied per kVar per day, to cover the impact of reactive power on the electrical system |
| **kWh:** | Unit of measure, Kilowatt-Hour or 1,000 Watt-Hours |
| **kVar:** | Unit of measure, Kilovolt-amperes, reactive or 1,000 var-hours |
| **kW:** | Unit of measure, Kilowatt or 1,000 Watts |
| **Multiplier:** | Difference between meter reads multiplied by the number indicated to calculate actual consumption |
| **Customer Charge (Water):** | Cost of metering support, customer service, and maintaining customer's account. Charge is applied on a per-meter or fire line basis; based on size of meter or fire line |
| **Water Variable Charge:** | Charge for the water quantity used, and supports the cost of providing water service and a portion of fixed cost allocated to volumentric cost recovery |
| **Water Adjustment Charge:** | Cost of energy to pump water and adjustments for purchased water |
| **Drought Charge:** | In effect during the various phases of mandatory water conservation. Charges associated with the required revenue and costs to continue to operate and maintain the City's water system. |
| **HCF:** | Unit of measure, hundred (100) cubic feet, which equals 748 gallons |
| **City Utility User Tax:** | City imposed tax based on total electric and water charges |
| **State Energy Surcharge:** | Mandated charge by the State of California based upon electric usage |
| **Rubbish:** | Both tenants and owners may be charged a flat monthly fee for rubbish removal (818) 548-3916 |
| **Hazardous Waste:** | Cost of collection, recycling, treatment and disposal of household and commercial hazardous waste products (818) 548-4030 |
| **Industrial Waste:** | Inspection and sampling fee in connection with industrial waste discharge to sewer (818) 548-4030 |
| **Sewer:** | Includes Glendale operational and Hyperion Sewer Treatment Plant costs (818) 548-3950 |

## RATES

For rate information, please visit http://www.glendaleca.gov/gwprates

## ACCOUNT RESPONSIBILITY

- Whenever a premise has been vacated without notifying Glendale Water & Power Customer Services to terminate the account, the account holder remains responsible for payment of any utility usage incurred until Customer Service is notified.
- The Department will not be liable for interruption or shortage or insufficiency of supply.
- Whenever a premise has been vacated by a tenant and the account terminated, the owner or landlord shall be responsible for the payment of any utility usage incurred after the termination date. To avoid responsibility for these charges, please call (855) 550-4497.
- When all your utility bills have been paid on time with no delinquencies for twelve (12) consecutive months, your deposit will be applied to your account.
- The account holder is subject to repair costs, penalties, and possible civil or criminal prosecution resulting from tampering or damage to City property.
- All water and electric meters are the property of the City of Glendale.

## PAST DUE / DELINQUENT BILLS

- The bill becomes past due 19 calendar days from the billing date.
- A late fee will be assessed on any unpaid balance 38 calendar days from the billing date.
- Unable to pay on time? - Call (855) 550-4497 to discuss a payment extension.
- Approved payment extensions do not exempt past due balances from late fees.
- Failure to honor payment extension terms in whole or in part will void agreement and result in termination of service without further notice.
- Disconnection of service requires disconnection and reconnection fees and a deposit. If service is reconnected by someone other than a department representative, an illegal connection fee will apply.
- Delinquent bills may be assigned to a collection agency for collection. A fee will be assessed for: late payment, returned check, disconnection, reconnections, field visit, or same day service.

## WHAT TO DO IF YOU DISAGREE WITH YOUR BILL

- If you believe your bill is incorrect, call us as soon as you receive the bill and we will provide you with a prompt explanation and/or investigation.
- If you still feel that the bill is incorrect, please submit a written statement containing all facts to:

Customer Service
Glendale Water & Power
141 N. Glendale Avenue, Level 2
Glendale, CA 91206-4494

The utility bill must be paid in full while the dispute is being investigated.

## WATER OR ELECTRIC EMERGENCIES — AFTER HOURS

- Service Outages/Emergencies CALL: (818) 548-2011

## PAYING YOUR BILL

1. **By Mail** - Send payment to City of Glendale, PO Box 29099, Glendale, CA 91209-9099. **Do not staple anything to your bill**
2. **Online** - Internet at www.GlendaleWaterAndPower.com
3. **By Phone** - (855) 798-1539; Hearing Impaired TTY (818) 409-7062
4. **In Person** - 141 N. Glendale Ave., Level 2, Glendale, CA 91206-4497. Drop boxes are located at main entrance and at the end of driveway. For an additional fee of $1.49 you can also pay by cash at any 7-Eleven store.
5. **Automatic Debit from your bank** - Visit us at www.GlendaleWaterAndPower.com or call (855) 550-4497 for enrollment information.

THIS PORTION OF YOUR BILL MUST BE RETURNED WITH YOUR PAYMENT

## 7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS

| Customer Instructions | Store Associate Instructions |
|---|---|
| (1) LOCATION: If you prefer to pay in cash, bring this entire bill to a participating 7-Eleven location. Please visit www.paynearme.com/locations.<br>(2) AMOUNT: Tell the Associate the amount to LOAD to your account. A $1.49 convenience fee applies.<br>(3) PAY: Pay up to total and keep receipt as proof of payment. Payments made before 11:50pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments. | 1. Enter Amount Customer Wants to Pay<br>2. Press LOAD Button<br>3. Scan Barcode<br>4. Collect Cash Payment and Provide Receipt<br>PayNearMe<br>Associate Issue? 7-Eleven Support: 888-714-0004<br>A62996490<br>*LOAD LIKE A GIFT CARD* |

glendale california

City of Glendale *Water & Power*
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
www.GlendaleWaterAndPower.com

## MUNICIPAL BILL

| | |
|---|---|
| NAME: | BRANDON JOE WILLIAMS |
| SERVICE ADDRESS: | [redacted] |
| ACCOUNT NUMBER: | 50019459-09 |
| BILL DATE: | 2/23/2024 |
| BILL PERIOD: | 12/22/2023 to 2/20/2024 |
| DUE DATE: | ~~[illegible]~~ Payable on Demand |

## ACCOUNT DETAILS

| | | | METER READS | | | | |
|---|---|---|---|---|---|---|---|
| Service | Meter No. | Rate | Prior | Current | Days | Multiplier | Usage |
| ELECTRIC | 0000252069 | L1A | 022970 | 023398 | 60 | 1 | 428 kWh |

## ELECTRIC SERVICE

| | | |
|---|---|---|
| Customer Charge | | 41.40 |
| Energy Charge | | 84.18 |
| Energy Cost Adjustment Charge | | 1.78 |
| Electric Regulatory Adjustment Charge | | 0.01 |
| Electric Revenue Decoupling Charge | | 1.13 |
| Public Benefits Charge | (3.6% of the Electric Total) | 4.63 |
| **Electric Total** | | **$133.13** |

## SERVICE BY OTHER CITY DEPARTMENTS

| | |
|---|---|
| Hazardous Waste (818) 548-4030 | 1.10 |
| Sewer Operating Costs (818) 548-3950 | 8.98 |
| **Service By Other City Departments Total** | **$10.08** |

## TAXES

| | | |
|---|---|---|
| City Utility Users Tax | (7% of the electric and water totals) | 9.32 |
| State Electrical Energy Surcharge | ($0.0003 per kWh) | 0.13 |
| **Taxes Total** | | **$9.45** |

## TOTAL CURRENT CHARGES **$152.66**

**Electric Usage KWH**




GWP0223A 2676 1 AV 0.507 7000005514 00.0016.0025 2676/2*[2/2]*

FILED
Superior Court of California
County of Los Angeles

APR 13 2016

Sherri R. Carter, Executive Officer/Clerk
By: [signature], Deputy
Rizalinda Mina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| In re Small Claims Jurisdiction Cases Calendared in the Los Angeles County Superior Court | GENERAL ORDER re SMALL CLAIMS PROCEDURES: NOTICE of WEB PORTAL AVAILABILITY for INTERPRETER REQUESTS (Effective April 13, 2016) |

TO EACH PARTY:

In order to expedite the availability of interpreters at hearings on small claims cases, IT IS HEREBY ORDERED that each Small Claims plaintiff shall, along with the *Plaintiff's Claim and Order to Go to Small Claims Court*, serve all named defendants with the *Notice of the Availability of Web Portal for Interpreter Requests*; this notice or flyer generally informs litigants that the Los Angeles County Superior Court provides interpreter services in small claims hearings at no cost to parties with limited English proficiency and that Spanish language interpreters are readily available in all courtrooms where Small Claims hearings are held. The notice or flyer will be provided to the claimant at the time the Small Claims action is filed, if filed at the clerk's office, and will also be posted on the Los Angeles County Superior Court internet website (http: //www.lacourt.org/). Plaintiff(s) must then indicate service of the *Notice of Availability of Small Claims Web Portal for Interpreter Requests* on line 3(d) of the Proof of Service form (Form SC – 104) filed with the court.

Effective immediately, this General Order supersedes any previous order related to service of the *Notice of Availability of Web Portal for Interpreter Requests* and is to remain in effect until otherwise ordered by the Presiding Judge.

DATED: April 13, 2016

SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES

[signature]
CAROLYN B. KUHL
PRESIDING JUDGE

## Notice of Availability of Small Claims Web Portal for Interpreter Requests

The Los Angeles Superior Court provides interpreter services at no cost to parties with limited English proficiency in Small Claims hearings. Spanish language interpreters are readily available in all courtrooms where Small Claims hearings are held. If you require a Spanish interpreter, please let the courtroom staff know about your need, on the day of your hearing. Limited English proficient individuals who speak a language other than Spanish may request an interpreter in advance of their court hearing via the Court's Web Portal for Interpreter Requests http://www.lacourt.org/irud/UI/index.aspx?ct=SC. While the Court will make every effort to locate an interpreter for the date and time of your hearing, it cannot guarantee that one will be immediately available. If you have questions about language access services, please contact LanguageAccess@LACourt.org

## 关于小额索赔传译员申请门户的可用性通知

在小额索赔庭审中，洛杉矶高等法院为英语能力有限的各方人士提供免费传译员服务。在举行小额索赔庭审的所有法庭中，均有现成的西班牙语传译员。如果您需要西班牙语传译员，请在您的庭审当日将您的需求告知法庭工作人员。在庭审前，英语能力有限的非西班牙语人士可通过法院的传译员申请网络门户 http://www.lacourt.org/irud/UI/index.aspx?ct=SC 提前申请传译员。法院会尽力按您的庭审日期和时间安排传译员，但法院无法保证能够即时提供传译员。如果您有关于语言服务的疑问，请联系LanguageAccess@LACourt.org.

## 통역사 신청을 위한 소액 청구 웹 포털 이용 통지

로스앤젤레스 상급법원은 소액 청구 심리에서 영어가 능숙하지 않은 당사자들에 대해 통역 서비스를 무료로 제공합니다.

스페인어 통역사는 소액 청구 심리가 열리는 모든 법정에서 손쉽게 제공할 수 있습니다. 스페인어 통역사가 필요한 경우에는 심리가 열리는 날에 법정 직원에게 알려 주십시오. 스페인어가 아닌 다른 언어를 사용하고 영어가 능숙하지 않은 개인들은 통역사 신청을 위한 법원 웹 포털을 통해서 재판일 전에 통역사를 신청할 수 있습니다(http://www.lacourt.org/irud/UI/index.aspx?ct=SC). 법원은 심리 날짜와 시간에 통역사를 찾기 위해 모든 노력을 기울일 것이나, 통역사를 즉시 제공한다는 것을 보장할 수 없습니다. 언어 접근 서비스에 대한 질문이 있으시면, 다음의 이메일 주소로 연락해 주십시오: LanguageAccess@LACourt.org.

## Aviso de disponibilidad del Portal web de reclamos menores para solicitar intérpretes

La corte superior de Los Ángeles brinda servicios de intérprete sin cargo para audiencias de reclamos menores a las partes que tienen conocimientos limitados de inglés. Se dispone de intérpretes de español en todas las salas donde se realizan audiencias de reclamos menores. Si necesita un intérprete de español, infórmele al personal de la sala del juzgado el día de su audiencia. Los individuos con conocimientos limitados de inglés que hablan un idioma que no sea el español pueden solicitar un intérprete antes de la audiencia en la corte por medio del Portal web de la corte para solicitar intérpretes (http://www.lacourt.org/irud/UI/index.aspx?ct=SC). La corte hará el mayor esfuerzo posible para programar un intérprete para la fecha y hora de su audiencia; sin embargo, no le podemos garantizar que haya uno disponible en forma inmediata. Si tiene alguna pregunta sobre los servicios de acceso lingüístico, envíe un mensaje a LanguageAccess@LACourt.org.

## Ծանուցագիր Թարգմանչական ծառայության խնդրանք ներկայացնելու համար նախատեսված Փոքր հայցերի առցանց դարպասի առկայության մասին

Լոս Անջելեսի Առաջին ատյանի դատարանն անվճար թարգմանչական ծառայություններ է տրամադրում Փոքր հայցերի վարույթների՝ անգլերենի սահմանափակ իմացություն ունեցող կողմերին։ Իսպաներենի թարգմանչի առկայությունը Փոքր հայցերի լսումներ անցկացնող բոլոր դատարաններում ապահովված է։ Եթե իսպաներենի թարգմանչի կարիք ունեք, ապա խնդրում ենք այդ մասին Ձեր լսման օրը տեղեկացնել դատարանի պաշտոնյաներին։ Անգլերենի սահմանափակ իմացություն ունեցող անձինք, ովքեր խոսում են ոչ իսպաներեն, այլ մեկ այլ լեզվով, կարող են թարգմանչի խնդրանք ներկայացնել նախօրոք՝ նախքան իրենց լսման օրը, Դատարանի՝ Թարգմանչական ծառայության խնդրանքների համար նախատեսված առցանց դարպասի միջոցով՝ http://www.lacourt.org/irud/UI/index.aspx?ct=SC: Թեև դատարանն անելու է հնարավորը Ձեր լսման օրն ու ժամին թարգմանչի ներկայությունն ապահովելու համար, սակայն դատարանը չի երաշխավորում, որ նման ներկայությունն անմիջապես հնարավոր կլինի ապահովել։ Լեզվական ծառայությունների վերաբերյալ հարցերով խնդրում ենք դիմել LanguageAccess@LACourt.org

## Thông Báo về Cổng Vào Khu Kiện Nhỏ để Xin Cung Cấp Thông Dịch Viên

Tòa Thượng Thẩm Los Angeles cung cấp dịch vụ thông dịch viên miễn phí cho những bên kiện có khả năng Anh Ngữ giới hạn trong những vụ Kiện Nhỏ. Có sẵn thông dịch viên tiếng Tây Ban Nha tại tất cả các phòng xử Vụ Kiện Nhỏ. Nếu quý vị cần thông dịch viên tiếng Tây Ban Nha, xin cho nhân viên phòng xử biết về nhu cầu của quý vị, vào ngày xử. Người có khả năng Anh Ngữ giới hạn và nói một ngôn ngữ không phải tiếng Tây Ban Nha có thể xin cung cấp thông dịch viên trước ngày có phiên tòa của họ qua Cổng Web của Tòa cho Các Yêu Cầu Cung Cấp Thông Dịch Viên http://www.lacourt.org/irud/UI/index.aspx?ct=SC. Tuy tòa sẽ nỗ lực để tìm một thông dịch viên cho ngày giờ phiên tòa của quý vị, tòa không thể bảo đảm sẽ có ngay. Nếu quý vị có thắc mắc về các dịch vụ ngôn ngữ, xin liên lạc với LanguageAccess@LACourt.org

2024-SJ-006-00

FILED
Superior Court of California
County of Los Angeles
SEP 2 0 2024
avid W. Slayton, Executive Officer/Clerk of Court
By: C. Guerrero, Deputy

SUPERIOR COURT OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| IN RE SMALL CLAIMS PROTOCOL FOR EXCHANGE AND SUBMISSION OF EVIDENCE | SECOND AMENDED STANDING ORDER RE: EVIDENCE EXCHANGE |

Pursuant to California Code of Civil Procedure section 116.520, parties in a Small Claims matter have the right to present evidence and witnesses in support of their respective positions at the hearing on the case.

The Court encourages parties in Small Claims cases to appear remotely via LA CourtConnect (https://www.lacourt.org/lacc). To facilitate remote appearances, this Order describes how parties are to exchange of evidence and how they will submit evidence to the court in advance of the hearing.

**Whether appearing remotely or in person** any party in a Small Claims case that wishes to submit evidence to support their position is ordered to either:

1. Upload their evidence to the Court's Digital Evidence System (DES) at https://www.lacourt.org/digitalevidence at least ten (10) days prior to the scheduled hearing date and share the evidence with the other party or parties in the case. Any evidence uploaded to the portal shall be available to the opposing side until the conclusion of the hearing. A party's failure to timely exchange and submit evidence to the court may result in the court not considering the evidence.

2. Alternatively, a party may send a copy of any evidence it wants the court to consider to the court and to the other party or parties in the case, by any means that ensures their receipt of the evidence at least ten (10) days in advance of the hearing. Upon request, the party must be able to provide the court proof of sending the evidence.

3. When submitting evidence, each party must follow the procedures set forth below:
   a. Each party must complete form LASC CIV 278 Exchange and Submission of Evidence (Small Claims). The form must be placed inside the envelope with the evidence. The form is attached and is available on the court's website at http://www.lacourt.org.

   b. Each party must complete a mailing label and attach it to the outside of the envelope. The mailing label must contain the following information (a) case name; (b) case number; (c) date of hearing; (d) name of party submitting the evidence; and (e) courtroom number or department number in which the case will be heard. The mailing label form LASC CIV 279 is attached and is available on the court's website at http://www.lacourt.org.

   c. Physical evidence will be destroyed after the ruling unless parties provide a self-addressed envelope with sufficient pre-paid postage at the time of submission of evidence to the court. Digital evidence will be purged from the portal 60 days after the hearing has concluded and a ruling has been entered.

d. A list of the addresses for the courthouses and courtrooms that hear Small Claims matters is available at http://www.lacourt.org/couthouse/mode/division/smallclaims

The plaintiff is further ordered to serve a copy of this 2nd Amended Standing Order with the Plaintiff's Claim and ORDER to Go to Court (SC-100) or the Plaintiff's Claim and ORDER to Go to Court (COVID-19 Rental Debt) (SC-500) along with all other information sheets as required.

IT IS SO ORDERED.

Dated: SEPTEMBER 20, 2024

Judge Michelle Williams Court
Supervising Judge, Civil Division

# Exchange and Submission of Evidence (Small Claims)

*Fill in court name and address*
Superior Court of California, County of Los Angeles

**Important:** This form is to be used to submit evidence to the court and the opposing party. Read the other side of this form before you fill out the form.

Pursuant to Code of Civil Procedure section 116.520, parties in a Small Claims matter have the right to present evidence and witnesses at the hearing on the matter in support of their respective positions.

Each party who wishes to submit evidence is ordered to exchange and submit evidence to the court at least ten (10) days prior to the hearing and show proof of compliance (Second Amended Standing Order Re: Evidence Exchange 2024-SJ-006-01).

A party's failure to comply may result in the evidence not being considered by the court.

Case Number:

Case Name:

My Name is:______________________________

My Mailing Address is:______________________________

______________________________

I am a (check one): ☐ Plaintiff ☐ Defendant in this case.

My hearing is now scheduled on

(date) ______________________

at (time) ______________________

in Department ______________________

**INSTRUCTIONS:**
**List each item of evidence separately and briefly describe it. Please provide copies only, as evidence will be returned only if a self-addressed envelope with sufficient pre-paid postage is submitted. If you need more space, attach one sheet of paper.**

1.______________________________
2.______________________________
3.______________________________
4.______________________________
5.______________________________

The parties listed below have been served with a copy of my evidence.

Name:______________________________was served on (date)______________________

by (check one) ☐ mail ☐ personal delivery. Address of service: ______________________

______________________________

Name:______________________________was served on (date) ______________________

by (check one) ☐ mail ☐ personal delivery. Address of service: ______________________

______________________________

**Instructions for Form LASC CIV 278, Exchange of Evidence (Small Claims)** *(This form must be used to submit evidence to the court)*

Evidence must be exchanged between or among the parties and submitted to the court in advance of the hearing pursuant to Second Amending Standing Order Re: Evidence Exchange (Filed September 20, 2024).

### Each party who wishes to present evidence must do the following:

1. Send a copy of any evidence the party wishes the court to consider **to the other party** or parties in a manner that ensures receipt of the evidence at least ten (10) days prior to the hearing date;
2. Send a copy of any evidence the party wishes the court to consider **to the court** in a manner that ensures receipt of the evidence at least ten (10) days prior to the hearing date;
3. Place a copy of the evidence in an envelope;
4. Place a completed copy of this form inside the envelope;
5. Enclose a self-addressed envelope with sufficient pre-paid postage in the envelope, if you want the evidence returned to you after the hearing;
6. Seal the envelope;
7. COMPLETE THE MAILING LABEL (LASC CIV 279) AND ATTACH TO THE ENVELOPE;
8. Mail to the clerk of the court at the address of the courthouse where your case is pending. The courthouse addresses are listed below;
9. If requested, the party must provide proof of sending the evidence to the court and to the opposing party or parties;
10. A party's failure to exchange evidence with the opposing party and submit evidence to the court with proof of mailing in advance of the hearing and as set forth herein, may result in the evidence not being considered by the court.

Michael Antonovich Courthouse
Antelope Courthouse
Small Claims Courtroom
42011 4th Street West
Lancaster, CA 93534

Bellflower Courthouse
Small Claims Courtroom
10025 Flower Street
Bellflower, CA 90706

Beverly Hills Courthouse
Small Claims Courtroom
9355 Burton Way
Beverly Hills, CA 90210

Chatsworth Courthouse
Small Claims Courtroom
9425 Penfield Avenue
Chatsworth, CA 91311

Compton Courthouse
Small Claims Courtroom
200 West Compton Blvd
Compton, CA 90220

Governor George Deukmejian
Long Beach Courthouse
Small Claims Courtroom
275 Magnolia Avenue
Long Beach, CA 90802

Inglewood Courthouse
Small Claims Courtroom
One Regent Street
Inglewood, CA 90301

Pasadena Courthouse
Small Claims Courtroom
300 East Walnut
Pasadena, CA 91101

Santa Monica Courthouse
Small Claims Courtroom
1725 Main Street
Santa Monica, CA 90401

Stanley Mosk Courthouse
Small Claims Courtroom
111 North Hill Street
Los Angeles, CA 90012

Van Nuys Courthouse East
Small Claims Courtroom
6230 Sylmar Avenue
Van Nuys, CA 91401

West Covina Courthouse
Small Claims Courtroom
1427 West Covina Parkway
West Covina, CA

From: ______________________________

______________________________

______________________________

To: ______________________________

______________________________

______________________________

Date: ____________ Time: __________

Department: ______________________

Case Number: _____________________

LASC CIV 279 NEW 07/20
For Mandatory Use

Small Claims Mailing Label

From: ______________________________

______________________________

______________________________

To: ______________________________

______________________________

______________________________

Date: ____________ Time: __________

Department: ______________________

Case Number: _____________________

LASC CIV 279 NEW 07/20
For Mandatory Use

Small Claims Mailing Label

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp<br><br>FILED<br>Superior Court of California<br>County of Los Angeles<br>06/18/2025<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: W. Tang Deputy |
|---|---|
| COURTHOUSE ADDRESS:<br>Pasadena Courthouse<br>300 East Walnut Street, Pasadena, CA 91101 | |
| PLAINTIFF(S):<br>BRANDON JOE WILLIAMS® | |
| DEFENDANT(S):<br>CITY OF GLENDALE | |
| **NOTICE OF ONLINE DISPUTE RESOLUTION (ODR) PROGRAM – SMALL CLAIMS** | CASE NUMBER:<br>25PDSC01538 |

NOTICE TO ALL PARTIES IN THIS CASE:

The Court provides a free program to help people resolve their Small Claims case online without a court hearing. This program is called Online Dispute Resolution (ODR).

**Register at** https://my.lacourt.org/odr/small-claims within five (5) calendar days of receiving of this Notice. You have until two (2) court days before your hearing to complete ODR.

**Free Help:** You can request free help from a mediator after both sides register for ODR. Mediators can help you use ODR to reach a settlement agreement. Mediators are provided by mediation agencies, not by the Court.

**You can avoid a court hearing.** If you reach a settlement agreement, ODR will put it in the proper form and send it to the Court. If approved, your hearing will be cancelled.

**You must attend your hearing if you do not have a court-approved Settlement Agreement by two (2) court days before your hearing,** and you were not dismissed from the case. You may appear remotely:
https://my.lacourt.org/laccwelcome See LASC CIV 278 – Exchange and Submission of Evidence (Small Claims).

**Confidentiality:** ODR does not become part of your case file. Judges and court staff cannot see any information about your confidential ODR communications.

Visit the Court's Small Claims ODR website https://my.lacourt.org/odr/small-claims:

- To register for ODR
- To learn more about ODR and helpful resources for resolving your case

| SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES | FOR COURT USE ONLY |
|---|---|
| COURTHOUSE ADDRESS:<br>Pasadena Courthouse<br>300 East Walnut Street, Pasadena, CA 91101 | FILED<br>Superior Court of California<br>County of Los Angeles<br>06/18/2025<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: W. Tang Deputy |
| PLAINTIFF(S):<br>BRANDON JOE WILLIAMS® | |
| DEFENDANT(S):<br>CITY OF GLENDALE | |
| **NOTICE OF REMOTE APPEARANCES AND EXCHANGE AND SUBMISSION OF EVIDENCE PROTOCOL** | CASE NUMBER:<br>25PDSC01538 |

The Los Angeles Superior Court strongly encourages remote appearances by audio or video for Small Claims cases available via LACourtConnect at no cost. To learn more and to register for a remote appearance, visit LACourtConnect on the Court's website.

Pursuant to Code of Civil Procedure, section 116.520, parties in a Small Claims matter have the right to present evidence and witnesses to support their respective position. Whether the party is appearing remotely or in person, the party must:

1. Upload their evidence to the Court's Digital Evidence System (DES) at least ten (10) days in advance of the scheduled hearing date and share the evidence with the other party or parties in the case. Any evidence uploaded to the portal shall be available to the opposing side until the conclusion of the hearing.
   or

2. Send a copy of their evidence to the other party or parties in the case, by any means that ensures receipt of the evidence at least ten (10) days in advance of the scheduled hearing. Upon request, the party must be able to provide the court proof of sending the evidence. When submitting physical evidence, each party must complete form LASC CIV 278 - *Exchange and Submission of Evidence (Small Claims)* and follow instructions thereon.

A party's failure to timely exchange and submit evidence to the court may result in the court not considering the evidence.

Digital evidence will be purged from the portal 60 days after the hearing has concluded and a ruling has been entered. Physical evidence will be destroyed after the ruling unless parties provide a self-addressed envelope with sufficient pre-paid postage at the time of submission of evidence to the court.

The plaintiff is further ordered to serve a copy of this Notice and the Second Amended Standing Order Re: Evidence Exchange with the Plaintiff's Claim and ORDER to Go to Court (SC-100) or the Plaintiff's Claim and ORDER to Go to Court (COVID-19 Rental Debt) (SC-500) along with all other information sheets as required.