# EXHIBIT C

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**Civil Division**

Northeast District, Pasadena Courthouse, Department A

**25PDSC01538**
**BRANDON JOE WILLIAMS® vs CITY OF GLENDALE**

August 7, 2025
1:30 PM

Judge: Honorable Timothy Martella
Judicial Assistant: D. Aoki
Courtroom Assistant: None

CSR: None
ERM: Electronically Monitored
Deputy Sheriff: J. Racho

APPEARANCES:

For Plaintiff(s): BRANDON JOE WILLIAMS®

For Defendant(s): CITY OF GLENDALE by Holly Ederle Allen via LA Court Connect

**NATURE OF PROCEEDINGS:** Non-Jury Trial

The cause is called for Small Claims Trial.

Parties argue and submit the matter to the Court.

Parties' evidence submitted to the Court for review and consideration. Pursuant to Standing Order 2020-SJ-015-00, evidence will be destroyed after the hearing unless Parties provided a self address envelope with sufficient prepaid postage at the time of submission of the evidence to the Court.

The Court having fully considered the parties' testimony, as well as evidence presented, rules as follows:

Court orders judgment entered on the Plaintiff's Claim filed by BRANDON JOE WILLIAMS® on 06/18/2025 as follows: Plaintiff to take nothing by virtue of the complaint.

Clerk is to give notice.

Certificate of Mailing is attached.