# EXHIBIT D

Brandon Joe Williams
PO Box 1962, Glendale, CA 91209
(747) 273-0799 (Phone and Fax)
Brandon@WilliamsandWILLIAMSLawFirm.com

Brandon Joe Williams, IN PRO PER FOR BOTH PLAINTIFFS

STATE OF CALIFORNIA

LOS ANGELES COUNTY SUPERIOR COURT – NORTH CENTRAL DISTRICT

*Burbank Courthouse*

| | |
|---|---|
| BRANDON JOE WILLIAMS® (sole proprietorship), Brandon Joe Williams (white Californian)<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE,<br><br>Defendant | Case # 26NNCV00519<br><br>**First Amended Complaint**<br><br>Honorable Mr. Tavelman<br><br>Dept A - Burbank Courthouse |

**<u>FIRST AMENDED COMPLAINT (this complaint is verified in accordance with CCP § 446)</u>**

Amount demanded exceeds $10,000

COMES NOW the Plaintiffs, sole proprietorship BRANDON JOE WILLIAMS® and white citizen of California Brandon Joe Williams (hereinafter "Plaintiffs"), pro per, and files this Complaint against Defendant CITY OF GLENDALE (hereinafter "Defendant"), and alleges upon personal knowledge and direct firsthand experience as follows:

## SECTION I - JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to California Code of Civil Procedure § 410.10 and 395, as the Defendant conducts business within the State of California, and the obligations and liabilities arose therein.

2. Venue is proper in this judicial district pursuant to California Code of Civil Procedure § 395(a) because the events giving rise to this claim occurred in Los Angeles County.

**SECTION II - PARTIES**

3. BRANDON JOE WILLIAMS® is a sole proprietorship, US citizen and resident of Glendale, California. He has privileges and immunities only under statutes, the Civil Rights Act of 1866, the 14th Amendment and the cases involved in the Incorporation Doctrine. He does not have direct access to the Bill of Rights. As a resident of California, he falls under the California Constitution of 1879. Legal fictions were added only into the 14th Amendment class in *Santa Clara County v. Southern Pacific Railroad Co., 118 U.S. 394 (1886)* and were never allowed to be considered citizens of the State, as made clear in *Paul v. Virginia, 75 U.S. 168 (1869)*.

4. Brandon Joe Williams was born a white citizen of Indiana but is currently a white citizen of California due to a change in domicile. He has absolutely no right to the Civil Rights Act of 1866 or the 14th Amendment, as made clear in *Bradwell v. State 83 U.S. 130 (1872)*. He has direct and unabridged access to all of the Bill of Rights without any need of the Incorporation Doctrine. This includes the 5th and 6th Amendments (partially incorporated into the 14th Amendment class) and the 3rd, 7th, 9th, and 10th Amendments (not incorporated). As a white citizen of California, he falls under the California Constitution of 1849. **Brandon Joe Williams is <u>NOT</u> a resident of California and <u>never</u> has been.**

5. The differences between State and Federal/National/US/14th Amendment citizenship are well covered in the following cases: *Slaughterhouse Cases 83 U.S. 36 (1873), Bradwell v. State 83 U.S. 130 (1873), Van Valkenburg v. Brown 43 Cal. 43 (1872), United States v. Anthony, 24 F. Cas. 829 (C.C.N.D.N.Y. 1873) (No. 14,459), Twining v. New Jersey, 211 US 78 (1908)* [the 5th

Amendment right against self-incrimination was later incorporated into the 14th Amendment class in 1964 in *Malloy v. Hogan 378 U.S. 1* and the 2nd Amendment right to bear arms was incorporated in 2010 in *McDonald v. Chicago 561 U.S. 742*, but this case is still packed with excellent information on the subject that is expansive, still relevant in today's world and also easy to read and understand. This is the case that actually **created** the Incorporation Doctrine and shows the judicial intent of gifting these various sections of the Bill of Rights to the 14th Amendment class and protecting them, Federally, while they reside in a foreign State of the Union].

6. The Plaintiffs recently filed a writ of certiorari together in the same way this amended complaint is set up in US Supreme Court No. 25-1221 and it was docketed. They received the petition on October 9th but it took them over 5 months to evaluate due to having it split the same way that this complaint is so the dates are a bit confusing but they list the docket date as the date the petition was originally submitted (it had to be resubmitted once). This can be evidence of the fact that the split between sole proprietorship and white Californian is acceptable for docketing at the US Supreme Court level and does not violate Rule 9.1 of the Supreme Court Rules. The petition can be downloaded for free without a login on the US Supreme Court official docket for No. 25-1221.

7. Defendant CITY OF GLENDALE is a corporation and 14th Amendment citizen located in Los Angeles County. CITY OF GLENDALE is a resident of California. The GLENDALE WATER & POWER is a public utility located within the incorporated CITY OF GLENDALE and is not legally a separate person. The address for service of process for CITY OF GLENDALE is 613 E. Broadway, Glendale, CA 91206.

## SECTION III - BACKGROUND OF THE NATURE AND FLOW OF NEGOTIABLE INSTRUMENTS, PAYMENTS AND OUR NATIONAL MONETARY SYSTEM AND TYING THIS INTO THIS CASE TO CREATE THE BEDROCK OF CLARITY FOR THE CAUSES OF ACTION (this is "a statement of the facts constituting the cause of action in ordinary and concise language" in accordance with CCP 425.10(a)(1))

8. Lawful money was originally defined as gold and silver coins, as can be seen in Article 1, Section 10 of the US Constitution: **"No State shall … make any Thing but gold and silver Coin a Tender in Payment of Debts"**

9. Legal tender is composed of negotiable instruments, which fall into only two classes: unconditional promises (notes) and orders (drafts) to pay. This is clarified in CCC § 3104.

10. The "US citizen" or "citizen of the United States" class was originally created by Congress in the Civil Rights Act of 1866 in order to protect the negroes that had been released from slavery from the 13th Amendment. It was created in response to the Black Codes in the South and the *Dred Scott v Sandford 60 U.S. 393* decision in 1857. Prior to the advent of the Civil Rights Act of 1866, the term "citizen of the United States" simply meant a white citizen of a State (such as a white Californian). This was clearly defined by Justice Solomon Heydenfeldt in *Ex Parte Knowles, 5 Cal. 301-307 (1855)*. Congress was worried about how legal their new Congressional citizenship class was and they were also worried about it being repealed when power shifts in Congress. Their solution to this was to turn the Civil Rights Act of 1866 into a Constitutional Amendment, which became the 14th Amendment. This citizenship class is tied to the District of Columbia, not a State of the Union and this class is only a resident while in a State of the Union (meaning they are not a full citizen of the State). They do not have direct access to the Bill of Rights but only have access to those privileges and immunities via the Incorporation Doctrine cases. Currently, US citizens who are resident in California only have partial access to the 5th and 6th Amendments and they have no access to the 3rd, 7th, 9th or 10th Amendments. All of this was covered thoroughly by the Honorable Samual Freeman Miller in *The Slaughter-House Cases, 83 U.S. 36 (1873)* and in a judgment that occurred the following day called *Bradwell v. State, 83 U.S. 130*.

11. 31 USC § 5103 is clear that "Foreign gold or silver coins are not legal tender for debts." This applies to all residents or other National/Federal/US citizens under the 14th Amendment because that citizenship class is tied to Congress, not directly into a State. All residents of California are forced to use legal tender as their primary currency. It is only white citizens of California that fall

under Article I, Section 10's decree of using gold and silver coins. The California Commercial Code is the law book regarding the operation of the currency for residents. Every resident in this State, when issuing or handling notes or drafts, is duty-bound to this code. In very simple and concise English, it is explained like this: **"14th Amendment citizens are tied to the District of Columbia and their currency operates under 31 USC § 5103 while they are residents in a State. White citizens of California must operate under Article I, Section 10 of the US Constitution."**

12. All 14th Amendment citizens, such as US citizens, are residents in California. The operative definition of "resident" comes from the Law of Nations and is the following: **Residents, as distinguished from citizens, are aliens who are permitted to take up a permanent abode in the country. Being bound to the society by reason of their dwelling in it, they are subject to its laws so long as they remain there, and, being protected by it, they must defend it, although they do not enjoy all the rights of citizens. They have only certain privileges which the law, or custom, gives them. Permanent residents are those who have been given the right of perpetual residence. They are a sort of citizens of a less privileged character, and are subject to the society without enjoying all its advantages. Their children succeed to their status; for the right of perpetual residence given them by the State passes to their children.**

13. This clear separation between these separate citizenship classes and legal structures that we have in our country was clearly commented on by Justice Henry Billings Brown in *Downes v. Bidwell, 182 US 244 (1901)* when he said: "we have in this country substantially or practically two national governments; one, to be maintained under the Constitution, with all its restrictions; the other to be maintained by Congress outside and independently of that instrument, by exercising such powers as other nations of the earth are accustomed to exercise."

14. The two primary types of negotiable instruments in our society were silver certificates and gold certificates. These were notes which promised the bearer a certain weight of gold or silver coins upon presentment ("dollar" is a specific weight of either gold or silver coins, so with a "one

dollar" silver certificate it would be 371.25 grains of fine silver, which is .999 or above). On April 5, 1933, Executive Order 6102 effectively eliminated the holding of gold coins as well as the usage of gold certificates. Then, in 1963, we had the repeal of key silver purchase laws in Public Law 88-36 and the Coinage Act of 1965, which began the elimination of silver coins and silver certificates. Then, finally, President Richard Nixon closed the gold window on August 15th, 1971, which ended the convertibility of our money supply to gold. This left our currency system without money and resulted in a purely fiat currency that has no real backing called a Federal Reserve Note. This is the reason why today's currency system is so odd, which you will fully see in this First Amended Complaint. It is not backed by any precious metal like it once was.

15. "Money" is defined as: **In usual and ordinary acceptation it means gold, silver, or paper money used as circulating medium of exchange, And does not embrace notes, bonds, evidences of debt, or other personal or real estate.** *Lane v. Railey, 280 Ky. 319, 133 S.W.2d 74, 79, 81.* Whereas "currency" is defined as: **Coined money and such banknotes or other paper money as are authorized by law and do in fact circulate from hand to hand as the medium of exchange.** *Griswold v. Hepburn, 2 Duv., Ky., 33; Insurance Co. v. Kupfer, 28 Ill. 332, 81 Am.Dec.' 284.* So to say that Federal Reserve Notes are "money" would be false but to say they are "currency" would be legally acceptable. But, the more pure and clear way of describing the differences would be "lawful money" and "legal tender," as this is how Congress personally separated the two in their own descriptions and talks. The Courts commonly used the term "specie" to describe silver/gold coins and to differentiate it from paper currency.

16. The original basis of our legal tender system is found in the *Legal Tender Cases 78 U.S. 682 (1870)*. This series of decisions decided that Congress could issue their own notes of obligation outside of the constraints of Article I Section 10 on States to only use gold and silver coins in tender on payment of debt. These decisions are the background behind the language that we see on Federal Reserve Notes even in today's world: "THIS NOTE IS LEGAL TENDER FOR ALL DEBTS, PUBLIC AND PRIVATE" (the term "note" means "promissory note" or "unconditional promise to pay").

17. In today's fiat currency world, the Uniform Commercial Code (hereafter "UCC") is the model code for notes and drafts which then becomes law through the State-specific adoptions of the model code. The State-adopted version of the model UCC in California is the California Commercial Code (hereafter "CCC").

18. Any note or draft that falls under CCC § 3104(a)(1), (a)(2) and (a)(3) would have legal value in law and would be consideration if tendered in a transaction.

19. A Federal Reserve Note is a registered unconditional promise to pay between "United States" (defined in CCC § 9307) and the Federal Reserve. It should be noted that this person called "United States" on this promissory note is "located in the District of Columbia" because that term is only in reference to Congress and is not in reference to the States of the Union (this is made clear in CCC § 9307(h)). This is because "No State shall … make any Thing but gold and silver Coin a Tender in Payment of Debts" in accordance with Article I Section 10 of our US Constitution but the *Legal Tender Cases* explicitly described that the District of Columbia is not a "State" as per the Constitutional definition. The District of Columbia operates outside of Constitutional restraints that are written for the States of the Union.

20. The Federal Reserve is defined in *John L. Lewis v. United States of America, 680 F.2d 1239 (9th Circuit Court of Appeals - 1982)*, where the Honorable Cecil F. Poole said the following: "Examining the organization and function of the Federal Reserve Banks, and applying the relevant factors, we conclude that the Reserve Banks are not federal instrumentalities for purposes of the FTCA, but are independent, privately owned and locally controlled corporations."

21. Negotiable instruments are exchanged and transferred by what is called "negotiation," which is described in detail in Division 3, Chapter 2 of the CCC.

22. The basis of negotiation is the subject of indorsements (spelled with an "i" in CCC Division 3 but spelled with an "e" often in life, such as on the back of checks). This change in spelling between the "e" and the "i" has no legal basis and is only because of a language shift that occurred mainly at the beginning of the 20th century. It has no legal significance but the original and "purist" spelling would be with an "i."

23. Indorsements fall into a few main categories (these are the key ones): blank indorsement (CCC § 3205(b)), special indorsement (CCC § 3205(a)), restrictive indorsement (CCC § 3206) and qualified indorsement (CCC § 3415(b)).

24. Explained very simply: A blank indorsement does not state a payee, whereas a special indorsement does state the payee. A qualified indorsement simply limits liability. Any instrument/payment that does not state a payee automatically defaults to "payable to bearer" (blank indorsement).

25. A Federal Reserve Note, for example, since it is originally indorsed in blank, is negotiated as described in CCC § 3201(b): **"If an instrument is payable to bearer, it may be negotiated by transfer of possession alone."** An example of this would be buying a coffee: you extend your hand unconditionally with the Federal Reserve Note (which would be "tender") then the note is either accepted or dishonored. The negotiation of the note is allowed to be done without a specific indorsement written on the face of the instrument because it is originally, when issued, indorsed in blank (meaning it is "payable to the bearer"). You see this terminology printed on some of the old notes in our country's past and you see it very clearly on old silver and gold certificates.

26. A simple definition of the word "cash" would be "any physical instrument which is indorsed in blank that can be rapidly and easily physically tendered as consideration in a transaction." Which fits perfectly with what a Federal Reserve Note is. Most currencies on this planet are the exact same structure. The drafts in Exhibits C, D and E of this verified complaint also fit within the above definition.

27. Another example would be paying with a credit card: a brand new note would be produced and issued by the transaction and that note is then tendered for payment. But the credit card, in itself, would not be a negotiable instrument; it is a tool that produces negotiable instruments. You can even see the term "Issuer" on your credit card receipts sometimes when you use them (which is in accordance with CCC § 3105). A credit card is "a tool that issues unconditional promises to pay." It literally **creates** currency. Every single time a credit card is used, it is actually inflating the monetary system.

28. Rules of negotiation are simple: after tendering an instrument, the other party can either accept the instrument as a payment in accordance with CCC § 3602/3603 or dishonor it in accordance with the rules of dishonor found in CCC § 3502. **(Please see visual aid flowchart at Exhibit A)**.

29. If the tender is not "dishonored" and not "accepted," then it is refused… which activates the provisions found in CCC § 3603(b). This is a breach of obligation but is only a breach for that specific point in the cycle on that specific instrument. **(Please see visual aid flowchart at Exhibit A)**.

30. The above steps are beautifully laid out in the 6 various subparts of CCC Division 3: 1. General Provisions and Definitions; 2. Negotiation, Transfer and Indorsement; 3. Enforcement of Instruments; 4. Liability of Parties; 5. Dishonor; and 6. Discharge and Payment. Each instrument basically flows through each of these sections after it is issued, with "Discharge and Payment" being the end of the "cycle" of issue-indorsement-negotiation-payment/discharge.

31. Each individual issuance of a note or draft begins an entirely new "cycle" and would not be subject to any other specific cycles. Each series of steps that are statutory and required leading all the way from the "issuing" of a note or draft all the way to discharge or completion would be one independent and individual cycle. Just because there was a breach involving an indorsement would not then preclude or prejudice a separate or later breach, even with the same payment/instrument (for example: a failure to dishonor or discharge). Also, just because one instrument/payment had a breach of obligation during the billing cycle would not then preclude

or prejudice the cycle of another instrument/payment. Cases covering this point are: *Lawlor v. National Screen Service Corp., 349 U.S. 322 (1955), Media Rights Technologies, Inc. v. Microsoft Corp., 917 F.3d 1107 (9th Cir. 2019), English v. English (1937) 9 Cal.2d 358.* **(Please see visual aid flowchart at Exhibit A)**.

32. “Res judicata” would only apply to the specific area in the cycle regarding a specific instrument/payment. Meaning if a draft was not indorsed properly then res judicata would only apply to <u>THAT</u> indorsement for <u>THAT</u> instrument and would not extend to other breaches of obligation found in the same cycle or in another cycle with another instrument. No differently than the idea that if you made a payment with a check, that one check payment would not then prejudice, effect or give rise to res judicata as regards to other future payments using other checks, notes (such as Federal Reserve Notes), credit cards or other drafts. The idea that res judicata would apply to later payments of various types makes no sense on an intrinsic level of law because it would then prejudice each and every subsequent payment beyond the first, forever. This would utterly destroy commerce, nationally.

33. Each individual billing cycle where a draft is issued is not some kind of “installment agreement” where there is an overarching nexus between the billing periods. Specific services are rendered within specific time frames. A specific amount of electricity is used or consumed during that time period, then there is a draft issued involving only the specific electricity that was used during that specific time period. Then the implied-in-fact rate sheet is the contractual amount of negotiable instruments required to be paid based upon consumption.

34. Everything in CCC Division 3 establishes a presumption, automatically, in accordance with CCC § 1206, which states: **Whenever this code creates a “presumption” with respect to a fact, or provides that a fact is “presumed,” the trier of fact must find the existence of the fact unless and until evidence is introduced that supports a finding of its nonexistence.**

35. The California Evidence Code (hereafter “CEC”) creates two presumptions as well that affect these cycles in this case. One at § 633 and one at § 634. I will put these on the attached flowchart

in Exhibit A so you can see exactly where in the flowline these presumptions activate and why. These presumptions shift the burden of evidence from the Plaintiffs to the Defendant in terms of having to prove that the obligation wasn't paid. Without providing evidence of lack of payment, payment is automatically presumed to have been made, even despite the evidence supplied of the drafts/payments in Exhibits C, D and E. **(Please see visual aid flowchart at Exhibit A)**.

36. The "issuing" of a note or draft begins the above independent cycle for an instrument. The definition of "issue" is found at CCC § 3105. **(Please see visual aid flowchart at Exhibit A)**.

37. A note or draft, at the point of issue, is automatically said to be governed by the CCC unless it follows the edict of CCC § 3104(d) which states: "A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this division." **(Please see visual aid flowchart at Exhibit A)**.

38. CCC § 1305 is clear that absolutely any aspect of the CCC may be turned into a cause of action and that all remedies are to be liberally administered. Permanent Editorial Board (PEB) Commentary No. 25 (2022) also clearly communicates an express right of action to enforce any declared right or obligation — even if no specific monetary remedy is spelled out and even if traditional "implied private right of action" analysis might otherwise fail. *Five Star Bank cases (Pa. Super. 2024)* references UCC § 1-305(b) to support enforcement of rights, including in contexts involving statutory damages or minimum recoveries "regardless of any injury that may have resulted." Having no right for relief on damages precludes damages being needed to structure a cause of action.

39. So each entire independent billing cycle would be like this: a note or draft is issued (CCC § 3105). Then the first person ("holder or nonholder") gets the rights of that instrument after issue. Once the initial person comes into possession of the instrument, they may negotiate it (CCC § 3201) via an indorsement (CCC § 3204). That same instrument (or any other instrument) is now

tendered for payment (CCC § 3603). This is ultimately processed as a payment or dishonored (CCC § 3502/CCC § 3602). This is the world we live in and almost no one knows that we are living in it. **(Please see visual aid flowchart at Exhibit A)**.

40. The above information applies directly to this case we are currently inspecting: the Defendant "issued" an unconditional order to pay that had none of the specifics found in CCC § 3104(d), so it operates entirely under the CCC. The draft was then issued to a "holder or nonholder, for the purpose of giving rights on the instrument to any person" as described in CCC § 3105(a). Then the Plaintiffs accepted the draft and negotiated it back to the Defendant as tender of payment using a qualified and blank indorsement. This then allowed the drawer/payee to become the holder of the instrument/payment. This happened for multiple entirely separate cycles (none of these cycles have anything to do with one another and each independent cycle is an entirely different duty-breach of obligation under the CCC). **(Please see visual aid flowchart at Exhibit A)**.

41. The Defendant has a relationship with Glendale Federal Credit Union, as seen by this quote on their "Who We Are" page on the GFCU website: "Since 1951, Glendale Federal Credit Union has been helping the public service employees of Glendale reach their goals by providing quality financial products and convenient services that meet their needs as members." GLENDALE FEDERAL CREDIT UNION has had Federal Reserve Discount Window access since 5/14/2003 in accordance with the Federal Reserve Master Account and Services Database website **(Please see Exhibit B for evidence)**.

42. The presumption of the Plaintiffs is that the bottom detachable portions of the bill are actually separate drafts that have real monetary value and they are "batched" to prepare them to be collateralized via the process found at 12 USC § 412 to swap the accepted drafts for Federal Reserve Notes at the GFCU's Fed Discount Window access point. If they swap the instruments with a qualified indorsement on the instruments then they would have no liability to actually repay the Federal Reserve Notes that come back from the Discount Window. Evidence of this is on a stamp that was given to Brandon Joe Williams on the back of detachable draft when he paid

with a credit card to turn the power back on after it was illegally shut off **(please see Exhibit F to see this stamp which was on the back side of the instrument)**. Notice that it says “Batch ID:” right on the stamp on the back of the instrument. This is not said as a fact needed to win this case but is said as a presumption to add additional structure to the flowchart and complaint. **(Please see visual aid flowchart at Exhibit A)**. Regardless of what the Defendant does with each individual tendered draft is entirely on them and what they do with the instrument does not change the outcome of this case, because they become the legal holder of valuable consideration regardless of what they then do with the instrument.

## SECTION IV - BACKGROUND OF CASE SPECIFICS

43. There are no previous court actions containing the payments/instruments in question in this verified complaint in Exhibit C, D and E. No court has ever evaluated these instruments/payments at any point in time in the past.

44. There are no previous court actions containing the causes of action in this verified complaint.

45. Nothing in this complaint is a tort because torts are damages that are absent from a contract. The rate sheet held between BRANDON JOE WILLIAMS® and the Defendant is an implied-in-fact contract which means there are no torts here. Brandon Joe Williams is the indorser so he is involved in a more fringe aspect to the contract between BRANDON JOE WILLIAMS® and the Defendant via the State’s rules of agency.

46. Power to the apartment was turned off on Jan 13th, 2026 at around 10 AM and remained off until Jan 13th, 2026 at around 5 PM. This was despite the fact that all obligations had been paid and had been timely. Once the power was turned off, Brandon Joe Williams used a credit card to turn the power back on, even though all previous payments had already been satisfied in full.

## SECTION V - CAUSES OF ACTION AS REGARDS TO THE TENDER OF PAYMENT OF THE ACCEPTED DRAFT LABELED “BILL DATE: 8/18/2025” (EXHIBIT C)

<u>Cause of Action 1: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Failure to Dishonor or Apply as a Payment the Instrument/Payment Tendered in Exhibit C (CCC § 1305)</u>

47. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

48. As can be seen in the attached draft in Exhibit C, the wording of CCC § 3104(d) is not present on the instrument, thus this negotiable instrument is governed by the CCC. **(Please see visual aid flowchart at Exhibit A)**.

49. The basis of this cause of action is under CCC § 1305 and, as such, does not require damages specifically to establish a cause of action. The Plaintiff is also not able to have relief on consequential or special damages, as stated in CCC § 1305(a).

50. In accordance with CEC § 633, this payment was already presumed to be paid prior to this payment being tendered. The burden of evidence falls on the Defendant to prove that it was not properly paid. Both Plaintiffs hereby swear under penalty of perjury that the obligation in Exhibit C was fully paid. **(Please see visual aid flowchart at Exhibit A)**.

51. In accordance with CEC § 634, this payment was already presumed to be paid prior to this payment being tendered. The burden of evidence falls on the Defendant to prove that it was not properly paid. Both Plaintiffs hereby swear under penalty of perjury that the obligation in Exhibit C was fully paid. **(Please see visual aid flowchart at Exhibit A)**.

52. This cause of action has never been brought up in any court proceeding prior to this one.

53. This specific instrument/payment has never been brought up in any court proceeding prior to this one.

54. Both BRANDON JOE WILLIAMS® and the Defendant have a duty to follow the CCC because they are both residents of California. Their citizenship is tied to the District of Columbia, not California.

55. The instrument/payment found in Exhibit C was tendered to the Defendant and was picked up by the Defendant (or agent) on Aug 27th, 2025 at 9:44 am, as seen in the Certified Mail printout in Exhibit C.

56. No payment was registered on the account for this instrument/payment and no dishonor of the instrument/payment occurred in accordance with CCC § 3502(d). **(Please see visual aid flowchart at Exhibit A)**.

57. Force of the Court is needed to make whole the Plaintiff who is the “aggrieved party" in this independent billing cycle.

## SECTION VI - CAUSES OF ACTION AS REGARDS TO THE TENDER OF PAYMENT OF THE ACCEPTED DRAFT LABELED “BILL DATE: 10/15/2025” (EXHIBIT D)

Cause of Action 2: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Failure to Dishonor or Apply as a Payment the Instrument/Payment Tendered in Exhibit D (CCC § 1305)

58. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

59. As can be seen in the attached draft in Exhibit D, the wording of CCC § 3104(d) is not present on the instrument, thus this negotiable instrument is governed by the CCC. **(Please see visual aid flowchart at Exhibit A)**.

60. The basis of this cause of action is under CCC § 1305 and, as such, does not require damages specifically to establish a cause of action. The Plaintiff is also not able to have relief on consequential or special damages, as stated in CCC § 1305(a).

61. In accordance with CEC § 633, this payment was already presumed to be paid prior to this payment being tendered. The burden of evidence falls on the Defendant to prove that it was not properly paid. Both Plaintiffs hereby swear under penalty of perjury that the obligation in Exhibit D was fully paid. **(Please see visual aid flowchart at Exhibit A)**.

62. In accordance with CEC § 634, this payment was already presumed to be paid prior to this payment being tendered. The burden of evidence falls on the Defendant to prove that it was not properly paid. Both Plaintiffs hereby swear under penalty of perjury that the obligation in Exhibit D was fully paid. **(Please see visual aid flowchart at Exhibit A)**.

63. This cause of action has never been brought up in any court proceeding prior to this one.

64. This specific instrument/payment has never been brought up in any court proceeding prior to this one.

65. Both BRANDON JOE WILLIAMS® and the Defendant have a duty to follow the CCC because they are both residents of California. Their citizenship is tied to the District of Columbia, not California.

66. The instrument/payment found in Exhibit D was tendered to the Defendant and was delivered to the Defendant's PO Box on Oct 21st, 2025 at 10:15 am, as seen in the Certified Mail printout in Exhibit D.

67. No payment was registered on the account for this instrument/payment and no dishonor of the instrument/payment occurred in accordance with CCC § 3502(d). **(Please see visual aid flowchart at Exhibit A)**.

68. Force of the Court is needed to make whole the Plaintiff who is the "aggrieved party" in this independent billing cycle.

## SECTION VII - CAUSES OF ACTION AS REGARDS TO THE TENDER OF PAYMENT OF THE ACCEPTED DRAFT LABELED "BILL DATE: 12/16/2025" (EXHIBIT E)

Cause of Action 3: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Failure to Dishonor or Apply as a Payment the Instrument/Payment Tendered in Exhibit E (CCC § 1305)

69. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

70. As can be seen in the attached draft in Exhibit E, the wording of CCC § 3104(d) is not present on the instrument, thus this negotiable instrument is governed by the CCC. **(Please see visual aid flowchart at Exhibit A)**.

71. The basis of this cause of action is under CCC § 1305 and, as such, does not require damages specifically to establish a cause of action. The Plaintiff is also not able to have relief on consequential or special damages, as stated in CCC § 1305(a).

72. In accordance with CEC § 633, this payment was already presumed to be paid prior to this payment being tendered. The burden of evidence falls on the Defendant to prove that it was not properly paid. Both Plaintiffs hereby swear under penalty of perjury that the obligation in Exhibit E was fully paid. **(Please see visual aid flowchart at Exhibit A)**.

73. In accordance with CEC § 634, this payment was already presumed to be paid prior to this payment being tendered. The burden of evidence falls on the Defendant to prove that it was not properly paid. Both Plaintiffs hereby swear under penalty of perjury that the obligation in Exhibit E was fully paid. **(Please see visual aid flowchart at Exhibit A)**.

74. This cause of action has never been brought up in any court proceeding prior to this one.

75. This specific instrument/payment has never been brought up in any court proceeding prior to this one.

76. Both BRANDON JOE WILLIAMS® and the Defendant have a duty to follow the CCC because they are both residents of California. Their citizenship is tied to the District of Columbia, not California.

77. The instrument/payment found in Exhibit E was tendered to the Defendant and was delivered to the Defendant's PO Box on Dec 30th, 2025 at 10:03 am, as seen in the Certified Mail printout in Exhibit E.

78. No payment was registered on the account for this instrument/payment and no dishonor of the instrument/payment occurred in accordance with CCC § 3502(d). **(Please see visual aid flowchart at Exhibit A)**.

79. Force of the Court is needed to make whole the Plaintiff who is the "aggrieved party" in this independent billing cycle.

## SECTION VIII - CAUSES OF ACTION BEING BUILT AS A RESULT OF FAILING TO APPLY OR DISHONOR INSTRUMENTS/PAYMENTS DULY TENDERED AND PRESUMED TO BE PAID: ACCEPTED DRAFT LABELED "BILL DATE: 8/18/2025," ACCEPTED DRAFT LABELED "BILL DATE: 10/15/2025," AS WELL AS THE ACCEPTED DRAFT LABELED "BILL DATE: 12/16/2025" (COLLECTIVELY - EXHIBIT C, EXHIBIT D AND EXHIBIT E)

Cause of Action 4: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Tom Bane Civil Rights Act Violation in Accordance with CCP § 52.1

80. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

81. This cause of action is brought pursuant to California Civil Code § 52.1 (the Tom Bane Civil Rights Act), which provides a private right of action against any person (including a public entity such as Defendant CITY OF GLENDALE) who, by threats, intimidation, or coercion, interferes with or attempts to interfere with the exercise or enjoyment of rights secured by the California Constitution or by the laws of the United States or California.

82. As set forth in detail above and in the visual aid flowchart at Exhibit A, Plaintiffs duly tendered valid negotiable instruments (Exhibits C, D, and E) that were governed by the California Commercial Code, received by Defendant via certified mail, and presumed paid under California Evidence Code § 633 and § 634. Defendant neither credited the account, applied the instruments as payment, nor properly dishonored them in accordance with CCC § 3502 and § 3603. **(Please see visual aid flowchart at Exhibit A)**.

83. Instead, Defendant intentionally shut off electrical power to Plaintiff's residence on January 13, 2026 at approximately 10:00 AM (despite all obligations having already been timely satisfied and presumed paid), leaving Plaintiff without power for approximately seven hours until it was restored only after an additional credit-card payment. This shutoff constituted coercion and intimidation designed to force Plaintiff to pay a second time for obligations already discharged under the CCC and CEC presumptions.

84. The coercive shutoff directly interfered with Plaintiff's inalienable rights under the California Constitution of 1879, including but not limited to the rights to acquire, possess, and protect property; to pursue and obtain safety, happiness, and privacy; and to be free from arbitrary deprivation of utility service that is essential to habitation.

85. Plaintiff hereby swears under penalty of perjury that the obligations in Exhibits C, D, and E were fully paid and that the power shutoff was an intentional act of coercion in violation of CCP § 52.1. This cause of action has never been brought up in any court proceeding prior to this one.

86. As a direct and proximate result of Defendant's violation of CCP § 52.1, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, and attorney's fees and costs as provided by CCP § 52.1.

<u>Cause of Action 5: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Power Turned Off Illegally Violating Public Utility Code § 2106</u>

87. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

88. Public Utility Code § 2106 states: "Any public utility which does, causes to be done, or permits any act, matter, or thing prohibited or declared unlawful, or which omits to do any act, matter, or thing required to be done, either by the Constitution, any law of this State, or any order or decision of the commission, shall be liable to the persons or corporations affected thereby for all loss, damages, or injury caused thereby or resulting therefrom. If the court finds that the act or omission was wilful, it may, in addition to the actual damages, award exemplary damages. An action to recover for such loss, damage, or injury may be brought in any court of competent jurisdiction by any corporation or person."

89. The breach associated with this statute is that the Plaintiff was available for in-person meetings, calls, etc to handle this situation. The 3 specific instruments/payments involved in this Amended Complaint were all situations where, had there been any issues with the payments/instruments, the Plaintiff could have been contacted and would have been willing to explain or clarify anything as needed.

90. The Defendant failed to give any notice of dishonor in accordance with CCC § 3503 as regards to any of the 3 instruments/payments concerned with this Amended Complaint.

91. As shown in the original motion to demurrer on the original complaint, Mr. Arias, the Defendant's advocate, said: "Plaintiff is required to actually pay his bills like any other customer of Glendale Water & Power." This, combined with a complete disdain and unwillingness to speak about the concerns regarding the original payments/instruments should be enough to classify this situation in the category clarified above: "If the court finds that the act or omission was wilful, it may, in addition to the actual damages, award exemplary damages."

92. If the Defendant does not take this case seriously and begin to actually speak about the merits of the case, I hereby request that exemplary damages be considered by this Court to prevent this kind of behavior on others who may be attempting to properly and lawfully perform under the CCC and are being denied, illegally.

93. As a direct and proximate result of Defendant's violation of PUC § 2106, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc, as provided by PUC § 2106.

<u>Cause of Action 6: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Proposition 218 Challenge</u>

94. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

95. This cause of action is brought as a direct challenge under California Constitution Article XIII D (added by Proposition 218, the "Right to Vote on Taxes Act") and Government Code §§ 53750 et seq., which strictly govern property-related fees and charges imposed by local governments,

including utility rates and service fees charged by Defendant CITY OF GLENDALE and its Glendale Water & Power department.

96. As detailed above and in Exhibits C, D, and E, Plaintiff tendered valid negotiable instruments that were received by Defendant, presumed paid under CEC § 633 and § 634, and never properly dishonored or returned. Despite these tenders fully discharging the obligations under the California Commercial Code, Defendant continued to treat the accounts as delinquent and imposed a coercive power shutoff on January 13, 2026.

97. By refusing to credit the duly tendered and presumed-paid instruments while simultaneously demanding (and accepting) additional payment via credit card to restore service, Defendant has effectively collected the same property-related fee twice without providing any additional service or benefit. This double collection violates Proposition 218's substantive and procedural requirements, including (a) the prohibition on charging fees that exceed the proportional cost of service actually provided, (b) the requirement that fees be imposed only after proper notice and an opportunity for protest, and (c) the requirement that any new or increased fee receive voter approval or valid protest procedures where applicable.

98. Defendant's actions constitute an illegal exaction and an unconstitutional property-related charge under Article XIII D. Plaintiff hereby swears under penalty of perjury that the obligations in Exhibits C, D, and E were fully paid and that Defendant was attempting (and was successful) in illegally extracting a second payment for the same service. This cause of action has never been brought up in any court proceeding prior to this one.

99. Plaintiffs are entitled to declaratory relief that the subject charges are invalid under Proposition 218, injunctive relief prohibiting further collection or shutoffs based on the unpaid status of these instruments, restitution of all amounts collected in excess of the lawful fee, and any other relief the Court deems just and proper.

Cause of Action 7: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of Article I Section 1 of the 1879 California Constitution

100. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

101. The wording of Article I Section 1 of the 1879 California Constitution is: **All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.**

102. The Defendant has a duty, when interacting with or interfacing with persons who have rights, privileges and immunities under the 14th Amendment and are residents in California, to not violate this point of the Constitution.

103. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the residence even after all payments were timely and the account was fully paid without any late payments.

104. This destroyed the ability of BRANDON JOE WILLIAMS® to enjoy his life.

105. This destroyed the ability of BRANDON JOE WILLIAMS® to defend his life.

106. This destroyed the ability of BRANDON JOE WILLIAMS® to enjoy his liberty.

107. This destroyed the ability of BRANDON JOE WILLIAMS® to defend his liberty.

108. This destroyed the ability of BRANDON JOE WILLIAMS® to acquire, possess, and protect his property that needed electricity to operate, such as lights, refrigerator, washer, dryer, television, desktop computer, laptop, microphone, keyboard, mouse, air fryer, internet modem/router, air conditioning, and fans.

109. As a direct and proximate result of Defendant's violation of Art I, Sec 1 of the 1879 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 8: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of Article I Section 6 of the 1879 California Constitution

110. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

111. Article I Section 6 of the 1879 California Constitution is: **Slavery is prohibited. Involuntary servitude is prohibited except to punish crime.**

112. The Defendant has a duty, when interacting with or interfacing with persons who have rights, privileges and immunities under the 14th Amendment and are residents in California, to not violate this point of the Constitution.

113. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the residence even after all payments were timely and the account was fully paid without any late payments.

114. This placed the Plaintiff into a slavery system because he was properly performing during these 3 billing periods in Exhibit C, D and E but was heavily disciplined and forced to pay more after having his power turned off. If the Plaintiff does not pay twice, the Defendant punishes him by turning off his power.

115. As a direct and proximate result of Defendant's violation of Art I, Sec 6 of the 1879 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of

use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 9: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of Article I Section 7 of the 1879 California Constitution

116. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

117. Article I Section 7 of the 1879 California Constitution is the main various aspects of the 14th Amendment brought into the State via the Constitution for the residents of the State. But here is the most important part for this cause of action: **A person may not be deprived of life, liberty, or property without due process of law.**

118. The Defendant has a duty, when interacting with or interfacing with persons who have rights, privileges and immunities under the 14th Amendment and are residents in California, to not violate this point of the Constitution.

119. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the residence even after all payments were timely and the account was fully paid without any late payments.

120. This heavily deprived the Plaintiff of life, liberty and property because he was unable to use any electronic device in his home, despite all payments having been not only proper, but timely as well.

121. As a direct and proximate result of Defendant's violation of Art I, Sec 7 of the 1879 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to

restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 10: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of Article I Section 13 of the 1879 California Constitution

122. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

123. Article I Section 13 of the 1879 California Constitution is: **The right of the people to be secure in their persons, houses, papers, and effects against unreasonable seizures and searches may not be violated; and a warrant may not issue except on probable cause, supported by oath or affirmation, particularly describing the place to be searched and the persons and things to be seized.**

124. The Defendant has a duty, when interacting with or interfacing with persons who have rights, privileges and immunities under the 14th Amendment and are residents in California, to not violate this point of the Constitution.

125. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the residence even after all payments were timely and the account was fully paid without any late payments.

126. The Defendant effectively "seized" all electronic property in the residence by turning it off at source without a legal basis due to all required payments having been met timely. This destroyed the Plaintiff's ability to enjoy life.

127. As a direct and proximate result of Defendant's violation of Art I, Sec 13 of the 1879 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to

restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 11: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of Article II Section 1 of the 1879 California Constitution

128. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

129. Article II Section 2 of the 1879 California Constitution is: **All political power is inherent in the people. Government is instituted for their protection, security, and benefit, and they have the right to alter or reform it when the public good may require.**

130. The Defendant has a duty, when interacting with or interfacing with persons who have rights, privileges and immunities under the 14th Amendment and are residents in California, to not violate this point of the Constitution.

131. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the residence even after all payments were timely and the account was fully paid without any late payments.

132. This did not protect BRANDON JOE WILLIAMS®, but in fact was a betrayal and a failure to follow the laws of the CCC.

133. This destroyed the security of BRANDON JOE WILLIAMS®, because he now is faced with a public utility that flat-out refuses to follow the laws of the CCC. This puts him into an unsure and anxiety-riddled situation where he cannot properly follow his own obligations with his instrument/payments and is now forced to appeal to the courts to force the Defendant to follow the law.

134. As a direct and proximate result of Defendant's violation of Art II, Sec 1 of the 1879 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

<u>Cause of Action 12: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of Article IV Section 16(a) of the 1879 California Constitution</u>

135. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

136. Article IV Section 16(a) of the 1879 California Constitution is: **All laws of a general nature have uniform operation.**

137. The Defendant has a duty, when interacting with or interfacing with persons who have rights, privileges and immunities under the 14th Amendment and are residents in California, to not violate this point of the Constitution.

138. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the residence even after all payments were timely and the account was fully paid without any late payments.

139. The Defendant violated this point of the Constitution by manufacturing his own way of handling notes and drafts and then ignoring the Plaintiff when he tried to correct and help the Defendant to actually follow the laws of the CCC. The Defendant is in open defiance of the law.

140. This is harmful to the Plaintiff because he is unable and struggling to perform on his own obligations involving the drafts that he receives and is being punished for following the law and properly performing by having his power turned off to his residence.

141. As a direct and proximate result of Defendant's violation of Art IV, Sec 16(a) of the 1879 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 13: By Plaintiff BRANDON JOE WILLIAMS® against Defendant CITY OF GLENDALE - Violation of Article XI Section 7 of the 1879 California Constitution

142. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

143. Article XI Section 7 of the 1879 California Constitution is: **A county or city may make and enforce within its limits all local, police, sanitary, and other ordinances and regulations not in conflict with general laws.**

144. The Defendant has a duty, when interacting with or interfacing with persons who have rights, privileges and immunities under the 14th Amendment and are residents in California, to not violate this point of the Constitution.

145. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the residence even after all payments were timely and the account was fully paid without any late payments.

146. The Defendant is acting like it can decide what kinds of notes or drafts it can accept and it is acting like the legal tender that is being negotiated to it is somehow not legal or acceptable, violating the general provisions of the CCC. This is in conflict with general laws and is making performance each billing cycle for the Plaintiff impossible, causing anxiety and a lack of overall enjoyment of life.

147. As a direct and proximate result of Defendant's violation of Art XI, Sec 7 of the 1879 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 14: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of Article I Section 1 of the 1849 California Constitution

148. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

149. The wording of Article I Section 1 of the 1849 California Constitution is: **All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty; acquiring, possessing, and protecting property; and pursuing and obtaining safety and happiness.**

150. The Defendant has a duty, when interacting with or interfacing with people who are white citizens of California, to not violate this point of the Constitution.

151. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the domicile even after all payments were timely and the account was fully paid without any late payments.

152. This destroyed the ability of Brandon Joe Williams to enjoy his life.

153. This destroyed the ability of Brandon Joe Williams to defend his life.

154. This destroyed the ability of Brandon Joe Williams to enjoy his liberty.

155. This destroyed the ability of Brandon Joe Williams to defend his liberty.

156. This destroyed the ability of Brandon Joe Williams to acquire, possess, and protect his property that needed electricity to operate, such as lights, refrigerator, washer, dryer, television, desktop computer, laptop, microphone, keyboard, mouse, air fryer, internet modem/router, air conditioning, and fans.

157. Brandon Joe Williams was unable to pursue and obtain safety and happiness within his own domicile and is now in anxiety as regards to the acceptance of his payments and the future of his power being shut off despite him performing perfectly with each payment and being very neat, organized, clean, tidy and timely with all tender of payments (as well as making himself available to answer any questions or handle any confusions about the instruments/payments in Exhibits C, D and E).

158. As the indorser in this relationship, Brandon Joe Williams has properly performed in his obligations and was the one who physically tendered all payments to Defendant.

159. As a direct and proximate result of Defendant's violation of Art I, Sec 1 of the 1849 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

<u>Cause of Action 15: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of Article I Section 2 of the 1849 California Constitution</u>

160. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

161. Article I Section 2 of the 1849 California Constitution is: **All political power is inherent in the people. Government is instituted for the protection, security, and benefit of the people,**

**and they have the right to alter or reform the same, whenever the public good may require it.**

162. The Defendant has a duty, when interacting with or interfacing with people who are white citizens of California, to not violate this point of the Constitution.

163. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the domicile even after all payments were timely and the account was fully paid without any late payments.

164. This did not protect Brandon Joe Williams, but in fact was a betrayal and a failure to follow the laws of the CCC in relation to the instrument of which the Plaintiff was the indorser.

165. This destroyed the security of Brandon Joe Williams, because he now is faced with a public utility that flat-out refuses to follow the laws of the CCC. This puts him into an unsure and anxiety-riddled situation where he cannot properly follow his own obligations with his indorsements on the instrument/payments and is now forced to appeal to the courts to force the Defendant to follow the law. Also, his valuable consideration is now essentially stolen. Proof of delivery is attached and presumptions already place the burden of evidence on the Defendant.

166. This did not benefit Brandon Joe Williams, but in fact was a betrayal and a failure to follow the laws of the CCC. The Plaintiff duly and timely indorsed and tendered the instruments physically by going to the post office and having them sent using Certified Mail.

167. As a direct and proximate result of Defendant's violation of Art I, Sec 2 of the 1849 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

<u>Cause of Action 16: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of Article I Section 11 of the 1849 California Constitution</u>

168. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

169. Article I Section 11 of the 1849 California Constitution is: **All laws of a general nature shall have a uniform operation.**

170. The Defendant has a duty, when interacting with or interfacing with people who are white citizens of California, to not violate this point of the Constitution.

171. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the domicile even after all payments were timely and the account was fully paid without any late payments.

172. The Defendant violated this point of the Constitution by manufacturing his own way of handling notes and drafts and then ignoring the Plaintiffs when they tried to correct and help the Defendant to actually follow the laws of the CCC. The Defendant is in open defiance of the law.

173. This is harmful to the Plaintiff because he is unable and struggling to perform on the obligations that he indorsed and tendered to the Defendant. Plaintiff is being punished for following the law and properly performing by having his power turned off to his domicile. Plaintiff’s valuable indorsed instruments have been, essentially, stolen.

174. As a direct and proximate result of Defendant’s violation of Art I, Sec 11 of the 1849 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 17: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of Article I Section 18 of the 1849 California Constitution

175. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

176. Article I Section 18 of the 1849 California Constitution is: **Neither slavery, nor involuntary servitude, unless for the punishment of crimes, shall ever be tolerated in this State.**

177. The Defendant has a duty, when interacting with or interfacing with people who are white citizens of California, to not violate this point of the Constitution.

178. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the domicile even after all payments were timely and the account was fully paid without any late payments.

179. The Defendant has already been paid entirely using the draft but yet turned off the power to the domicile in order to place the Plaintiff in a debt slavery (peonage) condition. This is essentially a type of financial manipulation. Then, when the Plaintiff tries to talk with the Defendant and even offers to help the Defendant become acquainted with the laws of the CCC, he is ignored and then his power is simply turned off. This is financial slavery and the Defendant is openly defiant to follow the laws of this State.

180. As a direct and proximate result of Defendant's violation of Art I, Sec 18 of the 1849 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 18: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of Article I Section 19 of the 1849 California Constitution

181. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

182. Article I Section 19 of the 1849 California Constitution is: **The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable seizures and searches, shall not be violated; and no warrant shall issue, but on probable cause, supported by oath or affirmation, particularly describing the place to be searched and the persons and things to be seized.**

183. The Defendant has a duty, when interacting with or interfacing with people who are white citizens of California, to not violate this point of the Constitution.

184. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the domicile even after all payments were timely and the account was fully paid without any late payments.

185. The Defendant effectively "seized" all electronic property in the domicile by turning it off at source without a legal basis due to all required payments having been met fully and timely. This caused irreparable harm by destroying an entire day of life, essentially.

186. As a direct and proximate result of Defendant's violation of Art I, Sec 19 of the 1849 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

Cause of Action 19: By Plaintiff Brandon Joe Williams against Defendant CITY OF GLENDALE - Violation of Article I Section 21 of the 1849 California Constitution

187. Plaintiff incorporates by reference all of the above points of this complaint as though fully stated with the same force and effect as if the same were set forth at length herein.

188. Article I Section 21 of the 1849 California Constitution is: **The enumeration of rights shall not be construed to impair or deny others retained by the people.**

189. The Defendant has a duty, when interacting with or interfacing with people who are white citizens of California, to not violate this point of the Constitution. White citizens of California have the full 9th Amendment, without the need for the Incorporation Doctrine. This is the primary point that separates out white Californians from 14th Amendment persons, since 14th Amendment persons have no right or access to the 9th Amendment via the Incorporation Doctrine.

190. The Defendant breached this duty by failing to properly apply or dishonor the instruments tendered for payment in Exhibit C, D and E, resulting in turning off the power to the domicile even after all payments were timely and the account was fully paid without any late payments.

191. The Plaintiff has the right, under this Section as well as the 9th Amendment, to live in a home with electrical power when he pays his obligations in full, on time and without difficulty. This was terribly violated by the Defendant, leaving the Plaintiff in the dark for the day.

192. As a direct and proximate result of Defendant's violation of Art I, Sec 21 of the 1849 California Constitution, Plaintiff has suffered actual damages, including but not limited to loss of use of their property, emotional distress, and the necessity of incurring additional expense to restore service. Plaintiffs are entitled to actual damages, statutory damages, punitive damages, injunctive relief, etc.

## SECTION IX - Special Closing Message

The Plaintiffs have extensive information culled on both the difference between State and Federal citizenship and the California Commercial Code. This includes an entire Treatise, an entire best-selling book on Amazon, an entire online free course and multiple large flowcharts that are not a part of this verified complaint. The flowchart on the differences between State and Federal citizenship also contains a full timeline of each and every event that built up to the separation between the State and Federal citizenship classes, complete with specific case law to fill out and prove each individual step of the timeline. This flowchart can also be expanded, if needed, to show a timeline of each and every step of the Incorporation Doctrine, if that much detail is required or desired by this Court. Any additional information needed by this Court or the Defendant can be rapidly and easily supplied as the information is already culled. Practically every single major salient quote from case law regarding the difference between State and Federal citizenship has been culled and placed onto a single flowchart. Then the flowchart on the UCC is more of an overview of the entire operation of notes and drafts, which is also available and I can convert it over the CCC versions of each individual flowchart item for integration into this case. In an effort to keep this verified complaint more brief, that information has not been added. But this information or any other confusions can and will be rapidly handled in an organized fashion. Simply please inform the Plaintiffs of the confusion either live at a hearing or privately and the Plaintiffs will immediately and effectively provide precise case law, timelines, etc. What is needed by the Plaintiffs is specifics as to exactly what areas of this verified complaint are unclear or uncertain. If exact and specific numbers or sections are pin-pointed, additional information is available to fill in any gaps that may have been left behind. The Plaintiffs are both very excited to handle and address each and every individual concern or confusion with great enthusiasm. Thank you for your time and attention to reading and addressing this verified complaint.

## SECTION X - DEMAND FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendant as follows:

193. Agreement by Defendant to reimburse Plaintiffs the value of the instrument tendered in Exhibit C or to place the value of it on their utilities account (or a Court order to reimburse Plaintiffs the value of the instrument tendered in Exhibit C or to place the value of it on his utilities account). The value of the instrument in Exhibit C is $324.09.

194. Agreement by Defendant to reimburse Plaintiffs the value of the instrument tendered in Exhibit D or to place the value of it on their utilities account (or a Court order to reimburse Plaintiffs the value of the instrument tendered in Exhibit D or to place the value of it on his utilities account). The value of the instrument in Exhibit D is $344.73.

195. Agreement by Defendant to reimburse Plaintiffs the value of the instrument tendered in Exhibit E or to place the value of it on their utilities account (or a Court order to reimburse Plaintiffs the value of the instrument tendered in Exhibit E or to place the value of it on his utilities account). The value of the instrument in Exhibit E is $246.33.

196. $35,001 in damages (this only applies to the causes of action that are not based upon CCC § 1305 because those do not allow for collection of damages).

197. Any additional exemplary damages in order to curtail and actively prevent the Defendant from refusing to follow the law as regards to any other people or persons who may be attempting to properly perform during their billing cycles and are also running into the same problems that the Plaintiffs are running into here.

198. Any other relief this Court may consider equitable for this case.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

June 17, 2026 BRANDON JOE WILLIAMS® and Brandon Joe Williams

Without prejudice
BY: /s/ *Brandon Joe Williams, white Californian*
Brandon Joe Williams, white Californian
On behalf of self and as owner of sole proprietorship
P.O. Box 1962
Glendale, California 91209
Brandon@williamsandwilliamslawfirm.com
(747) 273-0799

# Exhibit A

Flowchart breaking down the series of legal obligations for Plaintiffs and Defendant each time a draft (unconditional order to pay) is issued. Each one of these "cycles" is an entirely separate insulated series of obligations that can have breaches at various spots and a failure or breach at one point does not preclude or prejudice a breach in another area of this cycle or with a separate instrument.

This is Exhibit A for **First Amended Complaint**

"CCC" means "California Commercial Code"
"CEC" means "California Evidence Code"

BRANDON JOE WILLIAMS®. Et al. v. CITY OF GLENDALE
Case No. 26NNCV00519

Definition of "Payment":

**The performance of a duty, promise, or obligation, or discharge of a debt or liability, by the delivery of money or other value. Also the money or other thing so delivered.** *Brady v. Wasson, 6 Ileisk. (Tenn.) 135; Bloodworth v. Jacobs, 2 La. Ann. 24; Root v. Kelley, 39 Misc. Rep. 530, 80 N. Y. Supp. 4S2; Moulton v. Robison, 27 N. H. 554; Clay v. Lakenan, 101 Mo. App. 563, 14 S. W. 301; Claflin v. Continental Works, 85 PAYMENT 8S4*

A note or draft, at the point of issue, is automatically said to be governed by the CCC unless it follows the edict of CCC § 3104(d) which states: **A promise or order other than a check is not an instrument if, at the time it is issued or first comes into possession of a holder, it contains a conspicuous statement, however expressed, to the effect that the promise or order is not negotiable or is not an instrument governed by this division.**

Drawer CITY OF GLENDALE issues draft in accordance with CCC § 3105

Presumption activates here in accordance with CEC § 633: **An obligation delivered up to the debtor is presumed to have been paid.**

Drawee BRANDON JOE WILLIAMS® (sole proprietorship) recieves draft

Owner of Drawee, Brandon Joe Williams (white Californian), becomes holder of draft

Presumption activates here in accordance with CEC § 634: **A person in possession of an order on himself for the payment of money, or delivery of a thing, is presumed to have paid the money or delivered the thing accordingly.**

Brandon Joe Williams indorses the draft on behalf of BRANDON JOE WILLIAMS® (as representative under CCC § 3402) to prepare it for negotiation.

This is the point when the instrument is now "accepted" in accordance with CCC § 3409(a). If Brandon Joe Williams rejected ("dishonored") the draft, then the drawer would actually be liable to pay the instrument in accordance with CCC § 3414(b). This is exactly why CEC § 633 and § 634 exist. CITY OF GLENDALE would be legally forced to pay the bill. If they didn't pay it, the holder (Brandon Joe Williams) can actually turn around and sue the drawer for nonpayment.

Important Note: in these drafts in this case, you can see the payee in the bottom detachable section is the same as the drawer. But this is not always the case. For example, with an IRS bill, the IRS is the drawer but the United States Treasury is the payee.

Payment is now tendered (using the same draft that was issued originally) to payee CITY OF GLENDALE in accordance with CCC § 3603

This is the exact point when the "payment" (defined at the top of this flowchart) was complete and the duties/obligations of the instrument shift from the drawee/owner back to the drawer/payee. Now the original issuer becomes the holder.

Holder CITY OF GLENDALE now has two options once it recieves the accepted draft

Apply accepted draft as payment on the account in accordance with CCC § 3602

Dishonor the accepted draft in accordance with CCC § 3502(d)

CITY OF GLENDALE has a relationship with GLENDALE FEDERAL CREDIT UNION. According to the Federal Reserve Master Account and Services Database website, GLENDALE FEDERAL CREDIT UNION has had Federal Reserve Discount Window access since 5/14/2003 (evidence of all of this will be attached as Exhibit B). CITY OF GLENDALE may, if they desire, write up an "application for notes" in accordance with 12 USC § 412 to swap the accepted draft for Federal Reserve Notes. They may also sell, trade, swap or negotitate the draft further as it holds intrinsic value. But the swappability of the instrument is not a duty of the drawee or owner. The presumption is that they are accepting the credit card payment and ALSO taking the bottom portion of the draft, of which is then stamped, and "batching" it to be presented to the Federal Reserve Discount Window (you can see "Batch ID:" on the stamp on the back of Exhibit F). Using threats, intimidation and loss of power, the Defendant is essentially enslaving the Plaintiffs in this case, despite the Plaintiffs carefully performing properly and timely on all their obligations in each individual billing cycle.

Conditional: if presented draft is not applied as a payment and not dishonored, this is a breach that is remedied by CCC § 3603(b) which states: **If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.**

# Exhibit B

GFCU

RELATIONSHIPS BEYOND BANKING

ONLINE BANKING

Accounts Loans & Credit Services & Tools About Us Become a Member



# Who We Are

Since 1951, Glendale Federal Credit Union has been helping the public service employees of Glendale reach their goals by providing quality financial products and convenient services that meet their needs as members.

About
Database: Existing Access
Database: Requests for Access
FAQs

Data current as of: February 28, 2026

| Institution Name Asc Desc | Date Access Effective Asc Desc | City Asc Desc | State Asc Desc | Reserve Bank District Asc Desc | Federal Deposit Insurance Asc Desc |
|---|---|---|---|---|---|
| GLENDALE FEDERAL CREDIT UNION | 5/14/2003 | GLENDALE | CA | San Francisco | NCUA |

Previous 1 Next

Last Update: March 27, 2026

# Exhibit C

CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS:
ACCOUNT NUMBER:
BILL DATE: 8/18/2025
BILL PERIOD: 6/14/2025 to 8/13/2025
DUE DATE: 9/8/2025

**Scan QR Code**

ZYG0818A 2419 1 AV 0.593
7000004907 00.0011.0174 2419/1

BRANDON JOE WILLIAMS

**WITHOUT RECOURSE**
**Pay to the Order of:**
**Bearer**

By: [signature]
**Williams, Brandon Joe, agent**

## ACCOUNT SUMMARY

| | |
|---|---|
| **PAYMENT SUMMARY** | |
| PREVIOUS BALANCE | 210.38 |
| PAYMENT SINCE 06-17-2025 | -210.38 |
| **BALANCE FORWARD** | **$0.00** |
| **CURRENT CHARGES** | |
| Electric Total | 293.23 |
| Service By Other City Departments Total | 10.08 |
| Taxes Total | 20.78 |
| **SUBTOTAL** | **$324.09** |
| **TOTAL CURRENT CHARGES DUE BY 9/8/2025** | **324.09** |
| **TOTAL BALANCE DUE** | **$ 324.09** |

Great news! We have increased rebate amounts for ENERGY STAR appliances, heating and cooling systems, and electric appliances for a limited time. Check them out before these additional rebate amounts are gone! **www.Glendaleca.gov/rebates.**

Page 1 of 4

**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

DUE DATE: 9/8/2025
TOTAL DUE: **$324.09**
PAYMENT AMOUNT: $

**Please Write Your Account Number On Your Check.**
**Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE: 8/18/2025
ACCOUNT NUMBER:
CUSTOMER NUMBER:
CUSTOMER: BRANDON JOE WILLIAMS
SERVICE ADDRESS:

PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

150019459096000000324090

ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND NO...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700926187202

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 9:44 am on August 27, 2025 in GLENDALE, CA 91209.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Post Office**

GLENDALE, CA 91209
August 27, 2025, 9:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

# Exhibit D

CITY OF GLENDALE, CALIFORNIA
Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS:
ACCOUNT NUMBER:
BILL DATE: 10/15/2025
BILL PERIOD: 8/13/2025 to 10/12/2025
DUE DATE: 11/4/2025

Scan QR Code

GWP1015A 2439 1 AV 0.593
7000004997 00.0012.0187 2439/1

BRANDON JOE WILLIAMS

WITHOUT RECOURSE
Pay to the Order of:
Bearer
By: [signature]
Williams, Brandon Joe, agent

## ACCOUNT SUMMARY

**PAYMENT SUMMARY**

[redacted] [redacted]

## BALANCE FORWARD

**CURRENT CHARGES**

| | | |
|---|---|---|
| Electric Total | | 298.51 |
| Service By Other City Departments Total | | 10.08 |
| Taxes Total | | 21.14 |
| | **SUBTOTAL** | **$329.73** |
| Misc. Account Charges Total | | 15.00 |
| **TOTAL CURRENT CHARGES DUE BY 11/4/2025** | | **344.73** |

## TOTAL BALANCE DUE

$344.73 [redacted]

Great news! We have increased rebate amounts for ENERGY STAR appliances, heating and cooling systems, and electric appliances for a limited time. Check them out before these additional rebate amounts are gone! **www.Glendaleca.gov/rebates.**



**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

DUE DATE: $344.73 11/4/2025
TOTAL DUE: [redacted]
PAYMENT AMOUNT: $ $344.73

**Please Write Your Account Number On Your Check.**
**Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE: 10/15/2025
ACCOUNT NUMBER:
CUSTOMER NUMBER:
CUSTOMER: BRANDON JOE WILLIAMS
SERVICE ADDRESS:

PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

GWP1015A 2439 1 AV 0.593 7000004997 00.0012.0187 2439/1[1/2]

150019459096000000668827

ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND NO...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701870231065

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 10:15 am on October 21, 2025 in GLENDALE, CA 91209.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, PO Box**

GLENDALE, CA 91209
October 21, 2025, 10:15 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**See Less**

Track Another Package

# Exhibit E

CITY OF GLENDALE, CALIFORNIA

Glendale Water & Power
141 North Glendale Ave., Level 2
Glendale, CA 91206

Customer Service (855) 550-4497
Phone Payment (855) 798-1539
Fax (818) 240-9418
GlendaleWaterAndPower.com

## MUNICIPAL BILL

NAME: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]
ACCOUNT NUMBER: [redacted]
BILL DATE: 12/16/2025
BILL PERIOD: 10/12/2025 to 12/11/2025
DUE DATE: 1/5/2026

ZYG1216B 2384 1 AV 0.593
7000007150 00.0013.0164 2384/1

BRANDON JOE WILLIAMS
[redacted]

**Scan QR Code**

[redacted]

**WITHOUT RECOURSE**
**Pay to the Order of:**
**Bearer**
By: [signature], agent
**Williams, Brandon Joe, agent**

## ACCOUNT SUMMARY

[redacted]

## BALANCE FORWARD

[redacted]

**CURRENT CHARGES**

| | |
|---|---|
| Electric Total | 220.62 |
| Service By Other City Departments Total | 10.08 |
| Taxes Total | 15.63 |
| **SUBTOTAL** | **$246.33** |

[redacted]

## TOTAL BALANCE DUE

$[redacted] 246.33

Great news! We have increased rebate amounts for ENERGY STAR appliances, heating and cooling systems, and electric appliances for a limited time. Check them out before these additional rebate amounts are gone! **www.Glendaleca.gov/rebates**.



**PAYMENT OPTIONS**

Payments may be made in person, placed in the payment drop boxes at our facility, automatically withdrawn from your bank account or you can pay by cash at any 7-Eleven Store. GWP accepts American Express, DISCOVER, MasterCard and VISA by phone (855) 798-1539 and via our website at www.GlendaleWaterAndPower.com.

American Express Cards | DISCOVER | MasterCard | VISA | 7-Eleven PayNearMe

RETURN THIS PORTION WITH YOUR PAYMENT

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

DUE DATE: 1/5/2026
TOTAL DUE: $[redacted]
PAYMENT AMOUNT: $ 246.33

**Please Write Your Account Number On Your Check.**
**Do Not Attach Or Staple Anything To Your Stub.**

BILL DATE: 12/16/2025
ACCOUNT NUMBER: [redacted]
CUSTOMER NUMBER: [redacted]
CUSTOMER: BRANDON JOE WILLIAMS
SERVICE ADDRESS: [redacted]

PLEASE MAKE YOUR CHECK PAYABLE TO:

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

1500194590960000000930151

ALERT: WINTER WEATHER IN THE NORTHERN PLAINS, GREAT LAKES, OHIO VALLEY, AND NO...

# USPS Tracking®

FAQs

Remove

**Tracking Number:**

## 70212720000306416690

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 10:03 am on December 30, 2025 in GLENDALE, CA 91209.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, PO Box**

GLENDALE, CA 91209
December 30, 2025, 10:03 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**See Less**

Track Another Package

# Exhibit F

PAY BY:
Internet www.GlendaleWaterAndPower.com
Phone (855) 798-1539
Walk-in 141 North Glendale Avenue, Level 2
Monday thru Thursday 8:30 AM to 5:00 PM
Fridays 8:30 AM to 4:30 PM

**FINAL DISCONNECT NOTICE**

PAYMENT DUE BEFORE: 10-06-2025
PAST DUE AMOUNT: $324.09

**DO NOT MAIL YOUR PAYMENT**

**PLEASE MAKE YOUR CHECK PAYABLE TO:**

CITY OF GLENDALE
P.O. BOX 29099
GLENDALE CA 91209-9099

BILL DATE: 08-18-2025
ACCOUNT NUMBER:
CUSTOMER NUMBER:
CUSTOMER: BRANDON JOE WILLIAMS
SERVICE ADDRESS:

150019459096000000324090

THIS PORTION OF YOUR BILL MUST BE RETURNED WITH YOUR PAYMENT

## 7-ELEVEN CASH-ONLY CONVENIENCE PAYMENT INSTRUCTIONS

### Customer Instructions

(1) **LOCATION:** If you prefer to pay in cash, bring this entire bill to a participating 7-Eleven location. Please visit www.paynearme.com/locations.

(2) **AMOUNT:** Tell the Associate the amount to LOAD to your account. A $1.49 convenience fee applies.

(3) **PAY:** Pay up to total and keep receipt as proof of payment. Payments made before 11:50pm will post to your account the next business day. 7-Eleven cannot issue refunds for payments.

### Store Associate Instructions

1. Enter Amount Customer Wants to Pay
2. Press LOAD Button
3. Scan Barcode
4. Collect Cash Payment and Provide Receipt

**Associate Issue? 7-Eleven Support: 888-714-0004**

Ã‹62996490

***LOAD LIKE A GIFT CARD***

PayNearMe

**** PAID ****
Batch ID: 00 278
Amount: 683.82
Cust: 00532168
Operator: OCAH13
Receipt: 15823722
01-12-2026 12:04