# EXHIBIT E2

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

**Civil Division**

North Central District, Burbank Courthouse, Department A

**26NNCV00519**
**BRANDON JOE WILLIAMS® vs CITY OF GLENDALE**

August 14, 2026
4:44 PM

Judge: Honorable Frank M. Tavelman
Judicial Assistant: Lorna Garcia
Courtroom Assistant: Dennis Carroll

CSR: None
ERM: FTR
Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): BRANDON JOE WILLIAMS® SRL (X) present in court

For Defendant(s): Carl Bernard Arias via LACC

**NATURE OF PROCEEDINGS:** Nunc Pro Tunc Order

It appearing to the Court that through inadvertence and/or clerical error, the minute order of 08/14/2026 in the above-entitled action does not properly reflect the Court's order. At the direction of the Judicial Officer, said minute order is corrected nunc pro tunc as of 08/14/2026, as follows:

By adding: Parties appearances