MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
CARL ARIAS, PRINCIPAL ASSISTANT CITY ATTORNEY, SBN: 205068
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: carias@glendaleca.gov

Attorneys for Defendant
CITY OF GLENDALE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON JOE WILLIAMS® (sole proprietorship) and BRANDON JOE WILLIAMS (white Californian),<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF GLENDALE,<br><br>Defendant. | Case No.: 2:26-cv-08035-VBF-ADS<br><br>**DECLARATION OF CARL ARIAS RE DEFENDANT CITY OF GLENDALE'S REQUEST FOR REMOTE APPEARANCE AT ITS MOTION TO DISMISS**<br><br>[Filed Concurrently with (Proposed) Order]<br><br>Date: October 21, 2026<br>Time: 10:00 a.m.<br>Ctrm: 6B |

**<u>DECLARATION OF CARL B. ARIAS</u>**

I, Carl B. Arias, declare as follows:

1. I am an attorney at law duly authorized to practice before this Court and all Courts of this state and I am a Principal Assistant City Attorney for the City of Glendale, City Attorney's Office, counsel for Defendant in the above-entitled action. I have personal knowledge of the facts stated herein and if called to testify as to any of those matters, I could and would competently do so.

2. The Hearing on Defendant's Motion to Dismiss is scheduled for October 21, 2026 at 10:00 a.m. in this Court. That same morning, I have a Post Mediation Status Conference scheduled for 8:30 a.m. in the case of *Michael Nadjarian, et al. v. City of*

*Glendale, et al.*, Los Angeles Superior Court Case No.: 25NNCV08139, in Dept. B of the Burbank Courthouse. I then have a Case Management Conference scheduled for 9:00 a.m. in the case of *Naira Ghevondyan v. City of Glendale*, Los Angeles Superior Court Case No.: 26NNCV02961, in Dept. A of the Burbank Courthouse. I am the only attorney assigned to those two cases.

3. I therefore respectfully request that the Court allow me to appear for Defendant's Motion to Dismiss remotely so that I may appear for my earlier two cases that morning.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 14th day of October 2026, at Glendale, California

Carl B. Arias