**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON JOE WILLIAMS® (sole proprietorship) and BRANDON JOE WILLIAMS (white Californian),<br>Plaintiffs,<br>vs.<br>CITY OF GLENDALE,<br>Defendant. | Case No.: 2:26-cv-08035-VBF-ADS<br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF GLENDALE'S REQUEST FOR REMOTE APPEARANCE**<br>[Filed Concurrently with Declaration of Carl Arias re Request for Remote Appearance]<br>Date: October 21, 2026<br>Time: 10:00 a.m.<br>Ctrm: 6B |

The Court, having reviewed Defendant CITY OF GLENDALE's ("City") Request for Remote Appearance and finding good cause appearing thereof, hereby grants the Request.

DATED: ____________, 2026

By: ______________________________
The Honorable Autumn D. Spaeth