Brandon Joe Williams
PO Box 1962, Glendale, CA 91209
(747) 273-0799 (Phone and Fax)
Brandon@WilliamsandWILLIAMSLawFirm.com

Brandon Joe Williams, IN PRO PER FOR BOTH PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT of CALIFORNIA**

**WESTERN DIVISION (LOS ANGELES)**

| | |
|---|---|
| BRANDON JOE WILLIAMS® (sole proprietorship), Brandon Joe Williams (white Californian)<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GLENDALE,<br><br>Defendant | Case No.: 2:26-cv-08035-VBF-ADS<br><br>**PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Hon. Valerie Baker Fairbank via Magistrate Hon. Autumn D. Spaeth |

COMES NOW the Plaintiffs, sole proprietorship BRANDON JOE WILLIAMS® and white citizen of California Brandon Joe Williams (hereinafter "Plaintiffs"), pro per, and files these objections against the Report and Recommendation filing by Magistrate Judge Autumn D. Spaeth regarding her recommendations for the motion to dismiss and request for judicial notice by the Defendant (Dct 20 - Filed 11/5/26):

**Objection 1 - *Holdings AVV v. PDVSA Petroleo S.A* Has Absolutely no Application in This Case**

On page 2 of the R&R, there is a footnote which appears to be the crux of the entire filing, which says **"[A] sole proprietorship has no legal existence apart from its owner[.]" Sharemaster v. SEC, 847 F.3d 1059, 1066 n.4 (9th Cir. 2017) (quoting Holdings AVV v. PDVSA Petroleo S.A., 506 F.3d 350, 354 n.4 (4th Cir. 2007)).**

Firstly, just because a 4th Circuit case was quoted in a 9th Circuit case does not make it case law in this Circuit. It is still only persuasive authority.

In the original 4th Circuit case, *Holdings AVV v. PDVSA Petroleo S.A., 506 F.3d 350, 354 n.4*, it was found that a man named Shukri Gabriel Deeb (also appearing in records as Gabriele Shukri Deeb or Shukri G. Deeb) was the man who was found to be the natural person they are referring to as "equal" to his sole proprietorship. You can see that in this quote from the case: **"RZS is involved in the international petroleum market, with its principal place of business in Oakton, Virginia, and with mailing offices in London and Venezuela. RZS is owned, at least in part, by an individual named Shukri Gabriel Deeb."**

On the official government website: https://find-and-update.company-information.service.gov.uk/officers/Qro4n9Gc8QFVj7p0OYM6KQKw7ls/appointments, Mr. Deeb is listed as a "Us citizen," not as a white citizen of his State under Article IV, Section 2, Clause 1 (I will also attach this page as Exhibit A). The last name "Deeb" is common in Lebanese, Syrian, and Palestinian cultures. If he was Syrian, he **MAY** have qualified to be a "free white person" in accordance with *In re Najour, 174 F. 735 (N.D. Ga. 1909),* but there is absolutely no evidence pointing to him deriving his privileges and immunities from Article IV, Section 2, Clause 1 and to presume he was considered a white citizen of his State would be a terrific reach. Also, the *In Re Najour* case is a case specifically pertaining to being a white citizen of Georgia but Mr. Deeb and his business have their residence in Oakton, Virginia. So the case in Georgia would only barely be persuasive authority of Mr. Deeb being eligible for State citizenship in Virginia. All the way back to Virginia's inception, it never treated non-whites as equals on par with whites so it is doubtful that *In Re Najour* would have impacted Mr. Deeb's ability to be a citizen of Virginia.

The Plaintiffs have attempted to access his appeal in more detail on PACER, but many of the files, such as the Opening Brief, are not accessible. If this Court were to have access to these files, it could quickly be checked to see if Mr. Deeb derived his privileges and immunities under Article IV, Section 2, Clause 1 or by the 14th Amendment. Figuring very few people know the difference between State and Federal citizenship, the Plaintiffs believe it can be easily presumed under Rule of Evidence

301 that Mr. Deeb was not a free white person who derived his privileges and immunities from Article IV, Section 2, Clause 1 - but he was, in fact, a US citizen under the 14th Amendment. For this reason, this case has zero application. If Mr. Deeb was a US citizen then the Court had the discretion to treat two different US citizens as one because US citizens are simply "citizens of the Federal government," as seen in this quote by the Honorable Lewis T. Babcock in the case *Jones v. Temmer, 829 F. Supp. 1226 (D. Colo. 1993)*:

> **The privileges and immunities clause of the Fourteenth Amendment protects very few rights because it neither incorporates any of the Bill of Rights nor protects all rights of individual citizens. See Slaughter-House Cases, 83 U.S. (16 Wall.) 36, 21 L. Ed. 394 (1873). Instead, this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship.**

The discretion that a Federal Court has over a "citizen of the Federal government" (US citizen) is essentially infinite. That is the entire basis behind the Incorporation Doctrine. Whereas with white citizens of the States, Federal Courts have very little discretion as they are now under Constitutional restraints that are now far beyond their own Federal citizen class. It is for this reason that Magistrate Spaeth does not have the discretion to treat the two Plaintiffs in this case as one "person." This would be a **<u>colossal</u>** abuse of discretion.

Even the lack of reasoning behind this persuasive authority is terrifically weak, as seen in this quote by the court: **"The business form of RZS has been disputed in both the district court and on appeal. Although RZS now claims that it is a sole proprietorship owned by Deeb, it has not consistently represented itself as a sole proprietorship. In certain prior proceedings, RZS has claimed to be a sole proprietorship, while at other times it has claimed to be a partnership."**

The courts never definitively resolved whether RZS was a sole proprietorship solely owned by Deeb or some other form of entity in which he held only a partial interest. The Court just magically decided that Mr. Deeb and his supposed "sole proprietorship" were the same person. It's a terrifically weak holding, mixed with the fact that it is only persuasive authority in the 9th Circuit. When pitted up against case law goliaths such as *Paul v. Virginia 75 U.S. 168 (1869)*, *ELLEN R. VAN VALKENBURG v.*

*ALBERT BROWN 43 Cal. 43 (1872)* and the *Slaughterhouse Cases 83 US 36 (1873)*, the central case to the R&R, *Holdings AVV v. PDVSA Petroleo S.A,* is entirely irrelevant to this case.

**Objection 2 - The Magistrate is Attempting to Misclassify One of the Plaintiffs and Obliterate His Privileges and Immunities Under Article IV, Section 2, Clause 1 of the US Constitution**

By Magistrate Spaeth attempting to mix oil and water (separate State and Federal citizens), she is effectively attempting to obliterate all of the Bill of Rights for Brandon Joe Williams. It is not in the discretion of this Court to remove any of the Bill of Rights for white citizens of the States.

Citizens of the Federal government under the 14th Amendment derive all their privileges and immunities from the Federal government.

You can see this clearly in *United States v. Valentine, 288 F. Supp. 957 (Dist. Court, D. Puerto Rico - 1968)*, where the Justice in that case said the following:

> **The only absolute and unqualified right of citizenship is to residence within the territorial boundaries of the United States; a citizen cannot be either deported or denied reentry.**

That is exactly correct for "citizens of the Federal government." This is why they needed the 14th Amendment and also, later, the Incorporation Doctrine cases. They need permission from the Federal government to do literally anything. I'm not denying that and this Court has the ability to do anything it wants with a sole proprietorship because it's a 14th Amendment person. This was all solidified in the *Slaughterhouse Cases*.

But white citizens of the State that derive their rights (not "civil rights") from Article IV, Section 2, Clause 1, do not derive their rights from the Federal government at all. We derive our rights from God and then those rights are initially established and protected at the State level then, from there, we gain Federal protections outside of our State via Article IV, Section 2, Clause 1. This is exactly the basis for diversity jurisdiction cases, initially. Even to this day, at 28 USC § 1332, it says "**citizens** of different States."

Citizens of the Federal government (US citizens), on the other hand, derive their privileges entirely from the Federal government first then, secondarily, as a **RESIDENT** of a State (if they are even in a State). They are a lower class of "citizen" in a State and have their own separate State Constitution (for example in California: the 1849 Constitution is for white citizens and the 1879 Constitution is for US citizens who are **RESIDENT** in California). A place like Puerto Rico is not considered a "State" as per the Constitutional definition so it's not possible for someone born there to derive privileges and immunities under Art IV, Section 2, Clause 1 (which is exactly why the Justice speaks the way he does in the above case of *US v. Valentine* - he just says "citizenship" because in Puerto Rico there is only US citizenship available because it is not a "State" as per the Constitutional definition).

It is entirely impossible that the first 10 Amendments to the US Constitution can be qualified, abridged, denied or ignored by this Court when it comes to white citizens of the States of the Union. And Brandon Joe Williams is a white citizen of California. For this reason, there is an objection.

**Objection 3 - This Case is Not a Civil Rights Case, It is a Negotiable Instruments Case**

"Civil rights" is a term that was originally created for the released negroes and it has absolutely no application to a white citizen of a State. You can see that clearly right in the opening passage of the Civil Rights Act of 1866 (emphasis added):

> Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, That all **persons** born in the United States and not subject to any foreign power, excluding Indians not taxed, are hereby **declared to be citizens of the United States**; and such citizens, of every race and color, without regard to any previous condition of slavery or involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall have the same right, in every State and Territory in the United States, to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to full and equal benefit of all laws and proceedings for the security of person and property, **as is enjoyed by white citizens**, and shall be subject to like punishment, pains, and penalties, and to none other, any law, statute, ordinance, regulation, or custom, to the contrary notwithstanding.

The meaning of the term "persons" from the above quote (and also the 14th Amendment) comes from the *Dred Scott v. Sandford, 60 US 393 (1857)* case, which you can see in these quotes (emphasis added):

1. The words "**people** of the United States" and "citizens" are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the Government through their representatives. They are what we familiarly call the "sovereign **people**," and every citizen is one of this **people**, and a constituent member of this sovereignty

2. The question before us is, whether the class of **persons** described in the plea in abatement compose a portion of this **people**, and are constituent members of this sovereignty? **We think they are not**, and that they are not included, and were not intended to be included, under the word "citizens" in the Constitution, and can therefore claim none of the rights and privileges which that instrument provides for and secures to citizens of the United States. On the contrary, they were at that time considered as a subordinate and inferior class of beings, who had been subjugated by the dominant race, and, whether emancipated or not, yet remained subject to their authority, and had no rights or privileges but such as those who held the power and the Government might choose to grant them.

3. In the opinion of the court, the legislation and histories of the times, and the language used in the Declaration of Independence, show, that neither the class of **persons** who had been imported as slaves, nor their descendants, whether they had become free or not, were then acknowledged as a part of the **people**, nor intended to be included in the general words used in that memorable instrument

4. But there are two clauses in the Constitution which point directly and specifically to the negro race as a separate class of **persons**, and show clearly that they were not regarded as a portion of the **people** or citizens of the Government then formed.

*****

*Dred Scott v. Sandford, 60 US 393 (1857)* did not obliterate the ability for a black person to be a citizen of a State entirely, as there were 4 States even after the *Dred Scott v. Sandford, 60 US 393 (1857)* decision which still permitted negroes to be citizens of the State and treated them as equals: Massachusetts, New Hampshire, Vermont and Maine (Massachusetts actually openly denounced the Dred Scott decision and was furious).

*Dred Scott v. Sandford, 60 US 393 (1857)* only closed access to Article IV, Section 2, Clause 1 for the negro, it did not stop the negroes from being able to be citizens of any States. So they stopped enjoying their State citizenship outside of their domicile State and also could no longer be a party in a Federal case. This is still the same situation in 2026.

The Civil Rights Act of 1866 was an attempt to build a secondary avenue for negroes to access Federal protections. Then that Act was enshrined in Organic Law via the 14th Amendment. But none of this had anything to do with white citizens of the States, who have been citizens under Art IV, Section 2, Clause 1 since the day the US Constitution came into being.

In the case *Hague v. Committee for Industrial Organization, 307 U.S. 496 (1939)*, we have the following quotes by the Honorable Justice Owen J. Roberts which proves the above paragraph conclusively:

1. After the adoption of the Thirteenth Amendment, a bill, which became the first Civil Rights Act, was introduced in the 39th Congress, the major purpose of which was to secure to the recently freed negroes all the civil rights secured to white men. This act declared that all persons born in the United States, and not subject to any foreign power, excluding Indians not taxed, were citizens of the United States, and should have the same rights in every State to make and enforce contracts, to sue, be parties, and give evidence, to inherit, purchase, lease, sell, hold, and convey real and personal property, and to enjoy the full and equal benefit of all laws and proceedings for the security of persons and property to the same extent as white citizens. None other than citizens of the United States were within the provisions of the Act.

2. By reason of doubts as to the power to enact the legislation, and because the policy thereby evidenced might be reversed by a subsequent Congress, there was introduced at the same session an additional amendment to the Constitution which became the Fourteenth.

*****

Even to this day, a black man could say he is a “State citizen of Vermont and not a US citizen,” but then he would be denied his privileges and immunities outside of his State because Article IV, Section 2, Clause 1 would not apply to that situation. The 14th Amendment **circumvented** *Dred Scott v. Sandford, 60 US 393 (1857)* but never actually overturned it because it still applies for people like Brandon Joe Williams who claim their privileges and immunities under Article IV, Section 2, Clause 1.

That's why Brandon Joe Williams always makes it clear that he is "white," otherwise he would lose the ability to have standing in Federal Court and he would also lose all Federal privileges and immunities that he enjoys outside of his domicile State of California.

With all this now said, it is hereby objected that this whole case has been repositioned to be a 42 USC § 1983 case. On the civil cover letter, Brandon Joe Williams checked the "140 Negotiable Instrument" box, not anything from the civil rights section. Only BRANDON JOE WILLIAMS® has "civil rights," Brandon Joe Williams does not… he simply has rights.

Only "citizens of the Federal government" have access to 42 USC § 1983. That was originally given to the negroes so they could remove their cases from State courts, where they had no protections, to Federal courts. It is a special statutory protection that was offered from the Federal government to "persons" (meaning, originally, "negroes"). It was primarily made to combat the Black Codes in the South. Brandon Joe Williams would not be classified under the term "persons."

White citizens of the States have absolutely nothing to do with any of this. That is why it is only a cause of action for the sole proprietorship and not a cause of action for Brandon Joe Williams.

By reclassifying a negotiable instruments case, which does not prejudice a State citizen, to a civil rights case, which **horrifically** prejudices a State citizen, this is a serious problem and a **massive** abuse of discretion.

**Objection 4 - The Response in Opposition Also Included the Request for Judicial Notice**

On a footnote on page 4 on the R&R, it is said (emphasis added):

> The City also filed a Request for Judicial Notice in Support of its Motion to Dismiss (the "Request"). (Dkt. No. 10.) The Request asks the Court to take judicial notice of orders filed in Plaintiff's three previous lawsuits against the City. (Id.) **Plaintiff did not file an opposition to this Request.** The Court may take "judicial notice of undisputed matters of public record . . . including documents on file in federal or state courts." Harris v. County of Orange, 682 F.3d

1126, 1131-32 (9th Cir. 2012). The Court grants the Request and takes judicial notice of the lodged exhibits.

*****

It is false that the Plaintiffs (<u>there are two Plaintiffs, not one</u>) did not file an opposition to this Request. Docket item 13, filed 9/3/26, is labeled (emphasis added): "PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS **AND REQUEST FOR JUDICIAL NOTICE**." This filing was an opposition filing for both the MTD and judicial notice.

If there is some procedural aspect that the Plaintiffs have missed regarding how to effectively respond to the judicial notice, it is hereby requested that leniency be given to Plaintiffs in accordance with *Haines v. Kerner, 404 U.S. 519 (1972)*, as we are new pro se litigants. All of the actual substance of responding in opposition to the request for judicial notice is all found in the docket 13 filing and the Plaintiffs should not be prejudiced because of a procedural fault. The Plaintiffs are well-versed in the law, but are still learning the procedural aspect of court procedure and we understand that the procedural aspects of our operation are still inartful and needing improvement.

It is hereby requested that the Court please view docket 13 as a response in opposition to both the motion to dismiss as well as request for judicial notice.

## <u>Objection 5 - Res Judicata Does Not Apply</u>

The sole proprietorship and the white citizen of California are not conflatable, which has already been addressed in these objections. This, alone, breaks point #3 of the *Blonder-Tongue Lab. v. Univ. of Ill. Found., 402 U.S. 313, 323-24 (1971))* standards.

In addition to the above, I will break down all 4 *Mpoyo v. Litton Electro-Optical Sys., 430 F.3d 985, 987 (9th Cir. 2005)* points here:

**(1) whether the two suits arise out of the same transactional nucleus of facts**

In the case *Lawlor v. National Screen Service Corp., 349 U.S. 322 (1955)*, it is said: "While the 1943 judgment precludes recovery on claims arising prior to its entry, it cannot be given the effect of extinguishing claims which did not even then exist and which could not possibly have been sued upon in the previous case."

California Code of Civil Procedure § 1047 states: "Successive actions may be maintained upon the same contract or transaction, whenever, after the former action, a new cause of action arises therefrom."

But even beyond the above two sections, this case is involving entirely different sets of securities and the original small claims case had no distinct damages above and beyond a failure to perform on duly tendered negotiable instruments. But the claims in this case, stemming from an entirely different set of actions, have distinct and separate damages. For this reason, the first Mpoyo point has absolutely no application to this case.

**(2) whether rights or interests established in the prior judgment would be destroyed or impaired by prosecution of the second action**

Due to these being entirely separate sets of drafts, there is no nucleus between the cases that would have anything to do with one another.

If you had a financial problem with a bank on Tuesday, then another entirely separate problem with them 6 months later that was of a similar nature, these would not be conflatable situations. This case is no different.

A small-claims judgment with a generic "plaintiff take nothing" judgment on earlier valuable drafts, does not establish a permanent right for the Defendant to reject the same form of tender on future drafts or to shut off service based on later "unpaid" (but actually **PAID**) periods. Proceeding on the January 2026 shutoff and the specific 2025 instruments does not destroy or impair the earlier judgment; it addresses a later, very separate and distinct injury.

In fact, the Plaintiffs openly informed the Defendant that they were waiting for the power to be turned off in order to establish the required damages that were deemed missing from the earlier small claims case. The Defendant knew exactly what the Plaintiffs intended to do right from the very beginning.

For these reasons, the Mpoyo part 2 has absolutely **zero** application to this case.

**(3) whether the two suits involve infringement of the same right**

This was already addressed in the R&R: "The Court finds that the third Mpoyo factor does not weigh heavily against res judicata."

**(4) whether substantially the same evidence is presented in the two actions.**

In the R&R, it is said: "Finally, substantially the same evidence is presented in this case as previous ones." This is entirely false.

Each individual draft is an entirely different negotiable instrument which is negotiated entirely separately. No differently than saying two different Federal Reserve Notes are the same; they most definitely are not. They have entirely separate serial numbers and are negotiated on entirely different timelines from one another. Yes, the basic structure of each note is the same, but that is simply just the basic functionality of notes and drafts, not some kind of nucleus which attaches to all involved notes.

"Substantially the same" requires more than just a similar methodology. Distinct valuable negotiable instruments and a later discrete shutoff mean the evidence is not substantially identical.

**Objection 6 - The R&Rs are Not Applying the Correct Definition of the Term "Payment"**

On pg 9 of the R&R, it is said: "In fact, this case and the Small Claims Case arise because of the same unpaid electric bills."

This is not how these cases arise as all “bills” (drafts) were fully and timely paid, not “unpaid.” Also this case and the previous small claims case are involving entirely separate drafts.

The definition of “payment,” as given in the diagram in Exhibit D of the complaint, is:

> **The performance of a duty, promise, or obligation, or discharge of a debt or liability, by the delivery of money or other value. Also the money or other thing so delivered.** *Brady v. Wasson, 6 Ileisk. (Tenn.) 135; Bloodworth v. Jacobs, 2 La. Ann. 24; Root v. Kelley, 39 Misc. Rep. 530, 80 N. Y. Supp. 4S2; Moulton v. Robison, 27 N. H. 554; Clay v. Lakenan, 101 Mo. App. 563, 14 S. W. 301; Claflin v. Continental Works, 85 PAYMENT 8S4*

*****

The “delivery of money” would be defined as gold and silver coins in accordance with Article I, Section 10 of the US Constitution.

The “or other value” would be defined as legal tender, which only falls into two classes: unconditional promises to pay (notes) and unconditional orders to pay (drafts). Federal Reserve Notes are, obviously, notes, not money. This is all in accordance with California Commercial Code (hereafter “CCC”) § 3104 (DC Code § 28:3-104). Even old silver and gold certificates that we used to have would not be entirely and fully satisfied in juxtaposition to Art I Sec 10 of the US Constitution because that section does not give rise to any presumption that a negotiable instrument or any sort of abstract would be permissible - the wording is terribly aggressive and precise.

Credit card transactions produce and transfer a brand new unconditional promise to pay, which would be a note. Checks would be first drafts then become checks under certain conditions, but originally they are simply drafts (initially a draft is only governed under Division 3 of the CCC but become “checks” under Division 4 under conditions that expand them being under **BOTH** Division 3 and 4 - but a “check” can lose its aspects under Division 4 and retain its aspects under Division 3 and would still be negotiable). Any unconditional order to pay which establishes evidence of a debt is a draft and has legal monetary value, as long as there are no express conditions to payment. **The Magistrate’s R&R never directly denies this.**

You can see the clear separation between lawful money and legal tender at the CCC § 3102 (DC Code § 28:3-102), which says: **"This division applies to negotiable instruments. It does not apply to money…"**

When the Defendant initially issues a draft each billing cycle under CCC § 3105 (DC Code § 28:3-105), he is unable to actually negotiate the draft because an issuer cannot negotiate the draft but can only issue it, which is an action under a separate set of rules.

But once the draft is accepted and returned to the issuer (Defendant), he is able to become the holder then can negotiate the draft. He now has the ability to sell the draft, convert the draft into Federal Reserve Notes at Glendale Federal Credit Union, which has Fed Discount Window access, etc. The issuer then becomes the holder of the draft and has the same abilities with that draft as he would with any other note or draft. **So to say that the bills were not paid is factually false and legally impossible.**

So for that reason, accepting and returning the draft is, in fact, a payment. And for this reason, an objection is established here. Accepting it gives more contractual force to the fact that it is a debt instrument because both parties have agreed that there is the debt described on the draft. So we have a contractual agreement with 2 parties signing to its reality, no different than the two signatures you see on the face of a Federal Reserve Note. Technically, even if the Plaintiffs did not accept the draft and returned it unaccepted, it would still be a payment in accordance with CCC § 3414(b) (DC Code § 28:3-414(b)). So it is **<u>not</u>** being said here "the drafts need to be accepted to be considered a payment." What is being said here is that **"the drafts would have been a payment regardless if they were accepted or not but by them being accepted, it should make it easier for the Defendant to negotiate them as the holder."**

As stated in the complaint, **<u>ALL</u>** payments were proper and they also were timely. Power was turned off to the apartment **<u>DESPITE</u>** all payments being in full, proper and timely.

## <u>Objection 7 - The State Case is Currently Being Processed for Appeals, Placing the Holding in Abatement to Be Used as Res Judicata by This Court</u>

On State case 26NNCV00519, the APP-002 (Notice of Appeal) was docketed and fully paid and submitted on 10/8/26 and docketed on 10/14/26. The APP-003 (Notice Designating Record on Appeal) was filed on 10/14/26 and docketed on 10/14/26. I will attach these as Exhibit B.

California Code of Civil Procedure § 1049 provides that an action is pending "from the time of its commencement until its final determination upon appeal, or until the time for appeal has passed, unless the judgment is sooner satisfied."

*Kay v. City of Rancho Palos Verdes, 504 F.3d 803 (9th Cir. 2007)* is crystal clear about this situation and says the following:

> "**Unlike the federal rule and that of several states, in California the rule is that the finality required to invoke the preclusive bar of res judicata is not achieved until an appeal from the trial court judgment has been exhausted or the time to appeal has expired.**" *Franklin & Franklin v. 7-Eleven Owners for Fair Franchising, 85 Cal. App. 4th 1168, 1174 (2000)*

## Closing and Request of Judge Fairbank

Nowhere in the R&R is there a denial of the differences between State and Federal citizenship. In fact, at the top of the R&R you see "BRANDON JOE WILLIAMS, et al." and "Plaintiffs."

Nowhere in the R&R is there a denial of Brandon Joe Williams being a white citizen of California. There is what only appears to be a light mockery of it, which is very sad, figuring that Magistrate Spaeth is most likely, herself, a white citizen of California from birth and does not qualify to be a US citizen. She appears to be mocking the greatest gift a human can be given on this planet: true Constitutional citizenship. **US citizens are not really Americans because they have no natural nexus into the US Constitution beyond what is available in the Incorporation Doctrine**. She is most likely a "member of the sovereignty" (quoting *Dred Scott v. Sandford*) right along with me, not a "citizen of the United States."

Nowhere in the R&R is there a denial that a sole proprietorship is under the 14th Amendment only and does not qualify to be a citizen of a State in accordance with *Paul v. Virginia 75 U.S. 168 (1869)*.

Nowhere in the R&R is there a denial that the "bills" (drafts) attached to the complaint are drafts under CCC § 3104 (DC Code § 28:3-104). There are only some vague comments regarding supposed "nonpayment," which have been addressed above.

Instead, what is offered is a paper-thin quote from persuasive authority from the 4th Circuit from a case that openly admits that it's not sure it's even looking at a sole proprietorship and also gives absolutely zero context to why it decided what it did. Also, it made that decision entirely based upon a "citizen of the Federal government," not a white citizen of a State of the Union under Art IV, Section 2, Clause 1.

The Honorable Ward Hunt was crystal clear in *US v. Anthony 24 F. Cas. 829 (1873)* and the Honorable Samuel Freeman Miller was crystal clear in the *Slaughterhouse Cases 83 U.S. 36 (1873)* and *Bradwell v. State, 83 US 130 (1873)* that we are looking at two entirely separate citizenship classes with entirely separate privileges and immunities with entirely separate legal status. These cases are the backbone of all of Title 8 of the USC and cannot be trumped by a paper-thin, vague persuasive authority from another Circuit regarding sole proprietorships. The Honorable Stephen Johnson Field was crystal clear in *Paul v. Virginia, 75 U.S. 168 (1869)* that corporations, such as sole proprietorships, may **NOT** be citizens of the State under Article IV, Section 2, Clause 1. The Honorable Chief Justice William T. Wallace was crystal clear in *ELLEN R. VAN VALKENBURG v. ALBERT BROWN 43 Cal. 43 (1872)* that white people have **nothing** to do with the 13th, 14th or 15th Amendments.

Mr. Miller even talks about the quote from Mr. Field in the *Slaughterhouse Cases*, which you can see right here:

> **In the case of Paul v. Virginia, the court, in expounding this clause of the Constitution, says that "the privileges and immunities secured to citizens of each State in the several States, by the provision in question, are those privileges and immunities which are common to the**

**citizens in the latter States under their constitution and laws by virtue of their being citizens."**

**The constitutional provision there alluded to did not create those rights, which it called privileges and immunities of citizens of the States. It threw around them in that clause no security for the citizen of the State in which they were claimed or exercised. Nor did it profess to control the power of the State governments over the rights of its own citizens.**

*****

In simple English, what Magistrate Spaeth is attempting to do in her R&Rs is to grossly misclassify Brandon Joe Williams as a negro. This is not within her discretion to do and is, essentially, attempted discrimination. I say "attempted" because it is utterly futile for a Federal Court to abate or qualify the rights of a white citizen of a State. For this reason as well as all of the above reasons, the R&Rs should be ignored in their entirety and Plaintiffs hereby request from Judge Fairbank to move forward on all causes of action: which would include all the causes of action made by the white citizen of California, Brandon Joe Williams, as well as the causes of action made by the sole proprietorship and "citizen of the Federal government," BRANDON JOE WILLIAMS®.

Nov 14, 2026 BRANDON JOE WILLIAMS® and Brandon Joe Williams

By: <u>/s/ *Brandon Joe Williams, white Californian*</u>
Brandon Joe Williams, white Californian
On behalf of self and as owner of sole proprietorship
P.O. Box 1962
Glendale, California 91209
Brandon@williamsandwilliamslawfirm.com
(747) 273-0799

# Exhibit A

GOV•UK

**Find and update company information (https://beta.companieshouse.gov.uk/)**

[Companies House does not check the accuracy of the information filed (https://www.gov.uk/guidance/searching-the-companies-house-register)]

Search for a company or officer

[Advanced company search (/advanced-search)]

# Shukri Gabriel DEEB

## Filter appointments

☐ Current appointments

Apply filter

## Total number of appointments 1

Date of birth
January 1946

---

**GLOBAL OIL AND GAS LIMITED (04378611)**

Company status **Dissolved**

Correspondence address **Swan Mead, Coombe Hill Road, Kingston, Surrey, KT2 7DY**

Role Resigned **Director**

Appointed on **21 February 2002**

Resigned on **1 February 2011**

Nationality **Us Citizen**

Place of residence **Usa**

---

Tell us what you think of this service (https://www.smartsurvey.co.uk/s/getcompanyinformation/) Is there anything wrong with this page? (/help/feedback?sourceurl=https://find-and-update.company-information.service.gov.uk/officers/Qro4n9Gc8QFVj7p0OYM6KQKw7ls/appointments)

[Policies Link opens in new tab]

[Cookies (https://beta.companieshouse.gov.uk/help/cookies)]

[Contact us Link opens in new tab]

[Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)]

[Developers Link opens in new tab]

Built by [Companies House]

© Crown copyright

# Exhibit B

APP-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|
| NAME: BRANDON JOE WILLIAMS®<br>FIRM NAME:<br>STREET ADDRESS: PO Box 1962<br>CITY: Glendale STATE: CA ZIP CODE: 91209-0001<br>TELEPHONE NO.: 747-273-0799 FAX NO.:<br>EMAIL ADDRESS: Brandon@WilliamsandWILLIAMSLawFirm.com<br>ATTORNEY FOR (*name*): | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: 300 E Olive Ave<br>MAILING ADDRESS: 300 E Olive Ave<br>CITY AND ZIP CODE: Burbank, 91502<br>BRANCH NAME: Burbank Courthouse, Dept A | |
| PLAINTIFF/PETITIONER: BRANDON JOE WILLIAMS®<br>DEFENDANT/RESPONDENT: CITY OF GLENDALE | |
| [X] **NOTICE OF APPEAL** [ ] **CROSS-APPEAL**<br>**(UNLIMITED CIVIL CASE)** | CASE NUMBER:<br>26NNCV00519 |

**Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (Judicial Council form APP-001-INFO) before completing this form. This form must be filed in the superior court, not in the Court of Appeal. A copy of this form must also be served on the other party or parties to this appeal. You may use an applicable Judicial Council form (such as APP-009 or APP-009E) for the proof of service. When this document has been completed and a copy served, the original may then be filed with the court with proof of service.**

1. NOTICE IS HEREBY GIVEN that:
   a. *(Name)*: BRANDON JOE WILLIAMS® appeals from a judgment or order in this case.
   b. The judgment or order was entered on *(list the date or dates the judgment and each order being appealed were entered)*:
      Sept 4th, 2026
   c. The appeal is from the following order or judgment *(check all that apply)*:
      - [ ] Judgment after jury trial
      - [ ] Judgment after court trial
      - [ ] Default judgment
      - [ ] Judgment after an order granting a summary judgment motion
      - [ ] Judgment of dismissal under Code of Civil Procedure, §§ 581d, 583.250, 583.360, or 583.430
      - [X] Judgment of dismissal after an order sustaining a demurrer
      - [ ] An order after judgment under Code of Civil Procedure, § 904.1(a)(2)
      - [ ] An order or judgment under Code of Civil Procedure, § 904.1(a)(3)–(13)
      - [ ] Other *(describe and specify the code section or other authority that authorizes this appeal)*:

   d. [ ] The judgment or order being appealed directs payment of sanctions by an attorney for a party. The attorney *(name)*: appeals.
2. For cross-appeals only:
   a. Date notice of appeal was filed in original appeal:
   b. Date superior court clerk mailed notice of original appeal:
   c. Court of Appeal case number *(if known)*:
3. [ ] The judgment or order being appealed is attached *(optional)*.

Date: October 5, 2026

BRANDON JOE WILLIAMS®
(TYPE OR PRINT NAME)

[signature] White Californian
Owner of Sole Proprietorship
(SIGNATURE OF PARTY OR ATTORNEY)





Print this form Save this form Clear this form

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Williams and WILLIAMS Law Group**<br>**PO Box 1962**<br>**Glendale, CA 91209**<br>TELEPHONE NO.: **747-273-0799** FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **BRANDON JOE WILLIAMS®** | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: **300 East Olive**<br>MAILING ADDRESS: **300 East Olive**<br>CITY AND ZIP CODE: **Burbank 91502**<br>BRANCH NAME: **North Central District, Burbank Courthouse** | |
| PLAINTIFF/PETITIONER: **BRANDON JOE WILLIAMS®**<br>DEFENDANT/RESPONDENT: **CITY OF GLENDALE** | CASE NUMBER:<br>**26NNCV00519** |
| **PROOF OF SERVICE (CIVIL)** — HEARING DATE/TIME: — HEARING DEPT./DIV.: | Ref. No. or File No.:<br>**NoticeofAppealCase13(State)** |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
**APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL (UNLIMITED CIVIL CASE); NOTICE OF APPEAL**

3. a. Party served *(specify name of party as shown on documents served):*
**CITY OF GLENDALE**

b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
**Elizabeth G, I delivered the documents to Elizabeth G who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**

4. Address where the party was served:
**613 E Broadway, Ste 110, Glendale, CA 91206**

5. I served the party *(check proper box)*

a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/07/2026** at *(time):* **11:31 AM**

b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

(1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

(2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

(3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

(4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*
from *(city):* **or** [ ] a declaration of mailing is attached.

(5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: BRANDON JOE WILLIAMS® | CASE NUMBER: 26NNCV00519 |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF GLENDALE | |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. **Person who served papers**

a. Name: **Artur Aslanian**
b. Address: **444 Palm Dr, 5, Glendale, CA 91202**
c. Telephone number: **747-229-7901**
d. The fee for service was: **$ 80.00**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:

(i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**
(ii) ☒ Registration No.: **2025239831** Registration #: **6779**
(iii) ☒ County: **Los Angeles** County: **Los Angeles**

BY FAX

7. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

8. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 10/07/2026

**Artur Aslanian**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

[signature]
(SIGNATURE)

**APP-003**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: BRANDON JOE WILLIAMS® | | |
| FIRM NAME: | | |
| STREET ADDRESS: PO Box 1962 | | |
| CITY: Glendale | STATE: CA ZIP CODE: 91209 | |
| TELEPHONE NO.: 747-273-0799 | FAX NO.: | |
| E-MAIL ADDRESS: Brandon@WilliamsandWILLIAMSLawFirm.com | | |
| ATTORNEY FOR (*name*): | | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES | | |
| STREET ADDRESS: 300 E Olive Ave | | |
| MAILING ADDRESS: 300 E Olive Ave | | |
| CITY AND ZIP CODE: Burbank, 91502 | | |
| BRANCH NAME: Burbank Courthouse, Dept A | | |
| PLAINTIFF/PETITIONER: BRANDON JOE WILLIAMS® | | |
| DEFENDANT/RESPONDENT: CITY OF GLENDALE | | |
| OTHER PARENT/PARTY: | | |
| **APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL (UNLIMITED CIVIL CASE)** | | SUPERIOR COURT CASE NUMBER: 26NNCV00519 |
| RE: Appeal filed on (*date*): Oct 8, 2026 | | COURT OF APPEAL CASE NUMBER (*if known*): |

**Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (form APP-001-INFO) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.**

1. **RECORD OF THE DOCUMENTS FILED IN THE SUPERIOR COURT**

I choose to use the following method of providing the Court of Appeal with a record of the documents filed in the superior court *(check a, b, c, or d, and fill in any required information):*

a. [X] A clerk's transcript under rule 8.122. *(You must check (1) or (2) and fill out the clerk's transcript section (item 4) on pages 2 and 3 of this form.)*

(1) [X] I will pay the superior court clerk for this transcript myself when I receive the clerk's estimate of the costs of this transcript. I understand that if I do not pay for this transcript, it will not be prepared and provided to the Court of Appeal.

(2) [ ] I request that the clerk's transcript be provided to me at no cost because I cannot afford to pay this cost. I have submitted the following document with this notice designating the record *(check (a) or (b)):*

(a) [ ] An order granting a waiver of court fees and costs under rules 3.50–3.58; or

(b) [ ] An application for a waiver of court fees and costs under rules 3.50–3.58. *(Use Request to Waive Court Fees (form FW-001) to prepare and file this application.)*

b. [ ] An appendix under rule 8.124.

c. [ ] The original superior court file under rule 8.128. (NOTE: *Local rules in the Court of Appeal, First, Third, and Fourth Appellate Districts, permit parties to stipulate (agree) to use the original superior court file instead of a clerk's transcript; you may select this option if your appeal is in one of these districts and all the parties have stipulated to use the original superior court file instead of a clerk's transcript in this case. Attach a copy of this stipulation.*)

d. [ ] An agreed statement under rule 8.134. *(You must complete item 2b(2) below and attach to your agreed statement copies of all the documents that are required to be included in the clerk's transcript. These documents are listed in rule 8.134(a).)*

2. **RECORD OF ORAL PROCEEDINGS IN THE SUPERIOR COURT**

I choose to proceed *(you must check a or b below):*

a. [ ] WITHOUT a record of the oral proceedings (what was said at the hearing or trial) in the superior court. I understand that without a record of the oral proceedings in the superior court, the Court of Appeal will not be able to consider what was said during those proceedings in deciding whether an error was made in the superior court proceedings.

| CASE NAME: BRANDON JOE WILLIAMS® v. CITY OF GLENDALE | SUPERIOR COURT CASE NUMBER: 26NNCV00519 |
|---|---|

2. b. [X] WITH the following record of the oral proceedings in the superior court *(you must check (1), (2), or (3) below)*:
   - (1) [X] A reporter's transcript under rule 8.130. *(You must fill out the reporter's transcript section (item 5) on pages 3 and 4 of this form.)* I have *(check all that apply)*:
     - (a) [X] Deposited with the superior court clerk the approximate cost of preparing the transcript by including the deposit with this notice as provided in rule 8.130(b)(1).
     - (b) [ ] Attached a copy of a Transcript Reimbursement Fund application filed under rule 8.130(c)(1).
     - (c) [ ] Attached the reporter's written waiver of a deposit under rule 8.130(b)(3)(A) for *(check either (i) or (ii)):*
       - (i) [ ] all of the designated proceedings.
       - (ii) [ ] part of the designated proceedings.
     - (d) [ ] Attached a certified transcript under rule 8.130(b)(3)(C).
   - (2) [ ] An agreed statement. *(Check and complete either (a) or (b) below.)*
     - (a) [ ] I have attached an agreed statement to this notice.
     - (b) [ ] All the parties have stipulated (agreed) in writing to try to agree on a statement. *(You must attach a copy of this stipulation to this notice.)* I understand that, within 40 days after I file the notice of appeal, I must file either the agreed statement or a notice indicating the parties were unable to agree on a statement and a new notice designating the record on appeal.
   - (3) [ ] A settled statement under rule 8.137. *(You must check (a), (b), or (c) below, and fill out the settled statement section (item 6) on page 4.)*
     - (a) [ ] The oral proceedings in the superior court were not reported by a court reporter.
     - (b) [ ] The oral proceedings in the superior court were reported by a court reporter, but I have an order waiving fees and costs.
     - (c) [ ] I am asking to use a settled statement for reasons other than those listed in (a) or (b). *(You must serve and file the motion required under rule 8.137(b) at the same time that you file this form. You may use form APP-025 to prepare the motion.)*

3. **RECORD OF AN ADMINISTRATIVE PROCEEDING TO BE TRANSMITTED TO THE COURT OF APPEAL**

[ ] I request that the clerk transmit to the Court of Appeal under rule 8.123 the record of the following administrative proceeding that was admitted into evidence, refused, or lodged in the superior court *(give the title and date or dates of the administrative proceeding):*

| Title of Administrative Proceeding | Date or Dates |
|---|---|

4. **NOTICE DESIGNATING CLERK'S TRANSCRIPT**

*(You must complete this section if you checked item 1a above indicating that you choose to use a clerk's transcript as the record of the documents filed in the superior court.)*

a. **Required documents.** The clerk will automatically include the following items in the clerk's transcript, but you must provide the date each document was filed, or if that is not available, the date the document was signed.

| | Document Title and Description | Date of Filing |
|---|---|---|
| (1) | Notice of appeal | Oct 8, 2026 |
| (2) | Notice designating record on appeal *(this document)* | Oct 12, 2026 |
| (3) | Judgment or order appealed from | Sep 4, 2026 |
| (4) | Notice of entry of judgment *(if any)* | Sep 16, 2026 |
| (5) | Notice of intention to move for new trial or motion to vacate the judgment, for judgment notwithstanding the verdict, or for reconsideration of an appealed order *(if any)* | |
| (6) | Ruling on one or more of the items listed in (5) | |
| (7) | Register of actions or docket *(if any)* | |

| CASE NAME: BRANDON JOE WILLIAMS® v. CITY OF GLENDALE | SUPERIOR COURT CASE NUMBER: |
|---|---|

4. **NOTICE DESIGNATING CLERK'S TRANSCRIPT**

b. **Additional documents.** *(If you want any documents from the superior court proceeding in addition to the items listed in 4a. above to be included in the clerk's transcript, you must identify those documents here.)*

☐ I request that the clerk include in the transcript the following documents that were filed in the superior court proceeding. *(You must identify each document you want included by its title and provide the date it was filed or, if that is not available, the date the document was signed.)*

| | Document Title and Description | Date of Filing |
|---|---|---|
| (8) | | |
| (9) | | |
| (10) | | |
| (11) | | |

☐ See additional pages. (*Check here if you need more space to list additional documents. List these documents on a separate page or pages labeled "Attachment 4b," and start with number (12).)*

c. **Exhibits to be included in clerk's transcript**

☐ I request that the clerk include in the transcript the following exhibits that were admitted in evidence, refused, or lodged in the superior court. *(For each exhibit, give the exhibit number, such as Plaintiff's #1 or Defendant's A, and a brief description of the exhibit. Indicate whether or not the court admitted the exhibit into evidence. If the superior court has returned a designated exhibit to a party, the party in possession of the exhibit must deliver it to the superior court clerk within 10 days after service of this notice designating the record. (Rule 8.122(a)(3).))*

| | Exhibit Number | Description | Admitted (Yes/No) |
|---|---|---|---|
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

☐ See additional pages. *(Check here if you need more space to list additional exhibits. List these exhibits on a separate page or pages labeled "Attachment 4c," and start with number (5).)*

5. **NOTICE DESIGNATING REPORTER'S TRANSCRIPT**

*You must complete both a and b in this section if you checked item 2b(1) above indicating that you choose to use a reporter's transcript as the record of the oral proceedings in the superior court. Please remember that you must pay for the cost of preparing the reporter's transcript.*

a. **Format of the reporter's transcript**

I request that the reporters provide *(check one)*:

(1) ☒ My copy of the reporter's transcript in electronic format.

(2) ☐ My copy of the reporter's transcript in paper format.

(3) ☐ My copy of the reporter's transcript in electronic format and a second copy in paper format.

*(Code Civ. Proc., § 271.)*

**APP-003**

| CASE NAME: BRANDON JOE WILLIAMS® v. CITY OF GLENDALE | SUPERIOR COURT CASE NUMBER: |
|---|---|

5. b. **Proceedings**

I request that the following proceedings in the superior court be included in the reporter's transcript. *(You must identify each proceeding you want included by its date, the department in which it took place, a description of the proceedings (for example, the examination of jurors, motions before trial, the taking of testimony, or the giving of jury instructions), the name of the court reporter who recorded the proceedings (if known), and whether a certified transcript of the designated proceeding was previously prepared.)*

| | Date | Department | Full/Partial Day | Description | Reporter's Name | Prev. prepared? |
|---|---|---|---|---|---|---|
| (1) | Aug 14, 2026 | A | Partial | Very short hearing - maybe 10 minutes long. But important. | Electronically audio recorded by order of Judge Tavelman | ☐ Yes ☒ No |
| (2) | | | | | | ☐ Yes ☐ No |
| (3) | | | | | | ☐ Yes ☐ No |
| (4) | | | | | | ☐ Yes ☐ No |

☐ See additional pages. *(Check here if you need more space to list additional proceedings. List these exhibits on a separate page or pages labeled "Attachment 5b," and start with number (5).)*

6. **NOTICE DESIGNATING PROCEEDINGS TO BE INCLUDED IN SETTLED STATEMENT**

*(You must complete this section if you checked item 2b(3) above indicating you choose to use a settled statement.)* I request that the following proceedings in the superior court be included in the settled statement. *(You must identify each proceeding you want included by its date, the department in which it took place, a description of the proceedings (for example, the examination of jurors, motions before trial, the taking of testimony, or the giving of jury instructions), the name of the court reporter who recorded the proceedings (if known), and whether a certified transcript of the designated proceeding was previously prepared.)*

| | Date | Department | Full/Partial Day | Description | Reporter's Name | Prev. prepared? |
|---|---|---|---|---|---|---|
| (1) | | | | | | ☐ Yes ☐ No |
| (2) | | | | | | ☐ Yes ☐ No |
| (3) | | | | | | ☐ Yes ☐ No |
| (4) | | | | | | ☐ Yes ☐ No |

☐ See additional pages. *(Check here if you need more space to list additional proceedings. List these proceedings on a separate page or pages labeled "Attachment 6," and start with number (5).)*

7. a. The proceedings designated in 5b or 6 ☐ include ☐ do not include all of the testimony in the superior court.

b. If the designated proceedings DO NOT include all of the testimony, state the points that you intend to raise on appeal. *(Rule 8.130(a)(2) and rule 8.137(d)(1) provide that your appeal will be limited to these points unless the Court of Appeal permits otherwise.)* Points are set forth: ☐ Below ☐ On a separate page labeled "Attachment 7."

Date: 10/12/2026

BRANDON JOE WILLIAMS®
(TYPE OR PRINT NAME)

[signature], white californian owner of sole proprietorship
(SIGNATURE OF APPELLANT OR ATTORNEY)



For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form | Save this form | Clear this form

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): Williams and WILLIAMS Law Group<br>PO Box 1962<br>Glendale, CA 91209<br>TELEPHONE NO.: 747-273-0799 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): BRANDON JOE WILLIAMS® | | | *FOR COURT USE ONLY* |
|---|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: 300 East Olive<br>MAILING ADDRESS: 300 East Olive<br>CITY AND ZIP CODE: Burbank 91502<br>BRANCH NAME: North Central District, Burbank Courthouse | | | |
| PLAINTIFF/PETITIONER: **BRANDON JOE WILLIAMS®**<br>DEFENDANT/RESPONDENT: **CITY OF GLENDALE** | | | CASE NUMBER:<br>**26NNCV00519** |
| **PROOF OF SERVICE (CIVIL)** | HEARING DATE/TIME: | HEARING DEPT./DIV.: | Ref. No. or File No.:<br>**NoticeofAppealCase13(State)** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   **APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL (UNLIMITED CIVIL CASE); NOTICE OF APPEAL**

**BY FAX**

3. a. Party served *(specify name of party as shown on documents served):*
   **CITY OF GLENDALE**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
   **Elizabeth G, I delivered the documents to Elizabeth G who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs.**

4. Address where the party was served:
   **613 E Broadway, Ste 110, Glendale, CA 91206**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10/07/2026** at *(time):* **11:31 AM**

   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*
   from *(city):* **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. **Person who served papers**

a. Name: **Artur Aslanian**
b. Address: **444 Palm Dr, 5, Glendale, CA 91202**
c. Telephone number: **747-229-7901**
d. The fee for service was: **$ 80.00**
e. I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:

(i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**
(ii) ☒ Registration No.: **2025239831** Registration #: **6779**
(iii) ☒ County: **Los Angeles** County: **Los Angeles**

BY FAX

7. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

8. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 10/07/2026

**Artur Aslanian**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)



**PROOF OF SERVICE (CIVIL)**

Tracking #: **0245199434**

REF: **NoticeofAppealCase13(State)**